## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No.

WREAL, LLC, a Florida Limited
Liability Company.

       Plaintiff,

v.

AMAZON.COM, INC., a Delaware
corporation.

       Defendant.

_____/

## COMPLAINT

Plaintiff, WREAL, LLC ("WREAL") brings this action to enjoin Amazon.com, Inc.'s ("Amazon") unauthorized use and infringement upon WREAL's FyreTV® and FyreTV.com® trademarks, which were registered with the United States Patent and Trademark Office on October 14, 2008 (approximately *six years before* the filing of this Complaint). WREAL seeks preliminary and permanent injunctive relief and damages pursuant to: (a) the Lanham Act 15 U.S.C. § 1114(1), for infringement on WREAL's federally registered trademarks; (b) the Lanham Act, 15 U.S.C. § 1125(a), for false designation of origin; (c) Florida's Deceptive and Unfair Trade Practices Act ("FDUPTA"); (d) Florida Common Law Trademark Infringement; and (e) Florida Common Law Unfair Competition.

## NATURE OF CLAIM

1.   WREAL is a pioneer in IPTV ("Internet Protocol Television"), a technology that allows consumers to stream on-demand content over the internet to their computers, tablets, smartphones, game consoles, internet-connected televisions, and traditional televisions through dedicated set-top

boxes ("STBs").   WREAL markets its technology to adult audiences under the brand name FyreTV® and via the website FyreTV.com®, for which it holds incontestable federally registered trademarks.  WREAL has been continuously using the FyreTV® and FyreTV.com® brands since 2007, and has invested millions of dollars in its brands.

2.      Amazon is one of the largest online retailers in the United States, selling a broad range of merchandise including music, DVD's, consumer electronics, computers, tools, toys, clothing, shoes and jewelry.  Amazon also markets digital content, and provides streaming audio and video services.  On April 2, 2014, Amazon launched a new product called "Fire TV," which is a dedicated STB that allows consumers, just like FyreTV®'s dedicated STB, to stream on-demand content over the internet to their televisions.  Amazon's use of the "Fire TV" name for its on-demand streaming content through a dedicated STB infringes upon Plaintiff's "FyreTV®" and "FyreTV.com®" trademarks.  Amazon's continued use of the "Fire TV" moniker has caused, and will continue to cause, serious irreparable harm to WREAL's established business, necessitating this action.

## PARTIES

3.      Plaintiff WREAL is a Florida limited liability company with its principal place of business in Miami, Florida.

4.      Defendant, Amazon.com, Inc., is a Delaware corporation with its principal place of business in Seattle, Washington.

## JURISDICTION AND VENUE

5.      This Court has original and supplemental jurisdiction over this action pursuant to 15 U.S.C. §§ 1114, 1121 and 1125, and 28 U.S.C. §§ 1331, 1338 and 1367.

6.      Personal jurisdiction exists over Amazon pursuant to section 48.193, Fla. Stat. Specifically, this cause of action arises from Amazon's operating, conducting, engaging in, or carrying on business in the State of Florida and/or by selling goods and/or services that infringe on the registered trademarks owned by WREAL, a Florida resident.

7.      Venue lies within this district because a substantial part of the events giving rise to these claims occurred in this district and Amazon resides in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c).

## FACTUAL ALLEGATIONS

### WREAL Creates, Uses in Commerce, and Protects its FyreTV® Brand

8.      Since at least 2007, WREAL has marketed its product known as FyreTV®, a streaming video service that provides adult content to consumers throughout the United States. WREAL was among the first to introduce a streaming IPTV video service to the United States market, and it is considered a pioneer in the industry.

9.      FyreTV® is available to consumers through its website, www.fyretv.com (which can be reached by typing either fyretv.com or firetv.com in an internet search engine or browser), and it is also available through its own proprietary dedicated STB sold under the FyreTV® brand:



10.   In addition, FyreTV® is accessible through third-party streaming STB's, including Roku®, Boxee®, and Google TV®, and as a web application on mobile devices.

11.   WREAL has invested over $20 million into its IPTV and streaming content services, with a primary focus on the FyreTV® brand.

12.   WREAL invested over $1.3 million in advertising its FyreTV® product, including online advertising, and traditional print and television advertising.  FyreTV® has sponsored and exhibited at trade shows, including the annual AVN convention in Las Vegas, Nevada.

13.   WREAL has advertised its FyreTV® product on national television networks such as Comedy Central, Spike TV, and the FX Network.

14.   WREAL has also advertised FyreTV® in mainstream print publications, including Rolling Stone and Maxim.

15.   WREAL has no intention of limiting the FyreTV® brand to adult content.  Indeed, the underlying technology that powers FyreTV® is a flexible and scalable platform capable of delivering content to a wide variety of internet media streaming devices.  In that regard, WREAL has plans to use the FyreTV® brand to expand its content.

16.   In sum, WREAL invested heavily in developing the underlying technology that powers FyreTV®, and in building the FyreTV® brand through its marketing campaigns.

17.   To that end, WREAL has protected its investment by registering a number of trademarks with the United States Patent and Trademark Office including, among others, the service marks FyreTV®, Registration No. 3517534, and FyreTV.com®, Registration No. 3517535 (*See* Composite Exhibit "1", USPTO Registration Nos. 3517534 and 3517535.)

# FyreTV  FyreTV.com

18.     The FyreTV® and the FyreTV.com® marks have been in continuous use for over six years, and are incontestable.

19.     WREAL also owns and has continuously used the domain name firetv.com, as well as many other domain names that are similar sounding to its federally registered trademarks.

**Amazon Unlawfully Infringes Upon the FyreTV® Trademark and Brand.**

20.     On April 2, 2014, Amazon infringed on WREAL's trademarks when it launched its Fire TV product, which it markets as "Amazon's Brand New Streaming Media Player."

21.     Amazon's April 2, 2014, high profile "Fire TV" launch came after much speculation that Amazon would release a proprietary STB capable of providing streaming video content, which is typical of other high-profile product launches.

22.     Though the product was eventually named "Fire TV," apparently that was not Amazon's original name for the product.  On September 25, 2013, one of Amazon's affiliates, Amazon Technologies, Inc., applied to register the name "FIRETUBE" with the United States Patent and Trademark Office for use, in part, with a proprietary STB capable of providing streaming video content.  The USPTO did not approve the "FIRETUBE" application, and Amazon evidently decided on the Fire TV name.

23.     On its launch day, Amazon introduced consumers visiting its site to its "Fire TV" product on its amazon.com landing page.  Amazon's website averages over 100,000,000 unique visitors per month.  The announcement presented the product as a STB capable of providing streaming video content to end users.  The announcement also featured the unlawful use of the "Fire TV" name.

24.     In each instance, the infringing "Fire TV" name was prominently placed next to Amazon's house mark ("Amazon"), which led consumers to immediately associate the "Fire TV" name with Amazon.  The linking of Amazon's house mark with the "Fire TV" name is an

aggravation of the likelihood of confusion, increasing the possibility that WREAL's product could be seen as an imitator of Amazon's dedicated STB. Such a result is unacceptable because WREAL was the first (by many years) to use the trademarks FyreTV® and FyreTV.com® in connection with its dedicated STB and streaming on-demand content over the internet.



25.     Moreover,     Amazon     recently     registered     the     domain     name "AMAZONFIRETV.COM," further evidencing its intent to link its house mark with the Fire TV name.

26.     Undoubtedly, "Fire TV" is pronounced and sounds exactly the same as WREAL's FyreTV® registered trademark. Indeed, the sound of "Fire TV" and "FyreTV®" is identical. They differ only in the substitution of the letter "y" for the letter "i", but are pronounced identically.

27.     Amazon describes its Fire TV as "a tiny box that plugs into your HDTV."  Amazon claims that Fire TV provides "instant access to over 200,000 TV episodes and movies, plus all your favorite subscriptions and streaming services, you can watch what you want, when you want."

28.     Amazon also claims that Fire TV "connects your HDTV to a world of online entertainment."

29.     At its core, Amazon's Fire TV product is nothing more than a proprietary STB that performs a substantially similar, if not identical, function to the proprietary STB marketed under the FyreTV® trademark.  Both products provide instant access to a massive library of streaming video services that consumers can view in the convenience of their own home.

30.     Amazon's Fire TV launch was covered extensively by the press.  The launch of Fire TV was reported live by nearly every prominent consumer technology blog, including Engadget, Mashable, Gizmodo, and TechCrunch, among others.  These four blogs alone reach millions of unique monthly viewers and reach largely the same target audience or demographic as WREAL's consumers.

31.     Amazon's Fire TV launch was also covered extensively by traditional mainstream media sources, including The New York Times, NBC News, and CNBC, among others, including on their respective websites.

32.     Amazon also launched a massive national television advertising campaign to promote its illegally-named product.  That campaign included prominent advertisements starring well-known actor Gary Busey, which aired in choice time slots, including during the NCAA Final Four basketball tournament, and ads continue to air on national television.

33.     In sum, Amazon has leveraged its massive size, marketing dollars, and household name to saturate the marketplace with advertisements and promotions for its illegally-named Fire

TV product, ensuring that the media and general public quickly would come to associate the confusingly similar name "Fire TV" with Amazon. Though WREAL invested heavily in the marketing and promotion of FyreTV®, it could not come even close to matching Amazon's ability to reach so many consumers in such a small amount of time.

34.    Amazon's immersive advertising campaign has generated quick sales results. By April 5, 2014, just three days after launch, Amazon's infringing Fire TV leapt to the top spot among Amazon's best sellers in Electronics. And, Amazon's Fire TV was the third-best seller on Amazon's entire site, which lists millions of items for sale.

35.    To be sure, as of April 11, 2014, Amazon reports that its Fire TV product is sold out due to its unexpected high demand.

36.    One industry analyst suggested that Amazon will sell 5,800,000 Fire TVs in the United States in 2014 alone. Because Amazon's Fire TV retails at $99, Amazon should receive approximately $58,000,000 in revenue from hardware sales of its Fire TV alone.

37.    Of course, Amazon stands to earn far more from content sales. And, it is admittedly Amazon's strategy. Indeed, there are millions of subscribers to Amazon Prime, which provides consumers with two-day shipping, as well as unlimited access to Amazon's Prime catalog of digital content, among other things.

### Consumers Were Quickly Confused by Amazon's Illegal Use of Fire TV

38.    On Wednesday, April 2, 2014, the same day that Amazon announced its Fire TV, CNBC ran an article with the headline "Amazon TV shares name with online porn site." (*See* Exhibit 2.) Within hours of its release, CNBC was among the many journalists who quickly noticed the confusion caused to consumers by Amazon's illegal use of the name Fire TV as a result of its massive marketing blitz.

8

39.     In fact, one author even questioned whether WREAL, whose FyreTV® product has been on the market for approximately six years, "was clever enough to know that Amazon would launch something like this…." (*See* Exhibit 3.)  WREAL does not possess such clairvoyance – it is simply an innovator in its field.  This comment by the author is the quintessential example of why Amazon's use of the name Fire TV infringes on the FyreTV® mark – the author questions whether WREAL is somehow the wrongdoer, when in reality the wrongdoer is Amazon.

40.     A number of users posting on Twitter also expressed confusion over the obvious similarity in both the name and function of the two products:



41.     To be sure, one pointed out that "Fire TV" already exists:



**Amazon Intentionally Infringed on WREAL TV's Trademarks**

42.     A simple search of the Trademark Electronic Search System at the United States Patent and Trademark Office for the term "Fire TV" reveals that WREAL registered the trademarks FyreTV® and FyreTV.com®.  Had Amazon conducted such a basic, inexpensive and expected search, it would have seen that the FyreTV name has been in continuous use for years, and that the name was used for a product that does substantially the same, if not the exact same, thing as Amazon's illegally named Fire TV:



43.     Had Amazon attempted to register the domain name firetv.com, it would have seen that the domain name was already in use. And had Amazon attempted to visit the domain name, it would have seen that it was in use by WREAL to market its online video streaming product, including its dedicated STB, which operates in a substantially similar manner to Amazon's infringing product.

44.     In the past, Amazon has registered the domain names of its major products. For example, the domain name kindlefire.com redirects to the product page for Amazon's Kindle Fire tablet. Likewise, kindle.com redirects to the product page for Amazon's Kindle e-reader, and kindlepaperwhite.com redirects to the product page for Amazon's Kindle Paperwhite.

45.     Assuming that Amazon kept with its past practice, it would have attempted to register the domain name firetv.com, only to learn that the domain name was already in use by WREAL in order to market its FyreTV® product.

46.     Indeed, as mentioned above, on or about April 1, 2014, one of Amazon's subsidiaries registered the domain name amazonfiretv.com. This evidences that Amazon did indeed

attempt to register the firetv.com domain name, and when unable to do so, chose to register a similar domain name containing the Amazon house mark alongside its illegally named Fire TV product.

47.    In sum, Amazon knew, or should have known, that the FyreTV® and FyreTV.com® marks were federally registered trademarks, and that they were in use by WREAL at the time that Amazon was deciding what to name its STB product.  The fact that Amazon chose the blatantly infringing Fire TV name leads to the necessary conclusion that Amazon infringed on WREAL's marks knowingly, deliberately, and willfully.

### Amazon's Continued Infringement Will Cause WREAL Irreparable Harm

48.    Amazon's continued infringement creates the substantial likelihood that this confusion will continue, particularly due to Amazon's massive size and advertising budget.

49.    WREAL is and will continue to be irreparably harmed by Amazon as long as it is able to continue to blatantly infringe upon WREAL's rights to the FyreTV® and FyreTV.com® marks.

50.    To that end, another Twitter user directed a tweet at the FyreTV® Twitter account, asking whether FyreTV is now a part of Amazon.



51.    Consumers also quickly associated the name FyreTV, stylized with a "y," with Amazon's product, serving to further engrain the association between Amazon's Fire TV product and WREAL's FyreTV®.



**SuperIndian** @akrishnagr8 · Apr 2
@MelissaLeeCNBC possibility of $AMZN will sell #fyretv with 1yr free Amzn prime subscription.same price as prime @GuyAdami

Expand      ↰ Reply   ⇄ Retweet   ★ Favorite   ••• More



**Toby Foote** @TobyFoote · Apr 7
Apple delivers AppleTV. Amazon starts **FyreTV**. Google reinventing GoogleTV into AndroidTV. Roku still chugging. This is no longer a hobby.

Expand      ↰ Reply   ⇄ Retweet   ★ Favorite   ••• More

52.     This type of confusion is called "reverse confusion," meaning that consumers are likely to associate, or have associated, WREAL's FyreTV® and FyreTV.com® mark with Amazon, rather than WREAL.

53.     Simply put, WREAL has been irreparably harmed by Amazon's illegal infringement of its FyreTV® and FyreTV.com® trademarks.  Amazon's continued unlawful use of WREAL's trademarks will increase the irreparable harm to WREAL, including weakening brand awareness and goodwill developed over many years at significant expense.

54.     If allowed to continue unabated, Amazon's disparate market strength and massive advertising budget will ensure that consumers will associate FyreTV® and FyreTV.com® with Amazon, or assume that WREAL's FyreTV® and FyreTV.com® marks have become somehow connected with Amazon, or worse, believe that WREAL is an unauthorized user of and is infringing upon Amazon's "Fire TV" name, in effect destroying WREAL of any effective use of its trademarks.

### Count I – Lanham Act - Infringement of a Federally Registered Mark
15 U.S.C. § 1114(1)(a)

55.     WREAL incorporates the allegations in Paragraphs 1 through 54 above as if set forth fully herein.

56.     WREAL is the owner of the federally registered trademarks FyreTV® and FyreTV.com®, which are valid and enforceable.

57.     Amazon has infringed on WREAL's federally registered FyreTV® and FyreTV.com® trademarks beginning on or about April 2, 2014.

58.     Amazon's use of the name "Fire TV", which is in effect identical or substantially similar to WREAL's FyreTV® and FyreTV.com® marks, is without the permission, consent or authorization of WREAL, and is likely to cause confusion, reverse confusion, mistake, and/or deception, and thus constitutes trademark infringement under the Lanham Act, 15 U.S.C. §§ 1114-1118.

59.     Amazon has infringed on WREAL's federally registered FyreTV® and FyreTV.com® marks in interstate commerce by engaging in the nationwide sale of its dedicated STB under the "Fire TV" name and a massive, national advertising campaign, encompassing print, television, and internet advertising.  Each of these advertisements bears the Fire TV name, which is confusingly similar to WREAL's FyreTV® and FyreTV.com® marks.

60.     The confusion caused by Amazon includes "reverse confusion," meaning that consumers are likely to associate, or have associated, WREAL's FyreTV® and FyreTV.com® mark with Amazon, rather than WREAL.

61.     Amazon's actions have, and will likely continue to lead consumers to incorrectly conclude that WREAL's on-line streaming services or STB originate from or somehow have become connected with Amazon, which will damage both WREAL and the public.

62.     Indeed, Amazon's infringement of the FyreTV® and FyreTV.com® marks has already caused actual confusion among consumers.

63.     Amazon's infringement is knowing, deliberate, and willful.

64.     As a result of Amazon's trademark infringement, WREAL has suffered and will continue to suffer damages, including loss of income, profits, and goodwill.

65.     WREAL is entitled to treble damages pursuant to 15 U.S.C. § 1117.

66.     Amazon's acts have caused irreparable damage and injury to WREAL and will continue to cause irreparable injury to WREAL unless Amazon is enjoined from further infringing upon WREAL's registered trademarks.

## Count II – Lanham Act – False Designation of Origin
### 15 U.S.C. § 1125(a)

67.     WREAL incorporates the allegations in Paragraphs 1 through 54 above as if set forth fully herein.

68.     Amazon's unauthorized and unlawful use of the "Fire TV" name for its product has caused, and is likely to cause, confusion, including reverse confusion, among consumers as to WREAL's affiliation, connection, or association with Amazon and its Fire TV product.  These acts constitute unfair competition and false designation of origin in violation of § 43 of the Lanham Act, 15 U.S.C. § 1125.

69.     Amazon's acts were knowing, deliberate, and willful.

70.     As a result of Amazon's unauthorized and unlawful use of the "Fire TV" name, WREAL has been damaged.

71.     Further, Amazon has profited from its wrongful conduct.

72.     WREAL is entitled to treble damages pursuant to 15 U.S.C. § 1117.

73.     Amazon's intentional and willful infringement is exceptional, and WREAL is entitled to reasonable attorney's fees that it has incurred in protecting its rights.

74.     Monetary relief is not sufficient to fully address the irreparable injury that Amazon's unlawful use of the "Fire TV" moniker have caused and will continue to cause WREAL, absent an injunction.  Accordingly, WREAL is entitled to preliminary and permanent injunctive relief.

## Count III – Florida Deceptive and Unfair Trade Practices Act

75.     WREAL incorporates the allegations in Paragraphs 1 through 54 above as if set forth fully herein.

76.     The foregoing conduct by Amazon violates § 501.204 of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA").

77.     FDUTPA was enacted to "protect the consuming public and legitimate business enterprises" from "unfair methods of competition, or unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce."

78.     Amazon markets and sells its illegally named Fire TV product nationwide, including throughout the state of Florida.

79.     Amazon's illegal naming of its Fire TV product constitutes an unfair method of competition, and is an unconscionable and unfair practice in the conduct of trade or commerce.

80.     Specifically, by naming its new streaming video STB "Fire TV," Amazon infringed upon WREAL's FyreTV® and FyreTV.com® trademarks. This, combined with Amazon's massive advertising campaign for its new product, has resulted in substantial consumer confusion as to WREAL's affiliation, connection, or association with Amazon and its Fire TV product.

81.     Amazon's conduct has caused actual, irreparable harm to WREAL and it will continue to cause irreparable injury to WREAL unless Amazon is enjoined from further misleading consumers throughout the state of Florida.

## Count IV – Florida Trademark Infringement

82.     WREAL incorporates the allegations in Paragraphs 1 through 54 above as if set forth fully herein.

83.     WREAL first adopted and used in commerce the names FyreTV® and FyreTV.com® in 2007.

84.     WREAL has invested heavily in the FyreTV®/FyreTV.com® brand, and has established goodwill and reputation linked to its brand that distinguishes it from others.

85.     FyreTV® and FyreTV.com® are inherently distinctive, arbitrary names subject to trademark protection in Florida.

86.     The name of Amazon's Fire TV product is nearly identical, and confusingly similar to WREAL's FyreTV®/FyreTV.com® brand.

87.     Amazon uses the Fire TV name to market a product that is substantially similar to WREAL's FyreTV® STB.

88.     Amazon chose to use the Fire TV name with knowledge that its use of that name is likely to cause consumer confusion, mistake, and to deceive consumers.

89.     Amazon's use of the name "Fire TV", which is in effect identical or substantially similar to WREAL's FyreTV® and FyreTV.com® marks, is without the permission, consent or authorization of WREAL.

90.     As a consequence of Amazon's actions, consumer confusion, in the form of reverse confusion has occurred, and will inevitably continue to occur, absent an injunction.

91.     The foregoing conduct by Amazon violates § 495.131, Fla. Stat.

92.     WREAL has been irreparably harmed as a result of Amazon's actions as described herein.

## Count V – Florida Common Law Unfair Competition

93.     WREAL incorporates the allegations in Paragraphs 1 through 54 above as if set forth fully herein.

94.     Amazon's illegal naming of its Fire TV product constitutes unfair competition and false designation of origin, as described herein.  Amazon's conduct is deceptive or fraudulent and is likely to cause consumer confusion.

95.     Amazon's conduct is in willful disregard of WREAL's valuable rights and property in the FyreTV® and FyreTV.com® marks.

96.     Amazon's actions have caused and will continue to cause irreparable injury and damage to WREAL unless Amazon is enjoined from using the Fire TV name.

### PRAYER FOR RELIEF

WHEREFORE, WREAL respectfully requests a jury trial on any issues so triable, and that this Court enter judgment:

A.     Declaring that Amazon violated the Lanham Act, 15 U.S.C. §§ 1114(1)(a) and 1125(a), the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201-213, Florida Common Law Trademark Infringement, and Florida Common Law Unfair Competition.

B.     Preliminarily and permanently enjoining Amazon, its officers, subsidiaries, parents, affiliates, divisions, agents, servants, employees, and attorneys, and those persons in active concert or participation with it who receive actual notice of the order by personal service or otherwise, from infringing upon WREAL's trademark rights by using the names Amazon Fire TV, Fire TV, the website amazonfiretv.com, and any other derivation of the Fire TV name that would likely cause consumer confusion.

C.     Ordering Amazon to publish corrective advertising to correct the consumer confusion caused by Amazon's illegal use of the Fire TV name.

D.     Ordering Amazon to pay WREAL its damages, compensatory and statutory, caused by Amazon's trademark infringement, false designation of origin, and unfair competition.

E.      Ordering Amazon to pay WREAL the profits that it earned by its illegal use of the Fire TV name.

F.      Granting WREAL its costs and disbursements in this action, including reasonable attorneys' fees and expert fees; and

G.      Any such other and further relief as this Court may deem just and equitable.

Dated: April 17, 2014

                                 Respectfully submitted,

                                 WNF Law, P.L. – Waserstein Nunez & Foodman
                                 *Attorneys for WREAL, LLC*
                                 1111 Brickell Avenue
                                 Suite 2200
                                 Miami, Florida 33131
                                 Tel.: (305) 760-8500
                                 Fax: (305) 760-8510


                              By: /s/Carlos Nunez-Vivas
                                   Carlos Nunez-Vivas
                                   Florida Bar No. 128181
                                   can@wnflaw.com
                                   Daniel Foodman
                                   Florida Bar No. 337160
                                   df@wnflaw.com

# EXHIBIT "1"

4/5/2014                                    Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Apr 5 03:10:49 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 4 out of 5**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# FyreTV

| | |
|---|---|
| **Word Mark** | FYRETV |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Broadcasting services and provision of telecommunication access to video and audio content provided via a video-on-demand service via the Internet; communications services, namely, transmitting streamed sound and audio-visual recordings via the Internet; streaming of video material on the Internet. FIRST USE: 20071101. FIRST USE IN COMMERCE: 20071227 |
| | IC 041. US 100 101 107. G & S: Entertainment services, namely, providing a website featuring, photographic, audio, video and prose presentations featuring adult entertainment. FIRST USE: 20071101. FIRST USE IN COMMERCE: 20071227 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 TV Two letters or combinations of multiples of two letters |
| **Serial Number** | 77222093 |
| **Filing Date** | July 4, 2007 |
| **Current Basis** | 1A |

4/5/2014                                          Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 18, 2007 |
| **Registration Number** | 3517534 |
| **International Registration Number** | 1060331 |
| **Registration Date** | October 14, 2008 |
| **Owner** | (REGISTRANT) **Wreal** LLC LIMITED LIABILITY COMPANY FLORIDA 1728 Coral Way, 5th Fl Miami FLORIDA 33145 |
| **Attorney of Record** | Alfred R. Cowger, Jr. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

4/5/2014             Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Apr 5 03:10:49 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [_____]  OR  Jump  to record: [_____]  **Record 3 out of 5**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# FyreTV.com

| | |
|---|---|
| **Word Mark** | FYRETV.COM |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Broadcasting services and provision of telecommunication access to video and audio content provided via a video-on-demand service via the Internet; communications services, namely, transmitting streamed sound and audio-visual recordings via the Internet; streaming of video material on the Internet. FIRST USE: 20071101. FIRST USE IN COMMERCE: 20071227 |
| | IC 041. US 100 101 107. G & S: Entertainment services, namely, providing a website featuring, photographic, audio, video and prose presentations featuring adult entertainment. FIRST USE: 20071101. FIRST USE IN COMMERCE: 20071227 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 TV Two letters or combinations of multiples of two letters NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 77222095 |
| **Filing Date** | July 4, 2007 |
| **Current Basis** | 1A |

4/5/2014                                    Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 18, 2007 |
| **Registration Number** | 3517535 |
| **Registration Date** | October 14, 2008 |
| **Owner** | (REGISTRANT) **Wreal** LLC LIMITED LIABILITY COMPANY FLORIDA 1728 Coral Way 5th floor Miami FLORIDA 33145 |
| **Attorney of Record** | Alfred R. Cowger, Jr. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT "2"

4/5/2014 Amazon TV shares name with online porn site

 

Enter Symbols    GO    Enter Keywords    GO

HOME U.S.    NEWS    MARKETS    INVESTING    TECH    SMALL BUSINESS    VIDEO    SHOWS    WATCH LIVE    PRO            REGISTER | SIGN IN

# TECHNOLOGY

TECHNOLOGY | RE/CODE | MOBILE | SOCIAL MEDIA | ENTERPRISE | GAMING | CYBERSECURITY

## Amazon TV shares name with online porn site



**Chris Morris** | @MorrisatLArge
Wednesday, 2 Apr 2014 | 12:40 PM ET

10  COMMENTS  Join the Discussion



Anthony Lee | OJO Images | Getty Images

Someone looking for information on **Amazon's** new Fire TV on the Web might be in for a bit of a shock. The video streaming and gaming set-top box shares a name with a porn site.

The media and retail giant on Wednesday announced its Fire TV, an attempt by the company to grab a spot in the living room to promote its own content services.

Consumers, however, who enter firetv.com (NSFW) into their browsers (rather than searching for information about the product on Amazon's home page) will get something very different. Rather than offering information about Fire TV, the site is the home of a video-on-demand pornography service.

› **Amazon launches new Fire TV streaming device**

The porn site, which is technically named Fyre TV, but apparently bought the firetv.com domain expecting people to misspell its name, has been around since 2008. Subscribers are able to stream explicit XXX content directly to

### NEWS YOU MAY LIKE    Recommended by

Why are sellers hitting such good stocks?

Facebook's Sandberg and Zuckerberg take huge pay cuts

No Joke: Winner Finally Claims $425 Million Powerball Jackpot

Gartman: The 'one thing' I've learned in 40 years

Liberty to cut Barnes & Noble stake to allow more 'flexibility'

Earthquake spike tests the 'Dr. Copper' theory

Yes, you can deduct that (regardless of your income)

Chile's navy issues tsunami alert after 7.8 magnitude quake

30% fall-off looming for S&P 500: Economist

Goldman faces heavy EU fine over subsea cable investment

### SPONSORED    Recommended by

4/5/2014                                    Amazon TV shares name with online porn site

their TVs via Roku and other third-party set-top boxes.

It's an embarrassing situation for Amazon, though hardly a fatal one. The Amazon.com domain is one of the Web's most widely trafficked sites and Fyre TV is not especially well-known outside of the porn world.

The site has been flying under the radar, even in adult entertainment industry terms, for the past several years. Fyre TV has not updated its Twitter feed since last August and it has not made any corporate announcements for years, though it does seem to be updating its catalog with recent releases.

Amazon.com officials could not be immediately reached for comment.

—By Chris Morris, Special to CNBC.com.

Chris Morris
Special to CNBC


**Audi S5 Snow Drift Goes Very, Very Wrong: Video**
(Motor Authority)


**Unraveling Google's Hummingbird Update**
(Space Chimp Media)


**Amazing, Hard-to-Believe, Perfectly Timed Pictures –...**
(Amazingly Timed Photos)


**Warren Buffett's 10 Favorite Stocks**
(Wall St. Cheat Sheet)

     

## RELATED TOPICS

Technology   Television   Video   US: News   Amazon.Com Inc

|       | Price  |   | Change | %Change |
|-------|--------|---|--------|---------|
| AMZN  | 323.00 | ▼ | -10.62 | -3.18%  |

## MORE FROM CNBC                                    Recommended by

Deepak Chopra's 'secret' to making money

Japanese flocking to adultery site

Up 300% in a year, Cramer says sell, and hurry!

7 things learned from Michael Lewis 'Flash Boys' furor

Cramer: Beat the 'Flash Boys'

Bet on this 'truly disruptive technology': UBS

## SPONSORED                                         Recommended by


**India's Top 5 Richest Women**
(The Richest)


**10 Pictures of Lady Gaga Looking Like a Normal Person**
(Fuse)


**Windows free? More businesses turn to Chrome**
(Tech Page One)


**Google looking to offer wireless?**
Evidence is mounting that the search giant is looking to become a wireless service provider.


**Apple worried about slow iPhone growth**
Internal Apple documents show the concern that the portion of the market occupied by the iPhone was on the wane amid.


**Weibo expects IPO to be priced at $17-$19/ADS**
China's Twitter-like messaging service Weibo expects its initial public offering of 20 million American Depository Shares to price at $17-$19 each.


**GrubHub shares jump in market debut**
GrubHub shares rose as much as 57 percent in their market debut, valuing the company at about $3.20 billion.

## MORE FROM TECHNOLOGY

Battered biotech and Internet cause of concern?

Twitter weighs in on Mozilla CEO resignation

Tech-savvy gadgets that cover all your safety bases

Facebook explores anonymity features

Google's Nest halts alarm sales over defect fears

Bidding war tests France's free market thinking

Mozilla CEO Brendan Eich resigns amid controversy

EU lawmakers vote to end mobile roaming fees

How Twitter is trending in Asia

US fails to build social media site in Cuba

CNBC NEWSLETTERS

4/5/2014                                           Amazon TV shares name with online porn site

**10 Comments**      CNBC                                                         Login ▾

Sort by Newest ▾                                              Share ⬆    Favorite ★

 | Join the discussion…

  **e92m3** • 3 days ago
Conclusion:

CNBC and most of the commentators below know too much about pron websites.

7 ∧ | ∨   · Reply · Share ›

  **Joe_Lunchbox** • 3 days ago
I'll bet their hit count went through the roof today. Oops!

3 ∧ | ∨   · Reply · Share ›

  **WCWilson** • 3 days ago
It's no worse than Barnes & Noble Nook e-book!

1 ∧ | ∨   · Reply · Share ›

  **brayrobin** • 3 days ago
I'm sure the staff at CNBC are working very hard and probing deeply the firetv.com site. Straining and sweating with the heavy load of work to come to a conclusion about the sites.

10 ∧ | ∨   · Reply · Share ›

     **John** ➜ brayrobin • 3 days ago
   "Fyre TV has not updated its Twitter feed since last August and it has not made any corporate announcements for years, though it does seem to be updating its catalog with recent releases."

   Well someone's got to do the hard work!

   ∧ | ∨   · Reply · Share ›

     **donna_summer** ➜ brayrobin • 3 days ago
   I certainly hope the THRUST of their PROBE yields HARD results!

   12 ∧ | ∨   · Reply · Share ›

        **Justin** ➜ donna_summer • 3 days ago
      **slow clap**

      4 ∧ | ∨   · Reply · Share ›

        **James Holloman** ➜ donna_summer • 3 days ago
      Well played.

      1 ∧ | ∨   · Reply · Share ›

  **TitanX** • 3 days ago
so?.........why is similar spelling of domains news....whitehouse.com

2 ∧ | ∨   · Reply · Share ›

     **HincEdnde** ➜ TitanX • 3 days ago
   Uh, because it is an xxx site maybe.....

   ∧ | ∨   · Reply · Share ›

AROUND THE WEB                                WHAT'S THIS?

---

Get the best of CNBC in your inbox

| Email                          | SIGN UP

› Learn More

 **Matt Hunter**
Matt Hunter is the senior technology editor at CNBC.com.

 **Cadie Thompson**
Cadie Thompson is a tech reporter for the Enterprise Team for CNBC.com.

 **Julia Boorstin**
Working from Los Angeles, Boorstin is CNBC's media and entertainment reporter and editor of CNBC.com's Media Money section.

 **Jon Fortt**
Jon Fortt is an on-air editor. He covers the companies, start-ups, and trends that are driving innovation in the industry.

**Josh Lipton**
Lipton is CNBC's technology correspondent, working from CNBC's Silicon Valley bureau.

**Mark Berniker**
Mark is CNBC's Silicon Valley/San Francisco Bureau Chief covering technology and digital media.

**TECH NEWS FROM RE/CODE ›**

Amazon's Magic Wand and the Unrelenting Race to Make Shopping More Convenient

Scanadu Starts, Then Halts, Delivery of Scout to Indiegogo Backers

Vine Co-Founder Colin Kroll to Step Down From General Manager Role

Ten Years In, Gmail Still Evolving Through Use of Encryption

Apple Designer Greg Christie on "Unlocking" Software for the First iPhone

**MOBILE ›**

FireChat: Connecting people around the world

Start-up lets you pour beer using just your brain

Apple's future in wearable tech

For sale: Used smartwatches. Very, very cheap

BlackBerry severs sales ties with T-Mobile US

**SOCIAL MEDIA ›**

4/5/2014                                   Amazon TV shares name with online porn site

Twitter weighs in on Mozilla CEO resignation

Forget lawsuits—Yelp's going higher, says analyst

Boston's Green Monster goes digital with selfies

US secretly built 'Cuban Twitter' to stir unrest

Sheryl Sandberg slashes Facebook holdings

**Warren Buffett Issues**        **13 Celebrities with**        **Controversy Over New**
**Harsh Warning**                **Awesome and REAL**          **Steroid Alternative**
Money Morning                    **Bodies** POPnHOP            Men's Life & Health

ALSO ON CNBC

**Kudlow: Charles Koch fights back**        **Spring home buyers facing sticker**
141 comments                                **shock** 193 comments

**Six billion goes missing at State**       **Yankees v. Red Sox: Which team**
**Department** 205 comments                 **spends smarter?** 5 comments

 Subscribe        Add Disqus to your site

---

**ENTERPRISE ›**

Forget lawsuits—Yelp's going higher, says analyst

Mozilla CEO Brendan Eich resigns amid controversy

Why Microsoft is making Windows free for some

Apple's future in wearable tech

Siri, meet your new rival, Microsoft's Cortana

**GAMING ›**

Apple's future in wearable tech

Meet the guys trying to revolutionize game-making

'Candy Crush' maker King goes on hiring spree

Opening day! 3 reasons tech can lure younger fans

Pay to play? Gamers say they prefer ads

**CYBERSECURITY ›**

Why Microsoft is making Windows free for some

Bitcoin set for fresh Chinese regulatory attack

US top court weighs patent protection for software

Patent system not designed for software: Blodget

Disappearing tweets return 20 hours later

**MEDIA MONEY WITH JULIA BOORSTIN ›**

Forget 25 years—Facebook changed our lives in 10

WME-IMG deal shows changing media landscape

Get ready for some big media deals in 2014

Why the advertising industry is flocking to CES

Twitter and Starcom CEOs talk collaboration

**TOP NEWS & ANALYSIS ›**

Inside Kurt Cobain's $450m empire

Chinese ship on MH370 search discovers signal: report

Billionaire's plan to mine the moon

Nike swings for $1.2b market with golf ball lab

Rich vs super rich, the other wealth gap

**MOST POPULAR STORIES ›**

The best fights on Wall Street

Chinese ship on MH370 search discovers signal:

Amazon TV shares name with online porn site

report

Inside Kurt Cobain's $450m empire

Save money by planning your vacation today

Stocks may be challenged by momentum drop

## MOST POPULAR VIDEO ›

Cramer's March Madness: Intercept vs. Nabors

Options Action Web Extra: Risk reversal

The Final Call: XLI, SPY, & ORCL

What do you know about options?

Netflix vs. Amazon: Race to the bottom

## MOST SHARED ›

Chinese ship on MH370 search discovers signal: report

Inside Kurt Cobain's $450m empire

Start-up lets you pour beer using just your brain

ECB 'really concerned' on inflation: Vice-President

YOUR MONEY-Noble beginnings: The first jobs of Nobel Prize winners

| NEWS | MARKETS | INVESTING | TECH | SMALL BUSINESS | VIDEO | SHOWS |
|---|---|---|---|---|---|---|
| Economy | Pre-Markets | Financial Advisors | Re/code | Franchising | Latest Video | Watch Live |
| Finance | U.S. | Personal Finance | Mobile | Financing | Digital Workshop | CNBC U.S. |
| Health Care | Asia | CNBC Explains | Social Media | Management | U.S. Video | CNBC Asia-Pacific |
| Real Estate | Europe | Portfolio | Enterprise | | Asia Video | CNBC Europe |
| Retail | Stocks | Watchlist | Gaming | | Europe Video | CNBC World |
| Wealth | Commodities | Stock Screener | Cybersecurity | | CEO Interviews | Full Episodes |
| Autos | Currencies | Fund Screener | | | Analyst Interviews | |
| Earnings | Bonds | | | | Full Episodes | |
| Energy | Funds | | | | Closed Captioning | |
| Media | ETFs | | | | | |
| Politics | | | | | | |
| Commentary | | | | | | |
| Special Reports | | | | | | |
| Asia | | | | | | |
| Europe | | | | | | |

About CNBC   Site Map   Video Reprints   Advertise   Careers   Help   Contact   Corrections

Privacy Policy - UPDATED   AdChoices   Terms of Service   Independent Programming Report   Latest News Releases   RSS

Data is a real-time snapshot *Data is delayed at least 15 minutes

4/5/2014                                              Amazon TV shares name with online porn site

Global Business and Financial News, Stock Quotes, and Market Data and Analysis

© 2014 CNBC LLC. All Rights Reserved.                                                    Data also provided by

# EXHIBIT "3"

4/5/2014                                  Amazon Fire TV users going to porn site? - CNET



CNET › Tech Culture › Amazon Fire TV users going to porn site?

# Amazon Fire TV users going to porn site?

If you think FireTV.com is an Amazon link, please pause. It appears to go to a rather NSFW site. Is Amazon rushing to buy the URL, but didn't get there quite on time?

by Chris Matyszczyk    @ChrisMatyszczyk  /  April 3, 2014 1:37 PM PDT

| 6 / | 3 / | 160 / | 2 / | / | more + |



Please note that this site contains sexually oriented adult material intended for individuals 18 years of age or older and of legal age to view sexually explicit material as determined by the local and national laws of the region in which you reside. If you are not yet 18, if adult material offends you, or if you are accessing this site from any country or locale where adult material is specifically prohibited by law, DO NOT PROCEED! By accessing this site and/or subscribing to its services, you agree to the Terms and Conditions and Privacy Policy of Wreal, LLC pertaining to this site. These can be found by clicking on the links at the bottom of this

Like  1.8m    Follow @CNET    CNET

ARE YOU OVER 18 YEARS OF AGE?

YES        NO

Privacy Policy    Terms and Conditions

Come on baby, light my Amazon Fire? Um, no.

Screenshot by Chris Matyszczyk/CNET

Some burning desires you cannot anticipate.

### DON'T MISS /

 Apple engineer: We wanted to make a phone for 'normal people'
Mobile

 The coolest 'Star Trek' reboot you're probably not watching
Tech Culture

 Monument Valley: An interactive M.C. Escher print that will blow you away
Video Games

 Eich resignation as Mozilla CEO as messy as his appointment
Internet

 Windows Phone's goal: Be the go-to OS for the budget

### HOT PRODUCTS /

 HTC One M8
HTC's stunning sequel steals the show

 Roku Streaming Stick (2014)
Roku's new Streaming Stick takes on Chromecast: $50, HDMI-

They creep up upon you and envelop you in strange, sometimes unseemly ways.

Amazon had a burning desire to get into video streaming and gaming. So it unveiled **Amazon Fire TV** to some rapture.

However, as **CNBC noticed**, entering FireTV.com into your browser might offer you steaming as well as streaming.

For my strict research tells me that this fine URL somehow takes a twisted diversion and ends up at FyreTV.com. This is a site whose diversions lurch into perversions and whose streaming is not for office consumption.

It's not clear whether those who created this link were clever enough to imagine that Amazon would be launching its Fire TV.

**A domain search** offers that the URL was created in April 2000 and renewed in March this year.

I have, in the interests of rescuing palpitating pulses all across America, contacted Amazon to ask whether the company intends to mount any sort of assault on this URL and will update, should I hear.

**MORE TECHNICALLY INCORRECT**

Bill Clinton: If aliens visited, I wouldn't be surprised

This is what happens when a plane lands on only its rear wheels

This is how an engineer feels when he's surrounded by idiots

I did, however, go beyond that. I went to Bezos.com to see what might be there. I found disturbing scenes of drone-filmed bondage, with naked bodies wrapped in sticky tape attempting to perform what seemed to be ballet. Or haute cuisine.

Honestly, that's what I wish I'd found. Instead, I found a company called **Bezos Technologies**, which delights in consulting in the telecommunications field.

I wasn't satisfied, however, that this wasn't a front for one Amazonian streaming activity or another. However, Bezos Technologies' Betty Bezos told me: "No, we are not related to Amazon as a business."

So that one appears to be safe. I was then advised go to **Relentless.com**. You will never, ever guess what you'll find there.

On the other hand, Amazonian.com. Well, please don't go there. At least not during a meeting. Or at your desk. Or anywhere in the office.

**Tags:** Technically Incorrect, Tech Culture, Internet, Security, Tech Culture, Home Entertainment, Gaming, Amazon, Pornography

**ABOUT THE AUTHOR**



**Chris Matyszczyk**  /
Chris Matyszczyk is an award-winning creative director who advises major corporations on content creation and marketing. He brings an irreverent, sarcastic, and sometimes ironic voice to the tech world. See full bio

**YOU MAY ALSO LIKE**                                        Recommended by

compatible, 1,200 apps (hands-on)
/  $49.00



**Microsoft Office for iPad**
Office anywhere finally makes sense



**Neato XV-21**
This neat little cleaner goes for the high score  /  $359.00



**2014 Audi A7 3.0 TDI**
The best tech car  /  $66,900.00

**TRENDING ON CNET**  /

**This is how an engineer feels when he's surrounded by idiots**
**33.6k**  Facebook Likes

**Google gives peek at its Ara modular phone project**
**277**  Tweets

**Body Dryer air-dries you off, no towel necessary**
**383**  Google Plus Shares

**Eich resignation as Mozilla CEO as messy as his appointment**
**458**  Comments

**HOT ON CNET**  /



**Amazon Fire TV**

Amazon is ready to battle Apple, Roku, and Google to earn a spot in your living room.

CHECK IT OUT

4/5/2014                          Amazon Fire TV users going to porn site? - CNET



25 fun things to do
with a Raspberry Pi
CNET



Organize apps on
your Samsung Galaxy
device
CNET



Google loses touch
with reality and tries to
patent...
DailyDot



Top IT Certifications
for 2014
The Night Owl



MEATSTREET
Find your food
Catch the deals
Order with ease
Order Now

**ARTICLE DISCUSSION**

## 6 Comments / 3 people following                                    Log In

SORT BY:  NEWEST I OLDEST I TOP COMMENTS                    FAQs / Guidelines

---

**Rtg593**                                                      Apr 3, 2014

I don't remember seeing firetv.com advertised. Did I miss it, or did you decide to try it for
no reason and decide to be shocked when you found what most of the internet is made
of?

I didn't see you mention why decided to try it, was just wondering.

REPLY /    LIKE

---

**skilmaan**                                                    Apr 3, 2014

In the beginning of Amazon TV,,, Fire TV was Hot TV.

REPLY /    LIKE

---

**Danngo**                                                      Apr 3, 2014

Did you enjoy the "investigation"?

REPLY /    (1) LIKE

---

> **chrismatyszczyk**  /    contributor                          Apr 3, 2014
>
> @Danngo  It was painful, but necessary.
>
> REPLY /    (2) LIKE
>
> ---
>
> **Danngo**                                                    Apr 3, 2014
>
> You brave soul. I salute you!
>
> REPLY /    (1) LIKE

---

**greyhulk**                                                    Apr 3, 2014

Tomorrow's headline: Woman sues Amazon for making her watch porn.

REPLY /    (5) LIKE

---

Conversation powered by Livefyre

4/5/2014                                   Amazon Fire TV users going to porn site? - CNET

Ads

## Maximize the Value of Each Customer...
Join this live BNET Webcast to learn how to get the most out of your...
www.zdnet.com

## Help.com has your answer
Go Ahead, Ask a Question
www.help.com

## Mobile workforce benefits from Afaria?
Read our white paper on this new mobile device technology
www.bnet.com

© CBS Interactive Inc.  /  All rights reserved.          / Privacy Policy  / Ad Choice  / Terms of Use  / Mobile User Agreement

Top Brands:   /  Samsung

| REVIEWS | NEWS | VIDEO | MORE | FOLLOW CNET VIA... |
|---|---|---|---|---|
| All Reviews | All News | All Videos | About CBS Interactive | Facebook |
| Audio | Apple | Apple Byte | About CNET | Twitter |
| Cameras | Crave | CNET On Cars | CNET 100 | Google+ |
| Car Tech | Internet | CNET Top 5 | CNET Forums | YouTube |
| Desktops | Microsoft | CNET Update | CNET Mobile | LinkedIn |
| Laptops | Mobile | Next Big Thing | CNET Shopper Deals | Tumblr |
| Phones | Sci-Tech | The 404 | Corrections | Pinterest |
| Tablets | Security | The Fix | Help Center | Newsletters |
| TVs | Tech Industry | XCAR | Permissions | RSS |