UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-cv-21385-Lenard/Goodman

WREAL, LLC, a Florida Limited
Liability Company,

     Plaintiff,
vs.

AMAZON.COM, INC., a Delaware
Corporation

     Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dennis J. Wouters, Esq., of WNF Law, P.L. - Waserstein, Nuñez & Foodman, hereby enters an appearance as counsel of record for Plaintiff, WREAL, LLC in the above-styled action and requests that copies of all subsequent pleadings, motions, order and other papers filed in this case be served upon him via the CM/ECF system at the electronic mail address below.

Dated: May 1, 2014

          WNF LAW, P.L.
          *Attorneys for WREAL, LLC*
          1111 Brickell Avenue Suite 2200
          Miami, Florida 33131
          Phone: (305) 760-8500 / Fax: (305) 760-8510

          By:   /s/  Dennis J. Wouters
              Carlos Nunez-Vivas  (FL. Bar No.: 128181)
              can@wnflaw.com
              Daniel Foodman (FL. Bar No.: 337160)
              df@wnflaw.com
              Dennis J. Wouters (FL. Bar No.: 28692)
              djw@wnflaw.com
              John G. Marfoe (FL. Bar No.: 101535)
              jgm@wnflaw.com

CASE NO.: 14-cv-21385 Leonard/Goodman

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via US Mail on this 2nd day of May, 2014 to Amazon.com Inc. via its registered agent, Corporation Services Company, 300 Deschutes Way, SW, Suite 304, Turnwater, WA 98501.

/s/   Dennis J. Wouters