UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-cv-21385-Lenard/Goodman

WREAL, LLC, a Florida Limited
Liability Company,

        Plaintiff,

vs.

AMAZON.COM, INC., a Delaware
corporation,

        Defendant.

_____/

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Amazon.com, Inc. ("Amazon") hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: May 6, 2014        Respectfully submitted,

HUNTON & WILLIAMS LLP

By: /s/ Jamie Z. Isani
    Jamie Zysk Isani
    jisani@hunton.com
    Florida Bar No. 728861
    Shannon Shaw
    sshaw@hunton.com
    Florida Bar No. 0092806
    1111 Brickell Avenue, Suite 2500
    Miami, FL 33131
    Telephone: (305) 810-2500
    Facsimile: (305) 810-2460

*Attorneys for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that May 6, 2014, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.


/s/ Jamie Z. Isani
Jamie Zysk Isani

## SERVICE LIST

Carlos Nunez-Vivas
can@wnflaw.com
Daniel Foodman
df@wnflaw.com
Dennis J. Wouters
djw@wnflaw.com
John G. Marfoe
jgm@wnflaw.com
WNF Law, P.L. - Waserstein Nunez & Foodman
1111 Brickell Avenue
Suite 2200
Miami, Florida 33131
Tel.: (305) 760-8500
Fax: (305) 760-8510

*Attorneys for Plaintiff WREAL, LLC*