UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 14-21385-CIV-LENARD/GOODMAN**

**WREAL, LLC, a Florida limited liability company**,

    Plaintiff,

vs.

**AMAZON.COM, INC., a Delaware corporation**,

    Defendant.

_____/

**JOINT CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

1. Motions concerning Discovery — Yes _____ No _____
2. Motions for Costs — Yes _____ No _____
3. Motions for Attorney's Fees — Yes _____ No _____
4. Motions for Sanctions or Contempt — Yes _____ No _____
5. Motions to Dismiss or for Judgment on the Pleadings — Yes _____ No _____
6. Motions to Certify or Decertify Class — Yes _____ No _____
7. Motions for Preliminary Injunction — Yes _____ No _____
8. Motions for Summary Judgment — Yes _____ No _____
9. Motions to Remand (in removal cases) — Yes_____ No _____
10. All other Pre-Trial Motions — Yes _____ No _____
11. Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine — Yes _____ No _____

_____      _____
    (Date)                                     Signature of _____
                                                        Counsel for _____

_____      _____
    (Date)                                     Signature of_____
                                                        Counsel for _____

_____      _____
    (Date)                                     Signature of _____

Case No. 14-21385-CIV-LENARD/GOODMAN

Counsel for  _____

_____          _____
        (Date)                                       Signature of_____
                                                     Counsel for  _____

Original filed with:
Clerk of Court
301 North Miami Avenue, #150
Miami, FL 33128

Case No. 14-21385-CIV-LENARD/GOODMAN

| | |
|---|---|
| _____<br>(Date) | _____<br>Signature of _____<br>Counsel for _____ |
| _____<br>(Date) | _____<br>Signature of_____<br>Counsel for _____ |
| _____<br>(Date) | _____<br>Signature of _____<br>Counsel for _____ |
| _____<br>(Date) | _____<br>Signature of_____<br>Counsel for _____ |
| _____<br>(Date) | _____<br>Signature of _____<br>Counsel for _____ |
| _____<br>(Date) | _____<br>Signature of_____<br>Counsel for _____ |
| _____<br>(Date) | _____<br>Signature of _____<br>Counsel for _____ |
| _____<br>(Date) | _____<br>Signature of_____<br>Counsel for _____ |
| _____<br>(Date) | _____<br>Signature of _____<br>Counsel for _____ |
| _____<br>(Date) | _____<br>Signature of_____<br>Counsel for _____ |
| _____<br>(Date) | _____<br>Signature of_____ |

Case No. 14-21385-CIV-LENARD/GOODMAN

Counsel for _____

Original filed with:
Clerk of Court
301 North Miami Avenue, #150
Miami, FL 33128

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of June, 2014.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**