UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21385-CIV-LENARD/GOODMAN

WREAL, LLC,
    Plaintiff,

v.

AMAZON.COM, INC.,
    Defendant(s).
_____/

## ORDER SETTING PRELIMINARY STATUS CONFERENCE

This cause is set for a telephonic status conference before the Undersigned on Monday, June 30, 2014 at 10:00 a.m. No counsel shall appear in person. Counsel shall contact the Court at 10:00 a.m. by calling the following toll-free number:

1. 1-888-684-8852,

2. Enter Access Code Number 8004594 followed by the # sign,

3. Enter Security Code Number 1213 followed by the # sign.

Counsel is advised that other attorneys from other cases will be attending the telephonic conference at the same time. The Undersigned shall take a short role call at the beginning of the conference. The conference should not last more than fifteen to twenty minutes. Cell phone use is not permitted. Counsel shall phone in timely to the conference call. Attorneys who phone in late, even by one or two minutes, will likely miss some of the substantive comments.

2

**DONE AND ORDERED** in Chambers, Miami, Florida on June 19, 2014.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to**:
The Honorable Joan A. Lenard
All counsel of record