UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-cv-21385-Lenard/Goodman

WREAL, LLC, a Florida Limited
Liability Company,

    Plaintiff,
vs.

AMAZON.COM, INC., a Delaware
Corporation

    Defendant.
_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to this Court's Order Referring Preliminary Status Conference, Discovery Disputes and Certain Pretrial Motions to Magistrate Judge; Directing Parties to File Certificates of Interested Parties; Directing Parties to File a Notice of Refiling and/or Related Cases; Requiring Completion of Form Consenting to Jurisdiction by Magistrate Judge; And Requiring Completion of Joint Scheduling Report and Form (the "Order") and Rule 7.1, Fed. R. Civ. P., Plaintiff hereby provides the following corporate disclosure statement and certificate of interested persons:

    **A.    CORPORATE DISCLOSURE STATEMENT**

        1.    There is no parent corporation.

    **B.    CERTIFICATE OF INTERESTED PERSONS**

Plaintiff hereby certifies that the following is a list of any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case:

CASE NO.: 14-cv-21385/Lenard/Goodman

1. Wreal, LLC;

2. Amazon.com, Inc.; and

3. Counsel for the parties.

Dated: June 30, 2014

Respectfully submitted,

WNF LAW, P.L.
*Attorneys for WREAL, LLC*
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Phone: (305) 760-8500
Fax: (305) 760-8510

By: __/s/  Carlos Nunez-Vivas_____
Carlos Nunez-Vivas
Florida Bar No. 128181
can@wnflaw.com
Daniel Foodman
Florida Bar No. 337160
df@wnflaw.com
Dennis J. Wouters
Florida Bar No. 28692
djw@wnflaw.com
John G. Marfoe
Florida Bar No. 101535
jgm@wnflaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2014, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

/s/   Carlos Nunez-Vivas_____

2

CASE NO.: 14-cv-21385/Lenard/Goodman

## SERVICE LIST

Justin A. Nelson, Esq.
Drew D. Hansen, Esq.
Patrick C. Bageant, Esq.
*Co-counsel for Defendant*
Susman Godfrey L.L.P.
1201 Third Avenue
Suite 3800
Seattle, WA 98101
Tel. 206-516-3880
Fax 206-516-3883
jnelson@susmangodfrey.com
dhansen@susmangodfrey.com
pbageant@susmangodfrey.com

Jamie Z. Isani, Esq.
Shannon Shaw, Esq.
*Co-counsel for Defendant*
Hunton & Williams LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel. 305-810-2500
Fax 305-810-2460
jisani@hunton.com
sshaw@hunton.com