**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 14-cv-21385-Lenard/Goodman

WREAL, LLC, a Florida Limited
Liability Company,

              Plaintiff,

vs.

AMAZON.COM, INC., a Delaware
corporation,

              Defendant.

_____/

**DEFENDANT'S NOTICE OF**
**PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Pursuant to this Court's June 13, 2014 Order, Defendant Amazon.com, Inc. ("Amazon")

hereby files this Notice of Pending, Refiled, Related or Similar Actions and states that it is not

aware of any refiled, related or similar actions pending before another court or administrative

agency, as described in Section 2.15.00 of the Internal Operating Procedures of the Southern

District of Florida.

Dated: June 30, 2014          Respectfully submitted,

                      By: /s/Jamie Z. Isani_____
                           Jamie Zysk Isani (Florida Bar No. 728861)
                           Shannon Shaw (Florida Bar No. 0092806)
                           HUNTON & WILLIAMS LLP
                           1111 Brickell Avenue, Suite 2500
                           Miami, Florida  33131
                           Telephone: (305) 810-2500
                           Facsimile: (305) 810-1675
                           jisani@hunton.com
                           sshaw@hunton.com

Justin A. Nelson (admitted *pro hac vice*)
Drew D. Hansen (admitted *pro hac vice*)
Patrick C. Bageant (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
jnelson@susmangodfrey.com
dhansen@susmangodfrey.com
pbageant@susmangodfrey.com

*Counsel for Defendant Amazon.com*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 30, 2014, a true and correct copy of the foregoing

was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel

or parties of record on the Service List below.

Jamie Zysk Isani

## <u>SERVICE LIST</u>

Carlos Nunez-Vivas
can@wnflaw.com
Daniel Foodman
df@wnflaw.com
Dennis J. Wouters
djw@wnflaw.com
John G. Marfoe
jgm@wnflaw.com
WNF Law, **P.L.** – Waserstein Nunez & Foodman
1111 Brickell Avenue
Suite 2200
Miami, Florida 33131
Tel.: (305) 760-8500
Fax: (305) 760-8510

*Attorneys for Plaintiff WREAL, LLC*