# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21385-CIV-LENARD/GOODMAN

WREAL, LLC, a Florida limited liability company,

    Plaintiff,

vs.

Amazon.com, Inc., a Delaware corporation,

    Defendant.
_____/

## JOINT SCHEDULING FORM

| DEADLINE OR DATE | | ACTION OR EVENT |
|---|---|---|
| **Plaintiff** | **Defendant** | |
| August 14, 2014 | August 14, 2014 | Initial Disclosures |
| January 2, 2015 | March 2, 2015 | All motions for joinder of parties or to amend pleadings shall be filed. |
| September 14, 2015 | April 18, 2016 | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses named on this list shall be permitted to testify at trial. |
| April 15, 2015 | June 1, 2015 | All fact discovery must be completed. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| April 30, 2015 | June 15, 2015 | Plaintiff(s) must provide Defendant(s) an expert |

| | | |
|---|---|---|
| | | witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). |
| May 31, 2015 | July 31, 2015 | Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s). |
| June 30, 2015 | August 31, 2015 | All **expert** discovery must be completed. |
| July 31, 2015 | October 16, 2015 | All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony. |
| August 7, 2015 | October 23, 2015 | Mediation shall be completed. |
| August 24, 2015 | March 28, 2016 | Proposed date before which all motions in limine must be filed. |
| September 14, 2015 | April 18, 2016 | Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e) |
| September 24, 2015 | April 25, 2016 | Proposed date for pre-trial conference. |
| October 14, 2015 | May 2, 2016 | Proposed date for trial. |

CASE NO. 14-21385-CIV-LENARD/GOODMAN

| ADDITIONAL DEADLINES OR DATES | | ACTION OR EVENT |
|---|---|---|
| Plaintiff | Defendant | |
| None | None | None |