UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-cv-21385-Lenard/Goodman

WREAL, LLC, a Florida Limited
Liability Company,

    Plaintiff,

vs.

AMAZON.COM, INC., a Delaware
Corporation

    Defendant.

_____/

## JOINT CONSENT TO JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions concerning Discovery | ____ | __X__ |
| 2. | Motion for Costs | ____ | __X__ |
| 3. | Motions for Attorney's Fees | ____ | __X__ |
| 4. | Motions for Sanctions or Contempt | ____ | __X__ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | ____ | __X__ |
| 6. | Motion to Certify or Decertify Class | ____ | __X__ |
| 7. | Motion for Preliminary Injunction | ____ | __X__ |
| 8. | Motions for Summary Judgment | ____ | __X__ |
| 9. | Motions to Remand (in removal cases) | ____ | __X__ |
| 10. | All other Pre-Trial Motions | ____ | __X__ |

Case No. 14-21385-CIV-LENARD/GOODMAN

11.  Jury or Non-Jury Trial on Merits and Trial Motions including Motions *in Limine*    Yes _____    No __X__

Dated: July 14, 2014

| | |
|---|---|
| WNF LAW, P.L.<br>*Attorneys for WREAL, LLC*<br>1111 Brickell Avenue, Suite 2200<br>Miami, Florida 33131<br>Phone: (305) 760-8500 / Fax: (305) 760-8510<br><br>By: __/s/ John G. Marfoe__<br>Carlos Nunez-Vivas  (FL. Bar No.: 128181)<br>can@wnflaw.com<br>Daniel Foodman (FL. Bar No.: 337160)<br>df@wnflaw.com<br>Dennis J. Wouters (FL. Bar No.: 28692)<br>djw@wnflaw.com<br>John G. Marfoe (FL. Bar No.: 101535)<br>jgm@wnflaw.com | By:   __/s/Jamie Zysk Isani__<br>Jamie Zysk Isani (Fla. Bar No. 728861)<br>Shannon Shaw (Fla. Bar No. 0092806)<br>HUNTON & WILLIAMS LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, Florida  33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-1675<br>jisani@hunton.com<br>sshaw@hunton.com<br><br>Justin A. Nelson (admitted pro hac vice)<br>Drew D. Hansen (admitted pro hac vice)<br>Patrick C. Bageant (admitted pro hac vice)<br>SUSMAN GODFREY L.L.P.<br>1201 Third Ave, Suite 3800<br>Seattle, Washington 98101<br>Telephone: (206) 516-3880<br>Facsimile:  (206) 516-3883<br>jnelson@susmangodfrey.com<br>dhansen@susmangodfrey.com<br>pbageant@susmangodfrey.com<br><br>*Counsel for Defendant Amazon.com* |