**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 14-21385-CIV-LENARD/GOODMAN**

**WREAL, LLC, a Florida limited liability**
**company**,

      Plaintiff,

vs.

**AMAZON.COM,   INC.,   a   Delaware**
**corporation**,

      Defendant.

_____/

**ORDER  DIRECTING PARTIES TO FILE AN**
**AMENDED JOINT SCHEDULING FORM**

      **THIS CAUSE** is before the Court upon the filing of the Joint Scheduling Report and Form

on July 14, 2014, it is hereby,

      **ORDERED AND ADJUDGED** that:

1.     The Parties shall submit an Amended Joint Scheduling Form within **seven (7) days**

     **from the date of this Order**.

2.     All deadlines provided by the parties shall be **date specific** (e.g., January 12,

     2001).

**3.     <u>ALL DATES AND DEADLINES SHALL BE PROPOSED BY THE PARTIES</u>**

     **<u>JOINTLY.  UNILATERAL SUBMISSIONS SHALL BE STRICKEN FROM THE</u>**

     **<u>RECORD.</u>**

4.     Failure to comply with this Order may result in the dismissal of the cause or the

     striking of defenses and entry of final judgment pursuant to Southern District of

     Florida Local Rule 16.1 (M).

Case No. 14-21385-CIV-LENARD/GOODMAN

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of August, 2014.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**