UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CIV-21385-LENARD/GOODMAN

WREAL, LLC, a Florida Limited
Liability Company,

    Plaintiff,
vs.

AMAZON.COM, INC., a Delaware
Corporation

    Defendant.
_____/

**NOTICE OF FILING AMENDED JOINT SCHEDULING FORM**

Pursuant to the Court's August 25, 2014, Order directing the parties to file an Amended Joint Scheduling Form, Plaintiff, WREAL, LLC, and Defendant, Amazon.com, Inc. hereby submit their Amended Joint Scheduling Form attached hereto as Exhibit "A".

CASE NO. 14-21385-CIV-LENARD/GOODMAN

Respectfully submitted,

| | |
|---|---|
| By: /s/ John G. Marfoe<br>Carlos Nunez-Vivas (FL. Bar No.: 128181)<br>can@wnflaw.com<br>Daniel Foodman (FL. Bar No.: 337160)<br>df@wnflaw.com<br>Dennis J. Wouters (FL. Bar No.: 28692)<br>djw@wnflaw.com<br>John G. Marfoe (FL. Bar No.: 101535)<br>jgm@wnflaw.com<br>WNF LAW, P.L.<br>*Attorneys for WREAL, LLC*<br>1111 Brickell Avenue, Suite 2200<br>Miami, Florida 33131<br>Phone: (305) 760-8500 / Fax: (305) 760-8510 | By:   /s/Jamie Zysk Isani              /<br>   Jamie Zysk Isani (Fla. Bar No. 728861)<br>   Shannon Shaw (Fla. Bar No. 0092806)<br>   HUNTON & WILLIAMS LLP<br>   1111 Brickell Avenue, Suite 2500<br>   Miami, Florida  33131<br>   Telephone: (305) 810-2500<br>   Facsimile: (305) 810-1675<br>   jisani@hunton.com<br>   sshaw@hunton.com<br><br>   Justin A. Nelson (admitted pro hac vice)<br>   Drew D. Hansen (admitted pro hac vice)<br>   Patrick C. Bageant (admitted pro hac vice)<br>   SUSMAN GODFREY L.L.P.<br>   1201 Third Ave, Suite 3800<br>   Seattle, Washington 98101<br>   Telephone: (206) 516-3880<br>   Facsimile:  (206) 516-3883<br>   jnelson@susmangodfrey.com<br>   dhansen@susmangodfrey.com<br>   pbageant@susmangodfrey.com<br>   *Counsel for Defendant Amazon.com* |