UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CIV-21385-LENARD/GOODMAN

WREAL, LLC, a Florida Limited
Liability Company,

      Plaintiff,

vs.

AMAZON.COM, INC., a Delaware
Corporation

      Defendant.
_____/

**PLAINTIFF'S REQUEST FOR AN EVIDENTIARY
HEARING ON ITS MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff WREAL, LLC, pursuant to S.D. Fla. Local R. 7.1(b)(2), respectfully requests an evidentiary hearing on its Motion for Preliminary Injunction. This is a trademark infringement case involving reverse confusion, which differs from a typical forward confusion case. Given the complexity of the issues in this case, WREAL believes that an evidentiary hearing will aid the Court's decision-making process. WREAL estimates two days will be necessary for an evidentiary hearing.

CASE NO.: 14-21385-CIV-LENARD/GOODMAN

Respectfully submitted,

WNF LAW, P.L.
*Attorneys for WREAL, LLC*
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Phone: (305) 760-8500
Fax: (305) 760-8510

By: ___*/s/ John Marfoe*___
Carlos Nunez-Vivas
Florida Bar No. 128181
can@wnflaw.com
Daniel Foodman
Florida Bar No. 337160
df@wnflaw.com
Dennis J. Wouters
Florida Bar No. 28692
djw@wnflaw.com
John G. Marfoe
Florida Bar No. 101535
jgm@wnflaw.com

## CERTIFICATE OF SERVICE

I certify that on September 24, 2014, this document was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record on the Service List below.

/s/   John Marfoe

## SERVICE LIST

Justin A. Nelson, Esq.
Drew D. Hansen, Esq.
Patrick C. Bageant, Esq.
*Co-counsel for Defendant*
Susman Godfrey L.L.P.
1201 Third Avenue
Suite 3800
Seattle, WA 98101
Tel. 206-516-3880
Fax 206-516-3883
jnelson@susmangodfrey.com
dhansen@susmangodfrey.com
pbageant@susmangodfrey.com

Jamie Z. Isani, Esq.
Shannon Shaw, Esq.
*Co-counsel for Defendant*
Hunton & Williams LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel. 305-810-2500
Fax 305-810-2460
jisani@hunton.com
sshaw@hunton.com