UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CIV-21385-LENARD/GOODMAN

WREAL, LLC, a Florida Limited
Liability Company,

    Plaintiff,
vs.

AMAZON.COM, INC., a Delaware
Corporation

    Defendant.
_____/

**PLAINTIFF'S MOTION TO SET EXPEDITED SCHEDULING CONFERENCE
IN CONNECTION WITH ITS MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff WREAL, LLC, respectfully requests an expedited scheduling conference in connection with its Motion for Preliminary Injunction. In support, Plaintiff states as follows:

1. On September 22, 2014, Plaintiff filed its Motion for Preliminary Injunction and incorporated memorandum of law. (D.E. 28).

2. On September 24, 2014, Plaintiff filed a request for an evidentiary hearing on its Motion for Preliminary Injunction. (D.E. 29).

3. Pursuant to the Court's September 29, 2014, Order granting Amazon's Unopposed Motion for Extension of Time to File Response to Plaintiff's Motion for Preliminary Injunction, Amazon's response is due to be filed and served no later than October 23, 2014. (D.E. 31).

4. On September 24, 2014, and September 26, 2014, the parties met and conferred via telephone in a good faith effort to agree on a discovery and briefing schedule on Plaintiff's motion, but were unable to do so.

5. Accordingly, Plaintiff respectfully requests an expedited scheduling conference in order to set a reasonable schedule for discovery and briefing in connection with Plaintiff's motion. Specifically, Plaintiff proposes the following schedule:

   a. The parties shall serve all discovery requests related to WREAL's Motion for Preliminary Injunction no later than **September 30, 2014.**[1]

   b. The parties shall complete all fact discovery related to WREAL's Motion for Preliminary Injunction no later than **October 14, 2014**, and the time to respond to any discovery request shall be adjusted accordingly.

   c. Amazon's response to WREAL's Motion for Preliminary Injunction shall be filed and served no later than **October 23, 2014.**

   d. WREAL's reply brief shall be filed and served no later than **November 3, 2014.**

6. In order for the Court to have ample time to review the parties' submissions, Plaintiff respectfully requests that the Court set a hearing on its Motion for Preliminary Injunction **10 days** after it has been fully briefed, on **November 13, 2014,** or as soon thereafter as is convenient for the Court.

7. If it will help expedite the process, Plaintiff respectfully requests that the Court

---

[1] On September 26, 2014, Amazon served **70** requests for production of documents on WREAL. Many of them are clearly overbroad, or completely related to WREAL's motion for preliminary injunction. For example, RFP No. 52 asks for "[a]ll documents related to Amazon," and RFP No. 68 seeks [a]ll documents related to the facts you allege in your Complaint." These requests are clearly overbroad on their face. *See Puccio v. Sclafani,* No. 12-61840, 2013 WL 4068782 at *3 (S.D. Fla. Aug. 12, 2013). Indeed, Fed. R. Civ. P. 34(b)(1)(A) requires that a request for production "must describe with reasonable particularity each item of category of items to be inspected…." And Section III(A) of the Southern District of Florida Discovery Handbook provides that "a request for 'each and every document supporting your claim' is objectionably broad in most cases." The purpose of these and other overbroad discovery requests is clearly to delay WREAL's request for a preliminary injunction by bogging WREAL down in extensive discovery. Nevertheless, WREAL will endeavor to produce documents responsive to all non-objectionable requests on or before the October 14, 2014 deadline proposed in this motion.

CASE NO.: 14-21385-CIV-LENARD/GOODMAN

designate Magistrate Judge Goodman to conduct the hearing on its Motion for Preliminary Injunction, pursuant to 28 U.S.C. § 636(b)(1)(B).

Accordingly, Plaintiff WREAL, LLC, respectfully requests that the Court set an expedited scheduling conference, and for any other relief that the Court deems just.

Respectfully submitted,

WNF LAW, P.L.
*Attorneys for WREAL, LLC*
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Phone: (305) 760-8500
Fax: (305) 760-8510

By: */s/ John Marfoe*
Carlos Nunez-Vivas
Florida Bar No. 128181
can@wnflaw.com
Daniel Foodman
Florida Bar No. 337160
df@wnflaw.com
Dennis J. Wouters
Florida Bar No. 28692
djw@wnflaw.com
John G. Marfoe
Florida Bar No. 101535
jgm@wnflaw.com

CASE NO.: 14-21385-CIV-LENARD/GOODMAN

## CERTIFICATE OF SERVICE

I certify that on September 29, 2014, this document was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record on the Service List below.

/s/ John Marfoe

## SERVICE LIST

Justin A. Nelson, Esq.
Drew D. Hansen, Esq.
Patrick C. Bageant, Esq.
*Co-counsel for Defendant*
Susman Godfrey L.L.P.
1201 Third Avenue
Suite 3800
Seattle, WA 98101
Tel. 206-516-3880
Fax 206-516-3883
jnelson@susmangodfrey.com
dhansen@susmangodfrey.com
pbageant@susmangodfrey.com

Jamie Z. Isani, Esq.
Shannon Shaw, Esq.
*Co-counsel for Defendant*
Hunton & Williams LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel. 305-810-2500
Fax 305-810-2460
jisani@hunton.com
sshaw@hunton.com