UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21385-CIV-LENARD/GOODMAN

WREAL LLC,

    Plaintiff,

v.

AMAZON.COM, INC.,

    Defendant.

_____/

**ORDER ON MOTION TO SET EXPEDITED SCHEDULING CONFERENCE IN CONNECTION WITH PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

This matter is before the Court on Plaintiff WREAL LLC's ("WREAL") Motion to Set Expedited Scheduling Conference in Connection with its Motion for Preliminary Injunction [ECF No. 32] (the "Motion"), which was referred to the Undersigned by the District Court [ECF No. 35]. The Undersigned has reviewed the Motion, Defendant Amazon.com, Inc.'s ("Amazon") response to the Motion [ECF No. 33], and WREAL's reply in support of the Motion [ECF No. 34]. WREAL's Request for an Expedited Scheduling Conference is **Denied**. WREAL's request that the Court enter an Order adopting its proposed schedule is **Granted in part and Denied in part** as follows:

1) WREAL may propound written discovery requests related to WREAL's Motion for Preliminary Injunction no later than **October 2, 2014**.

2) WREAL shall complete its responses to Amazon's discovery requests, served September 26, 2014, by **October 14, 2014**.

3) Amazon shall complete its responses to WREAL's written discovery requests within 21 days of the day they are served.[1]

4) Amazon shall complete any depositions of WREAL personnel by **November 11, 2014**.

5) If WREAL intends to take depositions of Amazon personnel, then it shall complete those depositions by **November 14, 2014**.

6) Amazon's response to WREAL's Motion for Preliminary Injunction shall be due on **November 25, 2014**.

7) WREAL's reply brief shall be due on **December 5, 2014**.

---

[1] In its Motion, WREAL proposed that the parties serve all discovery requests related to WREAL's preliminary injunction motion [ECF No. 28] no later than yesterday, September 30, 2014. However, the Undersigned cannot be sure that WREAL did in fact propound discovery requests by September 30, 2014. For that reason, WREAL has until **October 2, 2014** to do so. Amazon shall have 21 days to respond to that discovery. If WREAL did serve discovery requests on September 30, 2014, then Amazon must respond by **October 20, 2014**.

The Court will schedule an evidentiary hearing on the preliminary injunction motion by separate Order.

**DONE AND ORDERED** in Chambers, in Miami, Florida, October 1, 2014.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Joan A. Lenard
All Counsel of Record