UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-cv-21385-Lenard/Goodman

WREAL, LLC, a Florida Limited
Liability Company,

        Plaintiff,

vs.

AMAZON.COM, INC., a Delaware
corporation,

        Defendant.
_____/

**DEFENDANT'S MOTION TO RE-SET EVIDENTIARY HEARING
ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Amazon.com, Inc. ("Amazon") files this motion to re-set the evidentiary hearing set for December 17, 2014 at 9:30 a.m. (ECF No. 41) due to lead counsel and witness unavailability on December 17, 2014.

Lead counsel for Amazon, Justin A. Nelson, is also lead counsel for Defendant in *Cox et al. v. Continental Casualty Co.*, Case No. 2:13-cv-2288-MJP (W.D. Wash.). Jury selection in that case is scheduled for December 8, 2014, and trial is scheduled to last through the following week.

Additionally, a hearing on December 17 would significantly disrupt the availability of Amazon witnesses who may testify at the hearing. The week before Christmas is one of the busiest—if not the busiest—time for Amazon and other retailers. Preparing for and testifying at a hearing on December 17 would cause not just inconvenience to Amazon, but also disrupt

Amazon's business.  While Amazon of course is a large corporation, the week before Christmas is an "all hands on deck" week.

Before Plaintiff's counsel filed his Notice of Unavailability (ECF No. 37), Amazon was unable to meet and confer with Plaintiff on a hearing date because Plaintiff filed the Notice without conferring with Amazon and Plaintiff did not raise this issue at the Rule 16 Scheduling Conference.  After this Court's Order on Plaintiff's Request for an Evidentiary Hearing on its Motion for Preliminary Injunction (ECF No. 38), however, counsel for Amazon called counsel for Plaintiff and informed Plaintiff of counsel's scheduling conflict.  Counsel for Amazon suggested either January 8 or January 9 for the evidentiary hearing.  Counsel for Plaintiff told counsel for Amazon it would consider the request, but instead Plaintiff filed its notice of availability, without informing the Court of defense counsel's scheduling conflict (ECF No. 39).  After the Court's Order setting the hearing, counsel for Amazon called counsel for Plaintiff again, and Plaintiff stated that it would not agree to accommodate this scheduling issue.

Amazon appreciates that the Court has a busy schedule, that Amazon has more than one lawyer, and that a trial two months in advance may move to another date (although counsel for Amazon does not expect the trial date to disappear or move unless the court grants summary judgment in that case).  Nevertheless, Amazon requests that in light of the current unavailability of its lead counsel along with the disruption to Amazon's potential witnesses, the Court consider setting the hearing date on January 8 or 9, 2015 or soon thereafter.  Rescheduling to a date January 8, 2015 or thereafter also would accommodate Plaintiff's original scheduling request.

## CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant, Justin Nelson, conferred telephonically with Plaintiff's counsel, John Marfoe, in a good faith effort to resolve the issues but has been unable to resolve the issues.

                                                                          s/Jamie Zysk Isani
                                                                          Jamie Zysk Isani

Dated: October 2, 2014                    HUNTON & WILLIAMS LLP

                                               By:  /s/Jamie Z. Isani
                                                        Jamie Zysk Isani
                                                         jisani@hunton.com
                                                         Florida Bar No. 728861
                                                         Shannon Shaw
                                                         sshaw@hunton.com
                                                         Florida Bar No. 0092806
                                                         1111 Brickell Avenue, Suite 2500
                                                         Miami, FL 33131
                                                         Telephone: (305) 810-2500
                                                         Facsimile: (305) 810-2460

                                               Justin A. Nelson (admitted *pro hac vice*)
                                               Drew D. Hansen (admitted *pro hac vice*)
                                               Patrick C. Bageant (admitted *pro hac vice*)
                                               SUSMAN GODFREY L.L.P.
                                               1201 Third Ave, Suite 3800
                                               Seattle, Washington 98101
                                               Telephone: (206) 516-3880
                                               Facsimile: (206) 516-3883
                                               jnelson@susmangodfrey.com
                                               dhansen@susmangodfrey.com
                                               pbageant@susmangodfrey.com

                                               *Counsel for Defendant Amazon.com*

## CERTIFICATE OF SERVICE

I hereby certify that October 2, 2014, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.


/s/Jamie Z. Isani
Jamie Zysk Isani

## SERVICE LIST

Carlos Nunez-Vivas
can@wnflaw.com
Daniel Foodman
df@wnflaw.com
Dennis J. Wouters
djw@wnflaw.com
John G. Marfoe
jgm@wnflaw.com
WNF Law, P.L. – Waserstein Nunez & Foodman
1111 Brickell Avenue
Suite 2200
Miami, Florida 33131
Tel.: (305) 760-8500
Fax: (305) 760-8510

*Attorneys for Plaintiff WREAL, LLC*