UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21385-CIV-LENARD/GOODMAN

WREAL LLC,

    Plaintiff,

v.

AMAZON.COM, INC.,

    Defendant.

_____/

## ORDER SETTING EVIDENTIARY HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This matter is before the Court in order to set an evidentiary hearing on Plaintiff WREAL LLC's ("WREAL") Motion for Preliminary Injunction [ECF No. 28], which the District Court referred to the Undersigned [ECF No. 32]. Previously, this Court set the evidentiary hearing (the "Evidentiary Hearing") for December 17, 2014. [ECF No. 41]. Defendant Amazon.com, Inc. ("Amazon") then filed a Motion to Re-set the Evidentiary Hearing (the "Motion"). [ECF No. 42]. The Undersigned held a telephonic hearing on this issue on October 6, 2014. For the reasons outlined at that hearing it is **ORDERED and ADJUDGED** that the Motion is **Granted in part and Denied in part** as follows:

1) The Evidentiary Hearing on WREAL's Preliminary Injunction Motion will be held on December 30, 2014, at 9:30 a.m. on the 11th Floor of the *James Lawrence King Federal Justice Building*, 99 Northeast Fourth Street, Miami, Florida, **Courtroom 3**.

2) The parties shall refer to the Undersigned's prior order [ECF No. 38] for all other details regarding the Evidentiary Hearing.

3) Amazon shall, no later than December 3, 2014, file an affidavit describing the factual support for the potential damages that it believes the Undersigned should consider, pursuant to Federal Rule of Civil Procedure 65(c), in determining the amount of any bond required should I recommend to the District Court that the Motion for Preliminary Injunction be granted.

4) Both Amazon and WREAL shall, no later than December 10, 2014, file a memorandum of law, not to exceed six, double-spaced pages (excluding signature block and certificate of service), describing what the amount of any required bond should be, if I were to recommend to the District Court that the Motion for Preliminary Injunction be granted.

**DONE AND ORDERED** in Chambers, in Miami, Florida, October 7, 2014.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Judge Joan A. Lenard
All Counsel of Record