UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 14-21385-CIV-LENARD/GOODMAN**

WREAL LLC,

    Plaintiff,

v.

AMAZON.COM, INC.,

    Defendant.

_____/

## POST-HEARING ORDER REQUIRING SUPPLEMENTAL BRIEFING

This matter is before the Court on Defendant Amazon.com, Inc.'s ("Amazon") Notice of Discovery Hearing. [ECF No. 53, p. 1]. At issue is a single term in a proposed protective order -- an "expert identification" provision requiring all parties to disclose the names of experts and consultants who will be given an adverse party's confidential discovery material. A hearing (the "Hearing") on this issue was held on October 31, 2014. For the reasons outlined at the Hearing, it is **Ordered and Adjudged** that:

1) Plaintiff WREAL, LLC and Defendant Amazon.com, Inc. shall each, by November 10, 2014, file with the Court a five page (excluding certificate of service and signature block), double-spaced memorandum of law in support of their positions on this dispute.

2) Plaintiff and Defendant shall exchange drafts of the to-be-filed memoranda of law on Thursday, November 6, 2014. No legal argument not mentioned in the drafts

will be considered, so the Court will entertain a motion to strike an offending memorandum.

The Court will then issue a written Order on the protective order dispute. No additional briefing will be allowed absent further Court Order.

**DONE AND ORDERED** in Chambers, in Miami, Florida, November 4, 2014.

*[signature]*
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to</u>:
All Counsel of Record