UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-21385-JAL

WREAL, LLC, a Florida Limited Liability Company,

  Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

  Defendant.

**JURY TRIAL DEMANDED**

## DECLARATION OF ELIZABETH BAICY

I, Elizabeth Baicy, declare as follows:

1. I make this declaration based on my personal knowledge, my review of documents available to me at Amazon, and my preparation to testify as a corporate representative in this action.

2. I am a Principal Marketing Manager at Amazon.

3. I was involved in the decision to name the Amazon Fire TV product. We decided on the "Fire" brand for the TV device because it fit with our overall consumer electronics brand architecture. Beginning in 2011, we used "Fire" on our tablets (the "Kindle Fire"), and we had released three generations of those tablets by the time the Amazon Fire TV launched in April 2014. We wanted to leverage and continue to extend our existing multi-media consumer electronics brand. The Fire tablet is a multi-media device that enables consumers to enjoy streaming media, just as the Fire TV does. It therefore seemed logical that consumers would associate the Fire TV with the streaming media devices we had already launched and promoted

for more than two years. Since launching the Fire TV we have extended the "Fire" brand even further, launching both the "Fire Phone" and the "Fire TV Stick."

4.   When we were considering the "Fire" name, someone on our team searched the internet and discovered the FyreTV pornographic site. We talked about the risk of bad press but we didn't think people would associate Amazon with hardcore pornography because it was so far away from what the company stands for and the experience customers have every day on our site. Amazon has built family-friendly features for the Fire tablets and the Amazon Fire TV and regularly promotes those features. In conjunction with the announcement of an updated Fire tablet in 2012, Amazon announced Kindle FreeTime, an application unique to the Fire tablet that allows parents to create personalized profiles for kids and limit types of content and the amount of screen time for their children. Later, we launched FreeTime Unlimited, which is a subscription service specifically for children, allowing access to a curated selection of age-appropriate content. These services were available only on Fire tablets and were important differentiators from other tablets. When we launched the Fire TV, we promoted the FreeTime service, which became available on the Fire TV shortly after launch. Amazon has never marketed any of the Fire family (the Fire tablets, Fire TV, Fire Phone, or Fire TV Stick) as a device for viewing pornography.

5.   ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████

6.   If Amazon were to stop using the "Fire" name, it would lose its initial investment in building brand awareness in the launch. Amazon would then have to re-launch the Fire TV

-2-

and Fire TV Stick products with new names and invest in additional advertising to re-introduce the products to consumers under a new brand. This is much more difficult than launching a new product under an established brand. We would have to create a new brand, gain awareness, and re-educate consumers that the products are the same as before but now under a new brand. ■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

7.  Amazon uses the "Fire TV" name on the physical packaging for the Fire TV and Fire TV Stick. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■  ■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

8.  It would confuse consumers if Amazon were to stop using the "Fire TV" name and then re-launch the Fire TV and Fire TV Stick products under a new brand. Not only would Amazon have to educate consumers that the products are exactly the same as before, just with new brands—a confusing proposition—but Amazon would have to continue to provide support and help for both the old products and the new products under different names, even though the products are the same, further confusing consumers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of November, 2014.

*[signature]*

-3-

# EXHIBIT

# A

# (Filed Under Seal)