**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:14-cv-21385-JAL

| | |
|---|---|
| WREAL, LLC, a Florida Limited Liability Company, | |
|      Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, | |
|      Defendant. | |

**NOTICE REGARDING AMAZON'S POTENTIAL**
**DAMAGES TO BE CONSIDERED IN DETERMINING BOND AMOUNT**

In the October 7, 2014 Order Setting Evidentiary Hearing on Plaintiff's Motion for Preliminary Injunction (the "Order") (Doc. No. 46), Magistrate Goodman ordered Amazon.com, Inc. ("Amazon"), no later than December 3, 2014, to "file an affidavit describing the factual support for the potential damages that it believes the Undersigned should consider, pursuant to Federal Rule of Civil Procedure 65(c), in determining the amount of any bond required should I recommend to the District Court that the Motion for Preliminary Injunction be granted."  Order ¶ 3.

The declarations attached to Amazon's response to WREAL's preliminary injunction motion, filed November 25, 2014 (Doc. No. 76), describe the factual support for the potential damages that should be considered, pursuant to Rule 65(c), in determining the amount of a bond in the event the Magistrate recommends that WREAL's motion for preliminary injunction be granted.  Specifically, the relevant factual support can be found in the following paragraphs and exhibits of the following declarations:

- Declaration of Elizabeth Baicy, paragraphs 5-8 and Exhibit A (unredacted version

filed under seal 11/25/14)

- Declaration of Sandeep Gupta, paragraph 8 (unredacted version filed under seal 11/25/14)

In accordance with paragraph 4 of the Order, Amazon will file a legal memorandum no later than December 10, 2014, describing what the amount of any required bond should be if the Magistrate were to recommend that the Motion for Preliminary Injunction be granted.

Dated: December 3, 2014                    Respectfully submitted,

By:    /s/Jamie Zysk Isani
       Jamie Zysk Isani
       Shannon Kelley Shaw
       Florida Bar Nos. 728861 & 0092806
       HUNTON & WILLIAMS LLP
       1111 Brickell Avenue, Suite 2500
       Miami, Florida 33131
       Telephone: (305) 810-2500
       Facsimile: (305) 810-1675
       jisani@hunton.com
       sshaw@hunton.com

       Justin A. Nelson *(pro hac vice)*
       Drew D. Hansen *(pro hac vice)*
       Patrick C. Bageant *(pro hac vice)*
       SUSMAN GODFREY L.L.P.
       1201 Third Ave, Suite 3800
       Seattle, Washington 98101
       Telephone: (206) 516-3880
       Facsimile: (206) 516-3883
       jnelson@susmangodfrey.com
       dhansen@susmangodfrey.com
       pbageant@susmangodfrey.com

       *Counsel for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

**I CERTIFY** that on December 3, 2014, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.



_____/s/Jamie Z. Isani_____
Jamie Zysk Isani

## SERVICE LIST

Carlos Nunez-Vivas
can@wnflaw.com
Daniel Foodman
df@wnflaw.com
Dennis J. Wouters
djw@wnflaw.com
John G. Marfoe
jgm@wnflaw.com
WNF Law, **P.L.** – Waserstein Nunez & Foodman
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Tel.: (305) 760-8500
Fax: (305) 760-8510

_Attorneys for Plaintiff WREAL, LLC_