UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-21385-JAL

WREAL, LLC, a Florida Limited Liability Company,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

    Defendant.

JURY TRIAL DEMANDED

## NOTICE OF CORRECTION TO DECLARATION OF DR. DAN SAREL

Defendant Amazon.com, Inc. ("Amazon") files this Notice of Correction regarding two Appendices to the Declaration of Dr. Dan Sarel (ECF No. 76–6), which was filed with Amazon's preliminary injunction opposition.

Dr. Sarel's original Appendix A (curriculum vitae) incorrectly described his work in *Living Essentials (5 Hour Energy) v. N2G Distributing, Inc. (6 Hour Energy)*; instead of "Expert analysis of defendant survey," the entry should read "Conducted Likelihood of Confusion study."

Dr. Sarel's original Appendix F (survey data), which Dr. Sarel obtained from the survey firm, has an error in column placement: the data for Question 2BOS is incorrectly in the column labeled Question 2C and vice versa.

Corrected versions of Appendix A and Appendix F are attached.

1

Dated: December 17, 2014 Respectfully submitted,

By: /s/Jamie Z. Isani
Jamie Zysk Isani (Florida Bar No. 728861)
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-1675
jisani@hunton.com

Justin A. Nelson *(pro hac vice)*
Drew D. Hansen *(pro hac vice)*
Patrick C. Bageant *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnelson@susmangodfrey.com
dhansen@susmangodfrey.com
pbageant@susmangodfrey.com

*Counsel for Defendant Amazon.com*

## CERTIFICATE OF SERVICE

**I CERTIFY** that on December 17, 2014, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.


/s/Jamie Z. Isani
Jamie Zysk Isani

## SERVICE LIST

Carlos Nunez-Vivas
can@wnflaw.com
Daniel Foodman
df@wnflaw.com
Dennis J. Wouters
djw@wnflaw.com
John G. Marfoe
jgm@wnflaw.com
WNF Law, P.L. - Waserstein Nunez & Foodman
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Tel.: (305) 760-8500
Fax: (305) 760-8510

*Attorneys for Plaintiff WREAL, LLC*