UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21385-CIV-LENARD/GOODMAN

WREAL LLC,

    Plaintiff,

v.

AMAZON.COM, INC.,

    Defendant.

_____/

## ORDER GOVERNING DECEMBER 30, 2014 PRELIMINARY INJUNCTION HEARING

This matter is before the Court on the District Court's referral [ECF No. 32] of Plaintiff Wreal, LLC's ("Wreal") Motion for Preliminary Injunction [ECF No. 28].

As previously noted [ECF No. 46], the Court is holding an Evidentiary Hearing on Wreal's Preliminary Injunction Motion on December 30, 2014, beginning at 9:30 a.m., on the 11th Floor of the *James Lawrence King Federal Justice Building*, 99 Northeast Fourth Street, Miami, Florida, Courtroom 3.

The following procedures will govern that hearing:

1) Each party will have three hours for the evidentiary portion of the hearing, for direct, cross and redirect examinations of all witnesses, to be used in whatever manner that party chooses. Because this is an evidentiary hearing and not a jury trial, the

Undersigned may ask questions of the witnesses. If that happens, then the time the witnesses spend in answering my questions will not be used in the time tally.

2) Each side may use up to fifteen minutes for an opening statement. This time allotment is separate from the three hours allotted to each side for the evidentiary portion of the hearing.

3) Each side may use up to fifteen minutes for a closing statement. This time allotment is separate from the three hours allotted to each side for the evidentiary portion of the hearing.

4) To the extent either, or both, of the parties wish to have the courtroom sealed during portions of the hearing, the party or parties must file a motion requesting that relief no later than December 23, 2014. That motion should also address any issues regarding "materials which would otherwise be inappropriate for display or distribution to the public," including images that "could be described as pornography," that may ultimately be filed on the CM/ECF system, shown in Court or discussed in testimony.

5) **Electronic Equipment:** Consistent with the Local Rules, the parties are free to bring into the courtroom laptop computers, projectors, screens, televisions, monitors,

"Elmos," and other, similar equipment. **This Order may be shown to the deputy marshals or courtroom security officers as the necessary authority for bringing the equipment into the building and into the courtroom, along with a printed copy of the docket sheet in this case from the CM/ECF system showing that the attorney in question has filed a notice of appearance in this case.**

**DONE AND ORDERED** in Chambers, in Miami, Florida, December 18, 2014.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to</u>:
Judge Joan A. Lenard
All Counsel of Record