**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:14-cv-21385-JAL

| | |
|---|---|
| WREAL, LLC, a Florida Limited Liability Company, | |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, | |
| Defendant. | |

## NOTICE OF FILING EXCERPTS OF DEPOSITION OF ELIZABETH BAICEY

On December 17, 2014, the Court held a bond hearing in this matter (ECF No. 103), at which counsel for the Defendant, Amazon.com, Inc. ("Amazon") indicated that Amazon would file excerpts from the deposition of Elizabeth Baicy with the Court. The referenced excerpts of the Baicy deposition are attached hereto. Amazon has redacted certain limited highly confidential information from the attached excerpts and is separately filing a motion to seal an unredacted version of these deposition excerpts with the Court pursuant to Local Rule 5.4.

Dated: December 18, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/Jamie Z. Isani
　　　　　　　　　　　　　　　　　　　　　Jamie Zysk Isani (Florida Bar No. 728861)
　　　　　　　　　　　　　　　　　　　　　HUNTON & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　1111 Brickell Avenue, Suite 2500
　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 810-2500
　　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 810-1675
　　　　　　　　　　　　　　　　　　　　　jisani@hunton.com

　　　　　　　　　　　　　　　　　　　　　Justin A. Nelson *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　Drew D. Hansen *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　Patrick C. Bageant *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　SUSMAN GODFREY L.L.P.
　　　　　　　　　　　　　　　　　　　　　1201 Third Ave, Suite 3800
　　　　　　　　　　　　　　　　　　　　　Seattle, Washington 98101
　　　　　　　　　　　　　　　　　　　　　Telephone: (206) 516-3880
　　　　　　　　　　　　　　　　　　　　　Facsimile: (206) 516-3883
　　　　　　　　　　　　　　　　　　　　　jnelson@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　　　dhansen@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　　　pbageant@susmangodfrey.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Amazon.com*

## CERTIFICATE OF SERVICE

**I CERTIFY** that on December 18, 2014, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.


/s/Jamie Z. Isani
Jamie Zysk Isani

## SERVICE LIST

Carlos Nunez-Vivas
can@wnflaw.com
Daniel Foodman
df@wnflaw.com
Dennis J. Wouters
djw@wnflaw.com
John G. Marfoe
jgm@wnflaw.com
WNF Law, P.L. - Waserstein Nunez & Foodman
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Tel.: (305) 760-8500
Fax: (305) 760-8510

*Attorneys for Plaintiff WREAL, LLC*