Case 1:14-cv-21385-JAL   Document 107-1   Entered on FLSD Docket 12/18/2014   Page 1 of 6

ELIZABETH BAICY  Highly Conf - For Attys' Eyes Only                November 18, 2014
WREAL vs. AMAZON.COM                                                              1

```
 1               UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF FLORIDA

 3                     MIAMI DIVISION

 4                         - - -

 5

 6   WREAL, LLC, a Florida      )
     limited liability company, )
 7                              )
              Plaintiff,        )
 8                              )
         vs.                    ) CASE NO: 14-21385-CIV-
 9                              )          LENARD\GOODMAN
     AMAZON.COM, INC., a        )
10   Delaware corporation,      )
                                )
11            Defendant.        )
     _____)
12

13

14
                     HIGHLY CONFIDENTIAL
15
                  FOR ATTORNEYS' EYES ONLY
16

17
                       DEPOSITION OF
18
                      ELIZABETH BAICY
19
                     SEATTLE, WASHINGTON
20
                      November 18, 2014
21

22

23
     Reported By:
24   JOSHUA W. SCOTT
     CCR No. 3102
25   Job No. 235825
```



ELIZABETH BAICY  Highly Conf - For Attys' Eyes Only                November 18, 2014
WREAL vs. AMAZON.COM                                                               2

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3   WASERSTEIN, NUNEZ & FOODMAN
     BY:   DANIEL FOODMAN, ESQUIRE
 4         JOHN MARFOE, ESQUIRE
     1111 Brickell Avenue, Suite 2200
 5   Miami, Florida 33131
     Phone:  305-760-8500
 6   E-mail:  df@wnflaw.com

 7

     FOR THE DEFENDANT:
 8
     SUSMAN GODFREY, LLP
 9   BY:  DREW HANSEN, ESQUIRE
     1201 Third Avenue, Suite 3800
10   Seattle, Washington 98101
     Phone:  206-505-3847
11   E-mail:  dhansen@susmangodfrey.com

12   DAVIS, WRIGHT & TREMAINE
     BY:   CHARLES S. WRIGHT, ESQUIRE
13   1201 Third Avenue, Suite 2200
     Seattle, Washington 98101
14   Phone:  206-622-3150

15   Also Present:   Stephen Craker, Videographer

16                              ***

17

18

19

20

21

22

23

24

25
```



Case 1:14-cv-21385-JAL   Document 107-1   Entered on FLSD Docket 12/18/2014   Page 3 of 6

ELIZABETH BAICY  Highly Conf - For Attys' Eyes Only         November 18, 2014
WREAL vs. AMAZON.COM                                                       8

```
 1        Q.   The next topic that I understand you'll
 2   testify on is number 2:  Amazon's understanding of
 3   consumer awareness of Amazon's Fire TV and Fire TV
 4   Stick.  Are you prepared to testify on that topic today?
 5        A.   Yes.
 6        Q.   Okay.  Number 3:  Amazon's effort to create
 7   consumer awareness of Amazon's Fire TV and Fire TV
 8   Stick, including its advertising expenditures.  Are you
 9   prepared to testify on that topic today?
10        A.   Yes.
11        Q.   Number 4:  Amazon's goals with respect to
12   consumer awareness of Amazon's Fire TV and Fire TV
13   Stick.  Are you prepared to testify on that topic today?
14        A.   Yes.
15        Q.   Number 9:  Amazon's knowledge of WREAL's Fyre
16   TV.  Are you prepared to talk about that today?
17             MR. HANSEN:  I think this might be -- if I may
18   interpose.  If I may interrupt, we said we would
19   present a 30(b)(6) witness as to Amazon's knowledge of
20   WREAL's Fyre TV at the time Amazon was deciding what to
21   name its Fire TV.  I believe you all are deposing Ms.
22   Fan Jin later today about events in 2011.  So that's
23   what we've agreed to present on without limitation,
24   obviously.  You can go ahead.
25             MR. FOODMAN:  Okay.  I'm not -- okay.
```

Case 1:14-cv-21385-JAL   Document 107-1   Entered on FLSD Docket 12/18/2014   Page 4 of 6

ELIZABETH BAICY  Highly Conf - For Attys' Eyes Only         November 18, 2014
WREAL vs. AMAZON.COM                                                        9

```
 1  BY MR. FOODMAN:
 2      Q.   Number 12:  Amazon's efforts at search engine
 3  authorization with respect to Amazon's Fire TV and Fire
 4  TV Stick.  Are you prepared to testify on that topic?
 5      A.   Yes.
 6      Q.   Amazon's decision to use the name Fire TV for
 7  its family of streaming media devices.  Are you prepared
 8  to talk about that topic?
 9      A.   Yes.
10      Q.   Okay.  Let me start with number 1.  Without
11  going into any communications that you had with either
12  Amazon's inhouse counsel or with Mr. Hansen who is here
13  today as outside counsel, what did you do to prepare to
14  testify on topic 1?
15      A.   On topic 1, which is the branding strategy in
16  relation to the Fire TV and Fire TV Stick, I reviewed
17  previous documents that I wrote for various executive
18  meetings.  I believe there were four meetings in total
19  that I reviewed the documents that I prepared for those.
20  And then I met with Mr. Hansen and Mr. Wright.
21      Q.   Now whenever I ask you about what you did to
22  prepare or who you discussed things with, I'm always
23  excluding your lawyers.
24      A.   Okay.
25      Q.   Don't ever tell me anything about what you
```



```
 1  discussed with your lawyers.  But if you talked about
 2  things with other people within the company that are not
 3  your lawyers, then that's who I'd be referring to.
 4  Okay?
 5        A.   Thank you.  Okay.
 6        Q.   With respect to the number 2, what did you do
 7  prepare for that topic?
 8        A.   With number 2, I received the latest Brand
 9  Study Guide which gives us an understanding of consumer
10  awareness.  I believe the latest one that we received
11  was Friday.  So I reviewed that document as well as the
12  previous one from earlier.
13        Q.   Okay.  Number 3, what did you do to prepare
14  for that topic?
15        A.   This one was just a review of our quarterly
16  business review and what our goals were at the time.
17        Q.   Number 4.  What do you to prepare for that
18  topic?
19        A.   Oh, I'm sorry.  I answered number 4 on that
20  last one.
21        Q.   Number 3.
22        A.   For number 3, so I reviewed our advertising
23  plan for when we launched what we called ████████, which
24  is Fire TV, and then ████████, which is the Fire TV
25  Stick.  And I reviewed that with a few individuals on
```



Case 1:14-cv-21385-JAL   Document 107-1   Entered on FLSD Docket 12/18/2014   Page 6 of 6

ELIZABETH BAICY  Highly Conf - For Attys' Eyes Only          November 18, 2014
WREAL vs. AMAZON.COM                                                       11

```
 1   the team.
 2         Q.   We'll go over that.  Number 9?
 3         A.   Number 9.  The only thing I reviewed was just
 4   in discussions on our naming branding strategy which
 5   refers to number 1.
 6         Q.   Okay.  Number 12?
 7         A.   So I reviewed some documentation on our plan
 8   for search engine optimization and search engine
 9   marketing, which is related, with a colleague.
10         Q.   Number 13?
11         A.   This is very similar to number 1, going back
12   to the same time frame for the meetings that I prepared
13   documentations for branding.
14         Q.   With respect to the item that you said that
15   was just generated on Friday, I believe, and if I --
16         A.   Yeah.
17         Q.   -- am misstating your testimony, please
18   correct me -- that document you said was generated on
19   Friday?
20         A.   We received -- it's the latest.  So we receive
21   periodic updates to our awareness and where we currently
22   are in relation to competitors.  So we did receive one
23   on Friday.
24              MR. FOODMAN:  Mr. Hansen, we haven't received
25   that yet; correct?
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*