UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CV-21385-LENARD/GOODMAN

WREAL, LLC, a Florida Limited
Liability Company,

    Plaintiff,
vs.

AMAZON.COM, INC., a Delaware
Corporation,

    Defendant.
_____/

## NOTICE OF HEARING

Plaintiff Wreal, LLC ("Wreal") provides notice of a discovery calendar hearing on April 30, 2015, at 3:00 p.m., where Wreal will seek leave from the Court to move to compel Defendant Amaon.com, Inc. ("Amazon") to provide discovery related to its sale of sex toys. Specifically, Wreal will seek to compel Amazon to (1) produce documents related to sex toys in response to Request No. 8 of Wreal's First Request for Production, (2) designate a corporate representative to testify as to Topics 5, 6, 7, 14, and 15 listed in Wreal's Re-Notice of Taking Videotaped Rule 30(b)(6) Deposition of Amazon.com, Inc., as those topics relate to sex toys, and (3) respond to Requests to Admit Nos. 1-13 of Wreal's Requests For Admission.

The parties have met and conferred in a good faith effort to resolve this dispute, but have been unable to do so. Wreal's position is that the information related to Amazon's sale of sex toys is relevant and reasonably calculated to lead to the discovery of admissible evidence, and Amazon disagrees.

**CERTIFICATIONS**

Undersigned certifies that he has conferred by telephone with Amazon's counsel in a good faith effort to resolve this matter, but that the parties have been unable to do so.

Undersigned also certifies that he has confirmed the time and date of this hearing, and that Amazon's counsel is available at the time and date listed above.

Respectfully submitted,

WNF LAW, P.L.
*Attorneys for WREAL, LLC*
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Phone: (305) 760-8500
Fax: (305) 760-8510


By:   /s/ John G. Marfoe
Carlos Nunez-Vivas
Florida Bar No. 128181
can@wnflaw.com
Daniel Foodman
Florida Bar No. 337160
df@wnflaw.com
Dennis J. Wouters
Florida Bar No. 28692
djw@wnflaw.com
John G. Marfoe
Florida Bar No. 101535
jgm@wnflaw.com

## CERTIFICATE OF SERVICE

I certify that on April 20, 2015, this document was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record on the Service List below.


By: /s/ John G. Marfoe

## SERVICE LIST

| | |
|---|---|
| Justin A. Nelson, Esq. | Jamie Z. Isani, Esq. |
| Drew D. Hansen, Esq. | Shannon Shaw, Esq. |
| Patrick C. Bageant, Esq. | *Co-counsel for Defendant* |
| Edgar G. Sargent, Esq. | Hunton & Williams LLP |
| *Co-counsel for Defendant* | 1111 Brickell Avenue |
| Susman Godfrey L.L.P. | Suite 2500 |
| 1201 Third Avenue | Miami, FL 33131 |
| Suite 3800 | Tel. 305-810-2500 |
| Seattle, WA 98101 | Fax 305-810-2460 |
| Tel. 206-516-3880 | jisani@hunton.com |
| Fax 206-516-3883 | sshaw@hunton.com |
| jnelson@susmangodfrey.com | |
| dhansen@susmangodfrey.com | |
| pbageant@susmangodfrey.com | |
| esargent@susmangodfrey.com | |