UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CV-21385-LENARD/GOODMAN

WREAL, LLC, a Florida Limited
Liability Company,

      Plaintiff,
vs.

AMAZON.COM, INC., a Delaware
Corporation,

      Defendant.
_____/

**JOINT NOTICE OF DISCOVERY HEARING**

Plaintiff Wreal, LLC ("Wreal") and Defendant Amazon.com, Inc. ("Amazon") jointly provide notice of a discovery calendar hearing on May 22, 2015, at 5:00 p.m.

**Wreal** will bring the following matters to be heard:

(1) Wreal will seek to compel the continued 30(b)(6) deposition of Amazon related to topics 1, 2, 3, 4, 8, 9, and 10 listed in Wreal's Notice of Taking Continued Videotaped Deposition of Amazon.com, Inc. Wreal will also seek leave to extend this deposition beyond the presumptive seven-hour limit. The parties disagree as to whether this deposition may continue without leave of Court, and Amazon opposes extending this deposition past the presumptive seven-hour limit.

(2) Wreal will seek to compel the 30(b)(6) deposition of Amazon related to topics 1 and 2 listed in Wreal's Re-Notice of Taking 30(b)(6) deposition of Amazon.com, Inc. Amazon has objected to producing a witness to testify on this topic on the ground that the testimony would be subject to attorney-client and work product privileges.

**Amazon** will bring the following matter to be heard:

(1) Amazon seeks to compel WREAL's CEO and sole investor, Mr. Estefano Isaias, to appear at deposition. WREAL objects that Amazon seeks an "apex" deposition and that Mr. Isaias has no unique personal knowledge.

## CERTIFICATION

The parties certify that they conferred by telephone in a good faith effort to resolve these matters, but were unable to do so.

Respectfully submitted,

| | |
|---|---|
| By: /s/ John G. Marfoe<br>   Carlos Nunez-Vivas (Fla. Bar No.: 128181)<br>   Daniel Foodman (Fla. Bar No.: 337160)<br>   Dennis J. Wouters (Fla. Bar No.: 28692)<br>   John G. Marfoe (Fla. Bar No.: 101535)<br>   WNF LAW, P.L.<br>   1111 Brickell Avenue, Suite 2200<br>   Miami, Florida 33131<br>   Telephone:    (305) 760-8500<br>   Facsimile: (305) 760-8510<br>   can@wnflaw.com<br>   df@wnflaw.com<br>   djw@wnflaw.com<br>   jgm@wnflaw.com<br><br>*Counsel for Plaintiff Wreal, LLC* | By: /s/ Jamie Isani<br>   Jamie Zysk Isani (Fla. Bar No. 728861)<br>   Shannon Shaw (Fla. Bar No. 0092806)<br>   HUNTON & WILLIAMS LLP<br>   1111 Brickell Avenue, Suite 2500<br>   Miami, Florida  33131<br>   Telephone: (305) 810-2500<br>   Facsimile:  (305) 810-1675<br>   jisani@hunton.com<br>   sshaw@hunton.com<br><br>   Justin A. Nelson (admitted pro hac vice)<br>   Drew D. Hansen (admitted pro hac vice)<br>   Patrick C. Bageant (admitted pro hac vice)<br>   Edgar G. Sargent, (admitted pro hac vice)<br>   SUSMAN GODFREY L.L.P.<br>   1201 Third Ave, Suite 3800<br>   Seattle, Washington 98101<br>   Telephone: (206) 516-3880<br>   Facsimile:  (206) 516-3883<br>   jnelson@susmangodfrey.com<br>   dhansen@susmangodfrey.com<br>   pbageant@susmangodfrey.com<br>   esargent@susmangodfrey.com<br><br>*Counsel for Defendant Amazon.com* |

## CERTIFICATE OF SERVICE

I certify that on May 15, 2015, this document was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record on the Service List below.

By: /s/ John G. Marfoe

## SERVICE LIST

Justin A. Nelson, Esq.
Drew D. Hansen, Esq.
Patrick C. Bageant, Esq.
Edgar G. Sargent, Esq.
*Co-counsel for Defendant*
Susman Godfrey L.L.P.
1201 Third Avenue
Suite 3800
Seattle, WA 98101
Tel. 206-516-3880
Fax 206-516-3883
jnelson@susmangodfrey.com
dhansen@susmangodfrey.com
pbageant@susmangodfrey.com
esargent@susmangodfrey.com

Jamie Z. Isani, Esq.
Shannon Shaw, Esq.
*Co-counsel for Defendant*
Hunton & Williams LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel. 305-810-2500
Fax 305-810-2460
jisani@hunton.com
sshaw@hunton.com