UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CV-21385-LENARD/GOODMAN

WREAL, LLC, a Florida Limited
Liability Company,

    Plaintiff,
vs.

AMAZON.COM, INC., a Delaware
Corporation,

    Defendant.
_____/

**WREAL'S UNOPPOSED MOTION TO SEAL
CERTAIN PORTIONS OF ITS MOTION FOR RECONSIDERATION
OF MAGISTRATE GOODMAN'S MAY 5, 2015 DISCOVERY RULING**

    Pursuant to this Court's Local Rule 5.4 and the Order Governing the Protection and Use of Confidential Information ("Protective Order") entered in this case, ECF No. 67, Plaintiff Wreal, LLC ("Wreal") respectfully requests leave to file under seal certain portions of Wreal's Motion for Reconsideration of Magistrate Goodman's May 5, 2015, Discovery Ruling ("Motion"), and in support states as follows:

    1.    On May 19, 2015, Wreal electronically filed its redacted Motion.

    2.    One exhibit to Wreal's Motion, Exhibit No. 7, contains information that has been designated by Amazon as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to the protective order entered in this case.

    3.    Good cause exists to seal this material because it includes extremely sensitive or competitive information, the disclosure of which could cause competitive harm, and this potential

for harm outweighs any need for public disclosure. *See Chicago Tribune Co. v. Bridgestone/Firestone, Inc.,* 263 F.3d 1304 (11th Cir. 2001).

4. In addition, certain exhibits to Wreal's Motion contain material that is inappropriate for display or distribution to the public, including minors. This material cannot be filed publicly per Section 6E of this Court's Administrative Procedures for Case Management and Electronic Case Filing.

5. Accordingly, Wreal requests that the Court grant it leave to file its non-redacted Motion and certain exhibits under seal until (1) the parties agree that some or all of the materials should be filed publicly, (2) this Court orders the public filing of some or all of the materials, or (3) the conclusion of these actions, including final resolution of any appeals. Any materials not filed on the public docket by the time these actions are concluded should be destroyed.

## **LOCAL RULE 7.1 CERTIFICATION**

Undersigned counsel has conferred with defendant and is authorized to represent that defendant does not oppose the relief sought herein.

Respectfully submitted,

WNF LAW, P.L.
*Attorneys for WREAL, LLC*
1111 Brickell Avenue Suite 2200
Miami, Florida 33131
Phone: (305) 760-8500 / Fax: (305) 760-8510

By: /s/  John Marfoe
    Carlos Nunez-Vivas  (FL. Bar No.: 128181)
    can@wnflaw.com
    Daniel Foodman (FL. Bar No.: 337160)
    df@wnflaw.com
    Dennis J. Wouters (FL. Bar No.: 28692)
    djw@wnflaw.com
    John G. Marfoe (FL. Bar No.: 101535)
    jgm@wnflaw.com

## CERTIFICATE OF SERVICE

I certify that on May 19, 2015, this document was served by transmission of a Notice of Filing generated by CM/ECF upon the following:

Justin A. Nelson, Esq.
Drew D. Hansen, Esq.
Patrick C. Bageant, Esq.
*Co-counsel for Defendant*
Susman Godfrey L.L.P.
1201 Third Avenue
Suite 3800
Seattle, WA 98101
Tel. 206-516-3880
Fax 206-516-3883
jnelson@susmangodfrey.com
dhansen@susmangodfrey.com
pbageant@susmangodfrey.com

Jamie Z. Isani, Esq.
Shannon Shaw, Esq.
*Co-counsel for Defendant*
Hunton & Williams LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel. 305-810-2500
Fax 305-810-2460
jisani@hunton.com
sshaw@hunton.com

    /s/  John Marfoe

3