UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-cv-21385-Lenard/Goodman

WREAL, LLC, a Florida Limited
Liability Company,

        Plaintiff,

vs.

AMAZON.COM, INC., a Delaware
corporation,

        Defendant.
_____/

**ORDER GRANTING JOINT MOTION TO RESCHEDULE LIMITED
DEPOSITIONS AFTER FACT DISCOVERY CUT-OFF**

THIS CAUSE having come before the Court on the parties' Joint Motion to Reschedule Limited Depositions After Fact Discovery Cut-off, and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby

ORDERED AND ADJUDGED that:

1. The parties shall have leave to take the depositions identified in the Motion on or before June 22, 2015.

2. WREAL shall furnish its expert witness list to Amazon, along with the reports or summaries required by Rule 26(a)(2), fourteen (14) days after the date of the last deposition taken by WREAL (i.e., no earlier than June 26, 2015, but in no event later than July 6, 2015). Amazon shall furnish its expert witness list to WREAL, along with the reports or summaries required by Rule 26(a)(2), forty-six (46) days after WREAL furnishes its expert disclosures.

3. All other deadlines set forth in the scheduling Order governing this matter (ECF

No. 49) remain unchanged.

      DONE AND ORDERED in Chambers in Miami, Florida, this ____ day of _____, 2015.

                                          _____
                                               Honorable Joan A. Lenard
                                               United States District Judge