UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21385-CIV-LENARD/GOODMAN

**WREAL, LLC, a Florida Limited**,
**Liability Company,**

    Plaintiff,

v.

**AMAZON.COM, INC. a Delaware**
**Corporation,**

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S DISCOVERY ORDER (D.E. 150)

**THIS CAUSE** is before the Court on Plaintiff Wreal LLC's Motion for Reconsideration of the Magistrate Judge's May 5, 2015 Discovery Ruling, filed on May 19, 2015. (D.E. 150.) After careful review of the Motion, Defendant Amazon.com Inc.'s Response, the Reply, and the entire case file, the Court finds that Wreal has not presented any decision by the Magistrate Judge that "is clearly erroneous or is contrary to law." See Fed. R. Civ. P. 72(a) (providing that district judge must consider timely objections to nondispositive orders of magistrate judge and modify or set aside any part of order that is clearly erroneous or contrary to law).

First, the Court finds that the Magistrate Judge's determination that two of the discovery contentions were untimely (D.E. 144 at 4) is supported by the record and the applicable law. See S.D. Fla. L.R. 26.1(i) (requiring parties to bring discovery disputes

to the Court's attention "within thirty (30) days of the occurrence of grounds for the motion.").

Second, the Magistrate Judge's determination that Wreal's requests for admissions 1–13 (D.E. 153-8) sought irrelevant information was not clearly erroneous or contrary to law. Wreal's Complaint alleges that Amazon's Fire TV mark is confusingly similar to Wreal's FyreTV mark. Wreal's FyreTV product makes pornographic videos available for streaming. The requests for admissions at issue sought information pertaining to various sex toys and DVDs purportedly listed for sale on Amazon.com. Wreal does not sell sex toys, just as Amazon does not stream pornography for its customers. Thus, whether Amazon.com lists sex toys or DVDs for sale is not relevant to whether Amazon's Fire TV mark is confusingly similar to Wreal's FyreTV to the point that Wreal's porn-streaming consumers would think that Amazon.com is the actual provider of FyreTV.

Accordingly, it is ORDERED AND ADJUDGED that Wreal's Motion for Reconsideration of the Magistrate Judge's May 5, 2015 Discovery Ruling (D.E. 150) is DENIED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of August, 2015.

                                             _____
                                             **JOAN A. LENARD**
                                             **UNITED STATES DISTRICT JUDGE**