UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-21385-JAL

WREAL, LLC, a Florida Limited Liability Company,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

    Defendant.

## JOINT MOTION TO EXTEND DEADLINES DUE TO EXTRAORDINARY CIRCUMSTANCES

Amazon.com, Inc. ("Amazon") and Wreal, LLC ("Wreal") file this joint motion to extend the September 28, 2015 deadline for Amazon to depose Wreal's expert Thomas Maronick to October 6, 2015, and to extend the deadline for dispositive motions and motions to exclude or limit proposed expert testimony (the "motions deadline") to October 16, 2015, due to extraordinary circumstances that have arisen since this Court entered an Order on September 23, 2015, granting in part and denying in part the parties' Joint Motion to Accommodate Court's Order on Rebuttal Experts (ECF No. 186) (the "September 23 Order").

On September 21, 2015, Magistrate Judge Goodman entered an Order Regarding Plaintiffs' Rebuttal Experts, in which he found that two expert witnesses offered by Wreal on the last day of the expert discovery period, Jesse David and Thomas Maronick, were timely disclosed rebuttal witnesses, and allowed Amazon to take the depositions of those witnesses by September 28, 2015. ECF No. 183. At that time, the motions deadline was October 2, 2015.

On September 22, 2015, the parties jointly moved the Court to extend the time allowed for the depositions of Messrs. David and Maronick to October 9, and to extend the motions

deadline to October 20.  ECF No. 185.  In the September 23 Order, the Court partially granted the relief requested by extending the dispositive motions deadline to October 9, 2015, to allow the parties to complete the depositions of Messrs. David and Maronick by September 28.[1]

The parties scheduled the depositions of Drs. David and Maronick on September 28 – Dr. David in Laguna Beach, California, and Dr. Maronick in Baltimore, Maryland.  On the evening of September 25, 2015, however, Amazon's counsel who was scheduled to take Dr. Maronick's deposition, Drew Hansen, suffered a broken leg and was rendered unable to travel across the country to take the deposition of Dr. Maronick.  Amazon's counsel informed Wreal's counsel of this emergency situation the next morning.  The parties conferred throughout the day on Saturday, September 26, 2015.  In order to keep the currently scheduled motions deadline, Amazon's counsel informed Wreal's counsel that they could take the deposition of Dr. Maronick any time during the week of September 28 (other than Monday, September 28, the day Dr. David was being deposed in California).  Wreal's counsel advised that Mr. Maronick was unavailable for deposition until October 6, 2015.

Amazon is prepared to take Dr. Maronick's deposition on October 6, 2015.  It would not be reasonably possible, however, for the parties to complete the deposition of Dr. Maronick on October 6 and then to file dispositive motions and motions to exclude or limit proposed expert testimony by October 9, 2015.  Accordingly, the parties respectfully request an extension of the deadlines to file dispositive motions and motions to exclude or limit proposed expert testimony through and including October 16, 2015.  The parties acknowledge that the Court has stated that extensions will not be granted absent extraordinary circumstances but respectfully submit that the physical injury of an attorney two days before a deposition is scheduled to occur across the country constitutes extraordinary circumstances.  Trial in this matter is not scheduled until April

---

[1] While Wreal and Amazon disagree as to whether the current extension applies to motions to exclude or limit proposed expert testimony (Wreal believes that it does not and Amazon believes it does), the parties are in agreement that both deadlines should now be October 16, 2015, given the unforeseen circumstances.

18, 2016.

Accordingly, the parties respectfully request an order that:

(1) Amazon will have up to and including October 6, 2015, to take the deposition of Wreal's expert, Dr. Thomas Maronick; and

(2) Any dispositive motions and motions to limit or exclude expert testimony must be filed on or before October 16, 2015.

Dated: September 28, 2015                                   Respectfully submitted,

By: /s/ Jamie Zysk Isani

Jamie Zysk Isani (Florida Bar No. 728861)
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-1675
jisani@hunton.com

Justin A. Nelson *(pro hac vice)*
Drew D. Hansen *(pro hac vice)*
Patrick C. Bageant *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnelson@susmangodfrey.com
dhansen@susmangodfrey.com
pbageant@susmangodfrey.com

*Counsel for Defendant Amazon.com*

WNF LAW, P.L.
1111 Brickell Avenue Suite 2200
Miami, Florida 33131
Phone: (305) 760-8500 / Fax: (305) 760-8510

By:   /s/ John G. Marfoe
Carlos Nunez-Vivas  (FL. Bar No.: 128181)
can@wnflaw.com
Daniel Foodman (FL. Bar No.: 337160)

>df@wnflaw.com
>Dennis J. Wouters (FL. Bar No.: 28692)
>djw@wnflaw.com
>John G. Marfoe (FL. Bar No.: 101535)
>jgm@wnflaw.com

>*Attorneys for WREAL, LLC*

## CERTIFICATE OF SERVICE

**I CERTIFY** that on September 28, 2015, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

>    /s/Jamie Z. Isani
>    Jamie Zysk Isani

## SERVICE LIST

Carlos Nunez-Vivas
can@wnflaw.com
Daniel Foodman
df@wnflaw.com
Dennis J. Wouters
djw@wnflaw.com
John G. Marfoe
jgm@wnflaw.com
WNF Law, P.L. - Waserstein Nunez & Foodman
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Tel.: (305) 760-8500
Fax: (305) 760-8510

*Attorneys for Plaintiff WREAL, LLC*