REDACTED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:14-cv-21385-JAL

| | |
|---|---|
| WREAL, LLC, a Florida Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>    Defendant. | |

**AMAZON'S STATEMENT OF UNDISPUTED FACTS**

The following material facts are not in dispute:[1]

1. WREAL's FyreTV is a pay-per-view streaming pornography service. WREAL describes its FyreTV service as "The Ultimate Adult Video On Demand Experience," a "porn pay per view service," and "the Netflix of Porn." Bageant Decl. Ex. 1 (Pl's. Ex. 5);[2] ECF No. 130 at 7; ECF No. 177 at 2 ("Wreal sells a pornography pay-per-view service called FyreTV.").

2. WREAL's FyreTV offers exclusively pornographic content, not mainstream movies, and most of its offerings are hardcore pornography. Bageant Decl. Ex. 2 (Tr. 58:23-59:2, 112:10-12), ECF No. 130 at 7; ECF No. 177 at 11-12 ("Wreal's FyreTV is in the market of streaming pornographic content.").

3. A person can only become a FyreTV customer by signing up for an account at the FyreTV.com website. Bageant Decl. Ex. 2 (Tr. 130:20-22); ECF No. 130 at 8.

4. WREAL's FyreTV.com website requires users to confirm they are 18 years of age and willing to view adult content before they can enter. Bageant Decl. Ex. 2 (Tr. 275:4-14); Bageant Dec. Ex. 3 (Def's. Ex. RFX 204); Bageant Dec. Ex. 4 (Vasco Dep. 14:19-25); ECF No. 130 at 7; ECF No. 177 at 11 ("Wreal's FyreTV is available only to consumers who verify that they are over eighteen years old and are willing to view adult content.").

5. WREAL's FyreTV.com homepage shows several rows of highly explicit pornographic images. Bageant Decl. Ex. 1 (Pl's. Ex. 5); ECF No. 130 at 7; ECF No. 177 at 11 ("[O]nce customers verify their age, they are directed to a website that exclusively contains pornographic brands.").

---

[1] Citations to "Tr." are to the transcript of the preliminary injunction hearing on December 30, 2014. Citations to "Pl's Ex." and "Def's Ex." are to exhibits admitted during the December 30, 2014, preliminary injunction hearing.

[2] "Bageant Decl." refers to the October 13, 2015, Declaration of Patrick C. Bageant filed herewith.

6. The "Categories" page on WREAL's FyreTV.com website shows images from many different lurid pornography genres. Bageant Decl. Ex. 5 (Def's Ex. RFX 205); Bageant Decl. Ex. 6 (RFX 206); ECF No. 130 at 7.

7. WREAL sells the "Fyre BoXXX," a set-top box dedicated to streaming WREAL's FyreTV pornography service. Bageant Decl. Ex. 1 (Pl's. Ex. 5); Bageant Decl Ex. 7 (Def's. Ex. RFX 210); Bageant Decl. Ex. 8 (Ex. RFX 214); ECF No. 130 at 8; ECF No. 177 at 2 ("Wreal sells . . . a pornography STB called the Fyre BoXXX").

8. The Fyre BoXXX is only available to customers who first sign up for a FyreTV account at WREAL's website. Bageant Decl. Ex. 2 (Tr. 130:13-22); ECF No. 130 at 8.

9. WREAL has never sold the Fyre BoXXX at any store or through any website other than FyreTV.com. Bageant Dec. Ex. 2 (Tr. 133:14-19); ECF No. 130 at 8.

10. In October 2012, WREAL stopped selling the Fyre BoXXX to new subscribers; only restarting sales after Amazon launched its Fire TV in April 2014. Bageant Dec. Ex. 2 (Tr. 57:2-25; Tr. 123:11-20); Bageant Decl. Ex. 9 (WREAL's Responses to Amazon's Requests for Admissions No. 29); ECF No. 130 at 8.

11. WREAL's only products are FyreTV and the FyreBoXXX. Bageant Decl. Ex. 10 (Toro Dep. 50:8-11).

12. WREAL's target market is pornography consumers. Bageant Dec. Ex. 2 (Tr. 361:24-363:13); Bageant Decl. Ex. 11 (Isaias Dep. 89:14-16); Bageant Decl. Ex. 12 (Franco Nov. 11, 2014 30(b)(6) Dep. 55:20-24); Bageant Decl. Ex. 9 (WREAL's Response to Amazon's Requests for Admissions No. 70); ECF No. 130 at 28 ("Wreal targets adults interested in paying to view hardcore pornography.").

-3-

13. WREAL does not believe its use of the "Netflix" mark infringes any trademarks because it believes Netflix operates in a different market. Bageant Dec. Ex. 2 (Tr. 120:10-121:7); ECF No. 130 at 7.

14. WREAL stopped all print, radio, trade show, and TV advertising by no later than 2012. Bageant Dec. Ex. 13 (Franco June 19, 2015 30(b)(6) Dep. 35:8-13); Bageant Dec. Ex. 10 (Toro Dep. 91:17-21); Bageant Dec. Ex. 2 (Tr. 64:6-10); ECF No. 130 at 10.

15. WREAL currently advertises online only on adult websites. Bageant Dec. Ex. 2 (Tr. 142:13-15; Tr. 143:1-10); Bageant Decl. Ex. 14 (Pl's. Ex. 4); ECF No. 130 at 10; ECF No. 177 at 13 ("Wreal advertises on adult-websites only").

16. ██████████████████████████████████ Bageant Decl. Ex. 10 (Toro 30(b)(6) Dep. 33:22-34:5; 58:11-15); Bageant Decl. Ex. 15 (Toro Dep. Ex. 40).

17. ██████████████████████████████████ ██████ Bageant Decl. Ex. 10 (Toro 30(b)(6) Dep. 57:9-21); Bageant Decl. Ex. 2 (Tr. 140:9-14); Bageant Decl. Ex. 16 (Report of Patrick F. Gannon ("Gannon Rep.") 16-21).

18. WREAL cannot identify any actual damage – lost set-top box sales, lost business or other sales, subscriber cancellations – because of Amazon's Fire TV. Bageant Decl. Ex. 2 (Tr. 141:24-142:6); ECF No. 130 at 43; ECF No. 177 at 18 ("[T]he Magistrate Judge accurately found that Wreal had not shown any risk of any compensable harm – i.e., there was no evidence presented that any sales were lost because of Amazon's use of the Fire TV mark."); Gannon Rep. at 4-25.

19. Amazon is a Seattle-based company that sells a broad variety of products, primarily through its home page, www.amazon.com. ECF No. 130 at 10. Amazon started using

the "Fire" brand with streaming video in 2011, when it introduced the Kindle Fire tablets. Bageant Dec. Ex. 2 (Tr. 207:20-208:23); ECF No. 130 at 10.

20. Amazon selected the "Fire" brand in 2011 to show the evolutionary progression from the "Kindle" e-reader to the "Fire" tablets with streaming video capability. Bageant Dec. Ex. 2 (Tr. 207:25-208:9); ECF No. 130 at 10.

21. Amazon had released three generations of the "Fire" tablets by April 2014. Bageant Dec. Ex. 2 (Tr. 208:24-209:1); ECF No. 130 at 10.

22. In late 2012 and early 2013, Amazon was planning for the introduction of several new products, including a phone, a new generation of tablets, and a set-top box. Bageant Dec. Ex. 2 (Tr. 209:5-16); ECF No. 130 at 11.

23. Amazon decided to use "Fire" for all the new products (the phone, new generation of tablets, and set-top box), extending its previous use of "Fire" as its multimedia brand. Bageant Dec. Ex. 2 (Tr. 210:1-9); Bageant Decl. Ex. 17 (Lindsay Dep. 137:21-138:2); Bageant Dec. Ex. 18 (Moynihan Dep. 214:19-215:4); ECF No. 130 at 11.

24. Amazon often markets its consumer electronics products with the "Amazon" name before the products' brand names: for example, the Amazon Echo, the Amazon Fire phone, and the Amazon Fire TV. Bageant Decl. Ex. 17 (Lindsay Dep. 89:13-18); Bageant Decl. Ex. 2 (Tr. 210:10-17); ECF No. 130 at 11.

25. Amazon Fire TV launched April 2, 2014. Bageant Decl. Ex. 19 (Pl's. Ex. 6); Bageant Decl. Ex. 20 (Pl's Ex. 7); ECF No. 130 at 11.

26. Amazon markets the Amazon Fire TV as a set-top box for general interest content – "instant access to Netflix, Prime Instant Video, WatchESPN," and more – including selections like "House of Cards" and "Dora the Explorer" for video and Pandora for music.

Bageant Decl. Ex. 20 (Pl's Ex. 7); ECF No. 130 at 11; ECF No. 177 at 3 (describing Amazon's Fire TV as "an STB dedicated to mainstream content.").

27. Amazon markets the Amazon Fire TV's family-friendly features, advertising that the "FreeTime" service "revolutionizes parental controls – parents can choose what your kids see and set time limits for types of content and times of day." Bageant Decl. Ex. 20 (Pl's. Ex. 7); ECF No. 130 at 12; Tr. 213:9-18.

28. In October, Amazon launched a smaller version, the "Fire TV Stick," that plugs directly into a television. Bageant Decl. Ex. 2 (Tr. 216:18-217:3); ECF No. 130 at 12.

29. In September 2015, Amazon announced updated versions of the Amazon Fire TV (adding 4K Ultra HD video capability and voice search for information such as weather and sports news) and the Amazon Fire TV Stick (adding a voice remote) as well as a new Amazon Fire TV Gaming Edition, which comes with a game controller, two included games, and additional storage capacity. Bageant Decl. Ex. 21.

30. Amazon does not market the Amazon Fire TV or any of the "Fire" family of devices (such as the phone or the tablets) for viewing pornography. Bageant Decl. Ex. 2 (Tr. 213:5-8); ECF No. 130 at 12; ECF No. 177 at 12 ("Amazon does not target individuals in the market to stream pornography.").

31. Amazon bought paid internet keyword ads for the Amazon Fire TV, but it did not purchase ads for keywords around WREAL's FyreTV name or anything related to pornography. Bageant Decl. Ex. 2 (Tr. 212:19–213:1); ECF No. 130 at 12.

32. Amazon prohibits pornographic apps for the Amazon Fire TV. Bageant Decl. Ex. 2 (Tr. 256:1-6); ECF No. 130 at 12.

33. Amazon's content policies for both Amazon Instant Video (which streams on the Amazon Fire TV) and DVDs available on Amazon's website (whether sold by Amazon or third parties) prohibit pornography. Bageant Decl. Ex. 22 (Def's. Ex. Martinelli 1); Bageant Decl. Ex. 23 (Def's Ex. Martinelli 2); Bageant Decl. Ex. 17 (Lindsay Dep. 178:23-179:2); Bageant Decl. Ex. 24 (Maines Dep. 160:4-6; 163:25-164:3); *see also* ECF No. 130 at 12; ECF No. 177 at 12 ("Amazon Fire TV is expressly not in the market of streaming pornographic content.").

34. The Amazon Fire TV "appears on Amazon's website, an Amazon-branded marketplace with other Amazon-branded products, such as the Kindle Fire, in a general consumer environment free from pornography." ECF No. 177 at 11 (quoting ECF No. 130 at 11).

35. The Amazon Fire TV does not have a DVD tray and cannot play DVDs. Def's Ex. Baicy 2 (Amazon Fire TV device);[3] Bageant Decl. Ex. 9 (WREAL's Responses to Amazon's Requests for Admission No. 80); ECF No. 130 at 26.

36. Elizabeth Baicy, an Amazon principal marketing manager, testified pornography has "never once" come up in many different focus groups on consumer perceptions of the Amazon brand. Bageant Decl. Ex. 2 (Tr. 245:18-246:4); ECF No. 130 at 12.

37. Amazon advertises its Amazon Fire TV products through the Amazon.com homepage and through other channels including television, print media, and in-store displays at stores such as Best Buy and Staples. ECF No. 76-2 ¶7; Tr. 230:7-12; ECF No. 130 at 12; ECF No. 177 at 13 ("The Magistrate Judge properly concluded that Amazon uses its homepage, national television, and print . . . .").

---

[3] Defendant's Exhibit Baicy 2 at the December 20, 2015, preliminary injunction hearing was a physical Amazon Fire TV device. It is in the custody of Magistrate Goodman's Chambers as of this filing.

-6-

38.      ██████████████████████████████████████

██████████████████████████████. Bageant Decl. Ex. 2 (Tr. 217:4-218:6, 222:10-223:12); Bageant Decl. Ex. 25 (Ex. Baicy 1); Bageant Decl. Ex. 26 (Maronick Sept. 10, 2015 Rep. ¶ 26).

39.      Differences between the FyreTV and Amazon Fire TV marks include: one is red, the other yellow or orange; one is two words, the other is one; one includes a flame graphic, the other does not, each has its own unique stylized font, one is with a "y" and the other with an "i," and one often has "Amazon" in front of it and the other does not, as follows:





ECF No 130 at 20, ECF No. 177 at 2, 11.

40.      Not a single one of WREAL's 51,000 customers has contacted it about Amazon (other than customers asking if the FyreTV app will be available on Amazon's Fire TV). Bageant Decl. Ex. 2 (Tr. 142:10-12); ECF No. 130 at 35; ECF No. 177 at 16; Bageant Decl. Ex. 27 (WREAL 10873 ("Do you have an app for Amazon Fire TV like you have for google tv, etc.")); Bageant Decl. Ex. 28 (WREAL 10866 ("Are you going to release or allow your content to be viewed on the Amazon's Fire TV/TV Stick? Also what about just straight up android?? I do not have any of the devices that your Video on Demand lists, and am hoping you may consider branching out.")); Bageant Decl. Ex. 29 (WREAL 09039 ("Is fyretv accessible on my amazon fire stick?")); Bageant Decl. Ex. 30 (WREAL 10908 ("I plan to buy the new Amazon FireTV

box (I know it is NOT related to you guys – although confusion over the name may bring Fyretv some more customers and maybe a domain name sale windfall – more power to you!) Will this new Amazon streaming device have a private channel installation of FyreTV in the near future?").

41. Amazon and WREAL do not offer one another's products on their respective websites: consumers cannot buy Amazon's Fire TV on WREAL's website, nor can they buy WREAL's FyreTV or Fyre BoXXX on Amazon's website. ECF No. 130 at 28.

42. Amazon offers Amazon's Fire TV through channels where consumers cannot purchase WREAL's FyreTV or Fyre BoXXX, including Amazon's own website, Best Buy, and Staples. WREAL has conceded that "the products are not sold at the same retail outlets." ECF No. 132 at 11; *see also* ECF No. 130 at 28 ("The Court concludes that there is no overlap in sales outlets . . . .").

43. Amazon has received tens of thousands of customer service inquiries related to the Amazon Fire TV. Bageant Dec. Ex. 2 (Tr. 309:24-310:8); ECF No. 130 at 35.

44. One Amazon customer asked whether he could access adult content on the Amazon Fire TV by spelling "Fire" with a "y," but this customer did not believe Amazon was the source of FyreTV. Bageant Decl. Ex. 31 (Def.'s Ex. Fuller 3); ECF No. 130 at 35; ECF No. 177 at 15-16 ("The Magistrate Judge determined that this inquiry did not represent that the caller thought Amazon was the <u>source</u> of the adult content anymore then the caller could think Amazon was the source of Netflix when the caller also asked about accessing Netflix on his Amazon Fire TV. A review of the transcript supports the Magistrate Judge's conclusion.") (citation omitted).

45. Hardcore pornography is a distinct genre, different from other erotic content such as soft-core pornography: it has explicit, actual sexual intercourse (as opposed to simply nudity),

-8-

signaled by particular figures such as the "meat shot" (visible evidence of penetration) and the "money shot" (visible ejaculation); in addition, it has a different source of funding from mainstream Hollywood movies. Bageant Decl. Ex. 32 (Franco Dep. 10:24-11:8); Bageant Dec. Ex. 33 (Lehman Aug. 11, 2016 Report at ¶¶ 13-30); Bageant Decl. Ex. 34 (Williams Dep. 27:24-37:3, 160:14-21, 163:5-13, 164:9-14, 168:7-169:12); ECF No. 130 at 25.

46.   A hardcore pornography site such as WREAL's FyreTV looks and feels very different to the viewer than a mainstream consumer site such as Amazon.com. Bageant Dec. Ex. 33 (Lehman Aug. 11, 2016 Report at ¶ 21); Bageant Decl. Ex. 34 (Williams Dep. 40:1-9; 41:3-10; 164:9-14; 168:7-169:12).

47.   Dr. Dan Sarel, an expert retained by counsel for Amazon, conducted a consumer survey showing a confusion rate of one percent, which Dr. Sarel described as "statistically insignificant" and "nonexistent." Bageant Decl. Ex. 2 (Tr. 332:17-25); Bageant Decl. Ex. 35 (Sarel Aug. 11, 2015, Decl. at ¶¶ 1-3, 36-40, Ex. 1 ¶¶ 46-55).

48.   Dr. Thomas Maronick, an expert retained by counsel for WREAL, conducted consumer surveys in April 2014 that showed "very low" consumer confusion. Bageant Decl. Ex. 2 (Tr. 378:9-22); Bageant Decl. Ex. 35 (Sarel Aug. 11, 2015 Decl. at ¶¶ 16-20); Bageant Decl. Ex. 36 (Maronick Dep. 35:25-36:12 ("■■■■■"); 157:16-21).

49.   Dr. Maronick testified that ■■■■■■■■■■■■■■■■■■ ■■■■■■■ Bageant Decl. Ex. 36 (Maronick Dep. 21:22-25, 13:6-11 ■■■■■■ ■■■■■■■■■■■■■■■■

50.   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
Bageant Decl. Ex. 36 (Maronick Dep. 124:22-125:15).

51. █████████████████████████████████ Bageant Decl. Ex. 37 (David Dep. 97:18-21); Bageant Decl. Ex. 16 (Gannon Rep. 6, 25-38).

52. █████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████ Bageant Decl. Ex. 37 (David Dep., 43:24-44:4, 52:4-19, 56:6-13, 122:13-18).

Dated: October 13, 2015               Respectfully submitted,

By: ___/s/ Jamie Zysk Isani_____
    Jamie Zysk Isani (Florida Bar No. 728861)
    HUNTON & WILLIAMS LLP
    1111 Brickell Avenue, Suite 2500
    Miami, Florida 33131
    Telephone: (305) 810-2500
    Facsimile: (305) 810-1675
    jisani@hunton.com

    Justin A. Nelson *(pro hac vice)*
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Telephone: (713) 651-9366
    Fax: (713) 654-6666
    jnelson@susmangodfrey.com

    Drew D. Hansen *(pro hac vice)*
    Edgar Sargent *(pro hac vice)*
    Patrick C. Bageant *(pro hac vice)*
    SUSMAN GODFREY L.L.P.
    1201 Third Ave, Suite 3800
    Seattle, Washington 98101
    Telephone: (206) 516-3880
    Facsimile: (206) 516-3883
    dhansen@susmangodfrey.com

                                        esargent@susmangodfrey.com
                                        pbageant@susmangodfrey.com

*Counsel for Defendant Amazon.com*

3930439v1/014332

-12-

## CERTIFICATE OF SERVICE

**I CERTIFY** that on October 13, 2015, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.


/s/Jamie Z. Isani
Jamie Zysk Isani

## SERVICE LIST

Carlos Nunez-Vivas
can@wnflaw.com
Daniel Foodman
df@wnflaw.com
Dennis J. Wouters
djw@wnflaw.com
John G. Marfoe
jgm@wnflaw.com
WNF Law, P.L. - Waserstein Nunez & Foodman
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Tel.: (305) 760-8500
Fax: (305) 760-8510

*Attorneys for Plaintiff WREAL, LLC*