UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21385-CIV-LENARD/GOODMAN

**WREAL, LLC, a Florida Limited**,
**Liability Company,**

    Plaintiff,

v.

**AMAZON.COM, INC. a Delaware**
**Corporation,**

    Defendant.
_____/

## ORDER DENYING AMAZON'S APPEAL AND OBJECTION TO NON-DISPOSITIVE RULING OF MAGISTRATE JUDGE (D.E. 201)

**THIS CAUSE** is before the Court on Defendant Amazon's Appeal and Objection to Non-Dispositive Ruling of Magistrate Judge, filed on October 5, 2015. (D.E. 201.) Amazon's Motion challenges the decision of Judge Goodman to allow Plaintiff Wreal to use Jesse David and Thomas Maronick as rebuttal experts. See (D.E. 183, Order Regarding Plaintiff's Rebuttal Experts.) After careful review of the Motion, the Response, the Reply, and the entire case file, the Court finds that Amazon has not shown that the Magistrate Judge's decision to permit the rebuttal experts "is clearly erroneous or is contrary to law." See Fed. R. Civ. P. 72(a) (providing that district judge must consider timely objections to nondispositive orders of magistrate judge and modify or set aside any part of order that is clearly erroneous or contrary to law). Indeed, the Magistrate Judge's ruling is consistent with Federal Rule of Civil Procedure 26(a)(2)(D)(ii) and this

Court's Scheduling Order.  See, e.g., Feliciano v. City of Miami Beach, No. 10-23139-CIV, 2012 WL 12540, at *1 (S.D. Fla. Jan. 3, 2012).

Accordingly, it is **ORDERED AND ADJUDGED** that Amazon's Appeal and Objection to Non-Dispositive Ruling of Magistrate Judge, filed on October 5, 2015 (D.E. 201), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of October, 2015.

/s/ Joan A. Lenard
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**