UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-21385-CIV-LENARD/GOODMAN

WREAL, LLC, a Florida Limited Liability
Company,

    Plaintiff,
v.

AMAZON.COM, INC., a Delaware
Corporation,

    Defendant.
_____/

**PLAINTIFF WREAL'S RESPONSE TO DEFENDANT AMAZON'S
STATEMENT OF UNDISPUTED FACTS AND STATEMENT OF FACTS IN DISPUTE**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiff Wreal ("Wreal") submits its Response to Defendant Amazon's ("Amazon") Statement of Undisputed Facts in opposition to Amazon's Motion for Summary Judgment. Wreal further submits additional facts that it contends are material.

1.    Disputed. Wreal offers more than merely pay-per-view content. It also offers subscription based-services. Marfoe Decl. Ex. 1 (Franco Nov. 6, 2015 Decl. ¶ 4.)

2.    Undisputed.

3.    Disputed. While a customer must sign up for an account on Wreal's fyretv.com website, they can then purchase content at any time in the future through other devices where FyreTV is available, including Roku and Apple TV. Marfoe Decl. Ex. 1 (Franco Nov. 6, 2015 Decl. ¶ 30.)

4.    Undisputed.

5.    Undisputed.

6.    Undisputed.

1

7. Disputed. Wreal's set-top box is marketed and sold under the name FyreTV, though Wreal occasionally refers to its set-top box as either the "FyreBoXXX" or the "FyreTV Box." Marfoe Decl. Ex. 2 at 62:1 to 63:13. Further, the packaging and user guide that accompanies the FyreTV set-top-box refers to it as a "FyreTV set-top box." *Id.* at 55:6-15.

8. Disputed as to the name of the device. It is sold under the name FyreTV.

9. Undisputed, though Wreal was working with Amazon in 2011 to sell the FyreTV box on Amazon's website. Marfoe Decl. Comp. Ex. 3 (Fan Jin 30(b)(6) Dep. Exs. 3, 4, 5, 6, 9). Amazon suddenly pulled the plug on this arrangement just before it launched its Kindle Fire. *Id.*

10. Disputed. Wreal never stopped selling its FyreTV set top box. Although it stopped selling it to new customers for a period of time to channel them to use the new FyreTV video streaming platforms, it always made its FyreTV set top box available to current customers. Marfoe Decl. Ex. 30 (Plaza Dep. at 41:21-42:15). It only briefly stopped selling its set top box to anyone for a period of about three weeks in 2014 due to battery leaks. After fixing the battery leak problem, Wreal re-started selling its boxes to all customers. Marfoe Decl. Ex. 2 (Tr. 57:2 to 58:4; 124:11-15; 167:19 to 170:3). In addition, Wreal never stopped streaming video to its proprietary FyreTV set top box. *Id.* at (Tr. 57:16-9).

11. Disputed. Wreal's products and platforms include the FyreTV website, the FyreTV set-top box, and several FyreTV applications developed for use on Roku, Google TV, Android and iOS. Marfoe Decl. Ex. 2 (Tr. 56:12-19); Marfoe Decl. Ex. 4 Sept. 22, 2014 Franco Decl. ¶ 9.

12. Disputed. Wreal targets people between the age of 20 and 50 with disposable income that are interested in purchasing pornography. Marfoe Decl. Ex. 31 (Franco 30(b)(6) Dep. at 58:3-21).

13. Disputed. Wreal and Netflix are both streaming services, even though they are not direct competitors. Marfoe Decl. Ex. 2 at 120:10-17.

14. Disputed. Wreal's advertising efforts are in constant flux, and has advertised through multiple mediums at different points in time, including television, radio, print, social media, search engines, and trade shows. Marfoe Decl. Ex. 4 (Sept. 22 Franco Decl.) ¶¶ 15-20. Wreal has always been dependent on "word-of-mouth" advertising. *Id.* ¶ 20. Wreal currently advertises on social media and through newsletters. Marfoe Decl. Ex. 1 (Nov. 6 Franco Decl.) ¶ 9.

15. Disputed. Wreal currently advertises on social media and through newsletters. Marfoe Decl. Ex. 1 (Nov. 6 Franco Decl.) ¶ 9.

16. Undisputed. Like many new companies, Wreal has not yet turned a profit.

17. Undisputed.

18. Disputed. As consumers come to associate the FyreTV name with Amazon, Wreal is losing control of its brand. Marfoe Decl. Ex. 2 (Tr. 92:4-18). Wreal faces losing its brand name, which will result in the destruction of years of hard work and capital that Wreal put into building up its brand name and reputation. Marfoe Decl. Ex. 4 (Sept. 22 Franco Decl.) ¶ 37. In addition, Wreal has seen a decline in customer usage and profits. Marfoe Decl. Ex. 1 (Nov. 6, 2015 Franco Decl.) ¶ 7. That is in part because Wreal's advertising budget is much lower than Amazon's, and this has impacted Wreal's decision to spend money on advertising. *Id.*

19. Disputed. [REDACTED]

20. Disputed. [REDACTED]

▇▇▇▇▇▇

21. Disputed to the extent that Amazon used "Fire" as a brand, rather than "Kindle Fire."

22. Undisputed.

23. Disputed to the extent that Amazon used "Fire" as a brand, rather than "Kindle Fire."

24. Disputed. Amazon does not consistently use its housemark when advertising its products. Marfoe Decl. Ex. 6.

25. Undisputed.

26. Undisputed.

27. Undisputed.

28. Undisputed.

29. Undisputed.

30. Disputed. Amazon markets its device to those that stream pornography. ▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

4

31. Disputed. ███████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████

32. Disputed. ███████████████████████████████
████████████████████████████████

33. Disputed. ███████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████

34. Disputed. Amazon's landing page, which often includes Fire TV advertisements, is customized to display items related to those that a customer recently viewed, even if those items are pornographic. Marfoe Decl. Ex. 15.

35. Undisputed.

36. Inadmissible as hearsay with respect to what was said at any focus groups.

37. Undisputed, though Amazon also advertises through search engine results. Marfoe Decl. Ex. 16.

38.  Partially disputed. ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████

39.  Disputed. While the parties currently use different fonts and graphics to depict the marks visually, both marks share the same meaning and connotation in that they both combine a variant of the arbitrary word "Fire" with the descriptive "TV." ECF No. 126 at 7. In addition, they both use the same word with a slightly different spelling and use colors associated with fire – red for Wreal, orange for Amazon, though Amazon occasionally uses red as well. *Id.* And "fireTV" is clearly one word in the image Amazon used.

40.  Disputed. Customers of FyreTV have asked Wreal about accessing FyreTV through Amazon, as noted by Amazon.

41.  Undisputed.

42.  Undisputed.

43.  Undisputed.

44.  Disputed. Amazon admitted that it was ████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████

45. Disputed. Dr. Linda Williams testified that hard-core pornography is not a distinct genre because "softcore" pornography and/or erotica is closely related to "hardcore" pornography, as both generally serve the same purpose, such as erotic stimulation. Marfoe Decl. Ex. 18 (Williams Dep. 8: 22-25 to 9:1-3; 27: 8-15). In fact, the definitions of hardcore pornography "are hard fought and not always clear." *Id.* at (74:23-25 to 75:1-2).

46. Disputed. Amazon's landing page, which often includes Fire TV advertisements, is customized to display items related to those that a customer recently viewed, even if those items are pornographic. Marfoe Decl. Ex. 15.

47. Disputed. Dr. Maronick, Wreal's survey expert, determined that Dr. Sarel's survey cannot be used to reliably determine whether there is a likelihood of confusion in this case. Marfoe Decl. Ex. 19 (Maronick Expert Report at 3-4).

48. Disputed and inadmissible. *See* Marfoe Decl. Ex. 20, *LG Electronics, USA, Inc. v. Whirlpool Corp.*, No. 1:08-cv-00242 (Sept. 13, 2010). Disputed because the studies were pilot studies designed to test formatting and screening, not designed to reliably determine whether there is a likelihood of confusion. Marfoe Decl. Ex. 21 (Maronick Dep. at 35:4-19).

49. Disputed. Dr. Maronick testified, ███████████████████████████████████████████████████████ Marfoe Decl. Ex. 21 (Maronick Dep. at 42:11-25).

50. Disputed. Dr. Maronick stated "███████████████████████████████████████████████████████

███████████████████████████████████████ Marfoe Decl. Ex. 19 (Maronick Expert Report ¶ 67) (emphasis added).

51.     Disputed. "████████████████████████████████████████

████████████████████████████████████████

█████████████████ Marfoe Decl. Ex. 22 (David Expert Report at 2).

52.     Undisputed.

## ADDITIONAL FACTS WHICH WREAL CONTENDS ARE MATERIAL

53.     Individual tweets were directed to FyreTV asking, "Did you guys just merge with Amazon?" Marfoe Decl. Ex. 23.

54.     Wreal never puts "Wreal" before FyreTV. Marfoe Decl. Ex. 1 (Franco Nov. 6 2015 Decl. ¶ 10).

55.     Mainstream content providers, including Comcast, Time Warner, DirecTV, Dish Network, ATT & T and Verizon offer both mainstream content, and pornographic content. Marfoe Decl. Ex. 2 (Tr. at 82:10-83:20); Marfoe Decl. Ex. 8 (Lindsay Dep. at 188:22-190:15); Marfoe Decl. Ex. 24 (Williams Ex. Report ¶ 11) ("Mainstream content and hardcore pornography are complementary and often offered by the same companies.").

56.     Wreal's FyreTV® offers pornographic content, both "hard core" and "soft core," sex-related instructional videos, and stimulating reality-type content. Marfoe Decl. Ex. 1 (Franco Decl. ¶ 5).

57.     Amazon deliberately used its housemark "Amazon" alongside "Fire TV" because ████

████████████████████████████████████████

████████████████████████████████████████

58. ████████████████████████████████████████████████████████████

████████████████████████████████ Marfoe Decl. Ex. 2 (Tr. 307:1-14).

59. ████████████████████████████████████████████████████████████

████████████████████████████████ (Martinelli 30(b)(6) Dep. at 100:20-101:6).

60. ████████████████████████████████████████████████████████████ Marfoe Decl. Ex. 26 (Martinelli Dep. at 100:20-101:6).

61.   Dr. Peter Lehman testified that ████████████████████████████████

██████████████████████████████. Marfoe Decl. Ex. 12 (Lehman Dep. at 107:18-21)

62.   FyreTV and FyreTV.com were registered with the United States Patent and Trademark Office on October 14, 2008, and Wreal has continuously used the marks in commerce since 2007. Marfoe Decl. Ex. 2 (Tr. 60:4 - 61:25).

63.   The FyreTV and Amazon Fire TV marks in conjunction with Amazon's Fire TV set-top-box and Wreal's FyreTV set-top-box look similar. *See* Plaintiff's Ex. 1 at Prelim Injunct. Hearing (FyreTV box); Def.'s Ex. Baicy 2 at Prelim. Injunction Hearing (Fire TV box).[1] Amazon's Fire TV set-top-box and Wreal's FyreTV set-top-box are both black and devoid of any obvious markings. *Id.* Both connect to a consumer's television and stream content over the internet through a consumer's internet connection to a consumer's television. *Id.*

---

[1] Both were used as exhibits at the December 30, 2014 Preliminary Injunction hearing and are in the Court's custody.

64. At the time Dr. Sarel and Dr. Maronick conducted their surveys, Amazon's Fire TV was new to the market ▮▮▮▮▮▮▮▮. Marfoe Decl. Ex. 27 (AMZN017404l-70); Marfoe Decl. Ex. 2 (Tr 238: 3-6). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Marfoe Decl. Ex. 15 (Maronick Decl. ¶ 21).

65. Dr. Maronick explained that "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" Marfoe Decl. Ex. 17 (Maronick Decl. ¶ 12).

66. Dr. Sarel failed to consider internal data related to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Marfoe Decl. Ex. 28 (Sarel Dep. 198:24-199:2).

67. Ms. Baicy testified that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Marfoe Decl. Ex. 29 (Baicy Decl. ¶ 6).

68. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Marfoe Decl. Ex. 22 (David Decl. ¶ 27, 30).

69. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Marfoe Decl. Ex. 22 (David Decl. ¶ 3, 29, 31) ▮▮▮▮▮▮▮▮▮▮.

Respectfully submitted,

WNF LAW, P.L.
*Attorneys for WREAL, LLC*
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Phone: (305) 760-8500
Fax: (305) 760-8510


By: /s   John Marfoe
    Carlos Nunez-Vivas
    Florida Bar No. 128181
    can@wnflaw.com
    Daniel Foodman
    Florida Bar No. 337160
    df@wnflaw.com
    Dennis J. Wouters
    Florida Bar No. 28692
    djw@wnflaw.com
    John G. Marfoe
    Florida Bar No. 101535
    jgm@wnflaw.com

## CERTIFICATE OF SERVICE

I certify that on November 6, 2015, this document was served by the Court's ECF filing system on all counsel of record on the Service List below.

By:/s    John Marfoe

## SERVICE LIST

Justin A. Nelson, Esq.
Drew D. Hansen, Esq.
Patrick C. Bageant, Esq.
*Co-counsel for Defendant*
Susman Godfrey L.L.P.
1201 Third Avenue
Suite 3800
Seattle, WA 98101
Tel. 206-516-3880
Fax 206-516-3883
jnelson@susmangodfrey.com
dhansen@susmangodfrey.com
pbageant@susmangodfrey.com

Jamie Z. Isani, Esq.
Shannon Shaw, Esq.
*Co-counsel for Defendant*
Hunton & Williams LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel. 305-810-2500
Fax 305-810-2460
jisani@hunton.com
sshaw@hunton.com