**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 14-CV-21385-LENARD/GOODMAN

WREAL, LLC, a Florida Limited
Liability Company,

      Plaintiff,

v.

AMAZON.COM, INC., a Delaware
Corporation,

      Defendant.
_____/

**WREAL'S UNOPPOSED MOTION TO SEAL**
**UNREDACTED VERSION OF ITS PROPOSED REPORT AND**
**RECOMMENDATIONS ON THE PARTIES' *DAUBERT* MOTIONS**

Pursuant to this Court's Local Rule 5.4 and the Order Governing the Protection and Use of Confidential Information ("Protective Order") entered in this case, ECF No. 67, Plaintiff Wreal, LLC ("Wreal") respectfully requests leave to file under seal the unredacted version of its Proposed Report and Recommendations on the Parties' *Daubert* Motions ("Proposed R&R").

    1.    On December 14, 2015, Wreal electronically filed its redacted Proposed R&R.

    2.    Certain portions of Wreal's Proposed R&R contain information that has been designated by Amazon as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to the protective order entered in this case.

    3.    Good cause exists to seal this material because it includes extremely sensitive or competitive information, the disclosure of which could cause competitive harm, and this potential for harm outweighs any need for public disclosure. *See Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304 (11th Cir. 2001).

1

   4. In addition, certain exhibits to Wreal's Proposed R&R contain material that is inappropriate for display or distribution to the public, including minors. This material cannot be filed publicly per Section 6E of this Court's Administrative Procedures for Case Management and Electronic Case Filing.

   5. Accordingly, Wreal requests that the Court grant it leave to file its non-redacted Proposed R&R under seal until (1) the parties agree that some or all of the materials should be filed publicly, (2) this Court orders the public filing of some or all of the materials, or (3) the conclusion of these actions, including final resolution of any appeals. Any materials not filed on the public docket by the time these actions are concluded should be destroyed. A proposed order is attached as Exhibit "A".

## LOCAL RULE 7.1 CERTIFICATION

 Undersigned counsel has conferred with defendant and is authorized to represent that defendant does not oppose the relief sought herein.

        Respectfully submitted,

        WNF LAW, P.L.
        *Attorneys for WREAL, LLC*
        1111 Brickell Avenue Suite 2200
        Miami, Florida 33131
        Phone: (305) 760-8500 / Fax: (305) 760-8510

        By: */s/ John G. Marfoe*
          Carlos Nunez-Vivas (FL. Bar No.: 128181)
          can@wnflaw.com
          Daniel Foodman (FL. Bar No.: 337160)
          df@wnflaw.com
          Dennis J. Wouters (FL. Bar No.: 28692)
          djw@wnflaw.com
          John G. Marfoe (FL. Bar No.: 101535)
          jgm@wnflaw.com

## **CERTIFICATE OF SERVICE**

I certify that on December 15, 2015, this document was served by transmission of a Notice of Filing generated by CM/ECF upon the following:

| | |
|---|---|
| Justin A. Nelson, Esq.<br>Drew D. Hansen, Esq.<br>Patrick C. Bageant, Esq.<br>*Co-counsel for Defendant*<br>Susman Godfrey L.L.P.<br>1201 Third Avenue<br>Suite 3800<br>Seattle, WA 98101<br>Tel. 206-516-3880<br>Fax 206-516-3883<br>jnelson@susmangodfrey.com<br>dhansen@susmangodfrey.com<br>pbageant@susmangodfrey.com | Jamie Z. Isani, Esq.<br>Shannon Shaw, Esq.<br>*Co-counsel for Defendant*<br>Hunton & Williams LLP<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, FL 33131<br>Tel. 305-810-2500<br>Fax 305-810-2460<br>jisani@hunton.com<br>sshaw@hunton.com |

   */s/  John Marfoe*