UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CV-21385-LENARD/GOODMAN

WREAL, LLC, a Florida Limited
Liability Company,

    Plaintiff,
v.

AMAZON.COM, INC., a Delaware
Corporation,

    Defendant.
_____/

**WREAL, LLC'S, RESPONSE TO THIS COURT'S
JANUARY 28, 2016, ORDER TO SHOW CAUSE (ECF 333)**

Wreal, LLC, ("Wreal") hereby responds to this Court's January 28, 2016, Order to Show Cause why this case should not be stayed pending resolution of the appeal before the Eleventh Circuit.

In response, Wreal agrees with the Court that the Eleventh Circuit's ruling on Wreal's interlocutory appeal of this Court's Order Denying Wreal's Motion for Preliminary Injunction may impact pending matters before this Court. Among those matters are the trial scheduled for the two-week trial period commencing on April 18, 2016, and related matters (inasmuch as the decision of the Eleventh Circuit on reverse confusion, which is an issue of first impression in this

1

Circuit, would, for example, impact motions in limine and jury instructions).[1]  Accordingly, a stay would be efficient.

Of course, Wreal has no desire to delay this case.  However, Wreal believes that this Court's sound proposal, based on its general discretionary power to stay proceedings[2], to temporarily stay this case will not result in any significant delay, as the appeal is now fully briefed before the Eleventh Circuit. However, although the appeal is fully briefed, it is not certain when the decision will be issued.  That decision, of course, may coincide with many of the matters before this Court (as evidenced in the Court's Joint Scheduling Report with all Pretrial and Trial deadlines) including evidentiary rulings and jury instructions.

Thus, a temporary stay of these proceedings until the Eleventh Circuit resolves the interlocutory appeal would allow the Court and the parties to avoid unnecessary duplication of effort, and will serve the interests of judicial efficiency and economy. This is particularly true given that the resolution of the issues now pending on appeal would have a direct impact on this case.

Accordingly, Wreal agrees with the Court's (a) belief that the current interlocutory appeal may impact certain matters pending before this Court, and (b) proposal that this matter be stayed pending a ruling from the Eleventh Circuit on the interlocutory appeal of this Court's Order Denying Wreal's Motion for Preliminary Injunction.

---

1 The Court, of course, can deny Amazon's motion for summary judgment regardless of the outcome of Wreal's interlocutory appeal. As Wreal explained in its response, Amazon improperly relies on findings of fact the Court made at the preliminary injunction stage. ECF 261 at 2-3. Moreover, the summary judgment standard is far different from the preliminary injunction one, and the Court must now make all reasonable factual inferences in Wreal's favor. *Id; see also* ECF 177 at 17 (explaining that the Court's preliminary injunction ruling does not mean "that Wreal cannot succeed ultimately.") (emphasis in original).

2 *Miccosukee Tribe of Indians v. S. Florida Water Mgmt. Dist.,* No. 98-06056-CIV, 2007 WL 7377465, at *2-3 (S.D. Fla. Mar. 28, 2007) (Lenard, J.) (ordering stay pending appeal).

                    WNF LAW, P.L.
*Attorneys for WREAL, LLC*
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Phone: (305) 760-8500
Fax: (305) 760-8510

By: /s  John G. Marfoe
      Carlos Nunez-Vivas
      Florida Bar No. 128181
      can@wnflaw.com
      Daniel Foodman
      Florida Bar No. 337160
      df@wnflaw.com
      Dennis J. Wouters
      Florida Bar No. 28692
      djw@wnflaw.com
      John G. Marfoe
      Florida Bar No. 101535
      jgm@wnflaw.com

## CERTIFICATE OF SERVICE

I certify that on February 3, 2016, this document was served by the Court's ECF filing system on all counsel of record on the Service List below.

By: /s  *John G. Marfoe*

## SERVICE LIST

Justin A. Nelson, Esq.
Drew D. Hansen, Esq.
Patrick C. Bageant, Esq.
*Co-counsel for Defendant*
Susman Godfrey L.L.P.
1201 Third Avenue
Suite 3800
Seattle, WA 98101
Tel. 206-516-3880
Fax 206-516-3883
jnelson@susmangodfrey.com
dhansen@susmangodfrey.com
pbageant@susmangodfrey.com

Jamie Z. Isani, Esq.
Shannon Shaw, Esq.
*Co-counsel for Defendant*
Hunton & Williams LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel. 305-810-2500
Fax 305-810-2460
jisani@hunton.com
sshaw@hunton.com

3