UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-21385-JAL

WREAL, LLC, a Florida Limited Liability Company,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

    Defendant.

**JOINT MOTION TO REOPEN CASE**

On February 4, 2016, the Court entered an order staying this case pending the Eleventh Circuit's decision on Wreal's interlocutory appeal. ECF No. 336. The Court also ordered the parties to file a joint motion to reopen the case and a joint scheduling order within two weeks of the Eleventh Circuit's ruling. The Eleventh Circuit issued its decision affirming this Court's denial of Wreal's motion for a preliminary injunction on October 28, 2016. The parties thus move jointly to lift the stay and reopen the case, and submit the enclosed proposed amended scheduling order. Ex. 1.

While conferring on the enclosed schedule, Amazon suggested that the parties move to unstay and ask the Court to rule on Amazon's pending motion for summary judgment, as well as on the parties' pending objections to Magistrate Judge Jonathan Goodman's Report and Recommendations with respect to the parties' Daubert motions, before setting any other deadlines.[1]

Wreal disagreed. Wreal's position is that the Court ordered the parties to submit a proposed revised scheduling order, and nothing more. A fixed date for trial will provide the

---

[1] The matters currently pending before the Court are the parties' respective objections to Magistrate Judge Goodman's Report and Recommendations (ECF Nos. 319, 320), and Amazon's motion for summary judgment (ECF No. 205).

-2-

parties with predictability to prepare for trial in this matter. Although Amazon's pending motion for summary judgment raises, as Amazon claims, many of the same issues as those this Court already decided in its denial of Wreal's preliminary injunction, Wreal's position is that those issues are issues of fact that may not be determined on a motion for summary judgment. Nevertheless, to accommodate Amazon's concern, Wreal agreed to push the trial date to July 2017 in order to provide the Court with sufficient time to rule on the pending motions.

Amazon's position is that it is inefficient to set a schedule for the remaining pretrial deadlines at this time because of the pending summary judgment and *Daubert* motions, which will affect whether there is a trial at all and which raise many of the same issues as those this Court already decided in its denial of Wreal's preliminary injunction motion. Instead, Amazon believes the more efficient course is for the parties to confer on a pretrial schedule if there is a need for such a schedule after the Court's ruling on the pending motions. However, as the Court has requested the parties prepare a scheduling order, the parties have agreed on the dates in the enclosed proposal should the Court wish to set those dates now.

Dated: November 14, 2016              Respectfully submitted,

By: /s/ Jamie Zysk Isani

    Jamie Zysk Isani (Florida Bar No. 728861)
    HUNTON & WILLIAMS LLP
    1111 Brickell Avenue, Suite 2500
    Miami, Florida 33131
    Telephone: (305) 810-2500
    Facsimile: (305) 810-1675
    jisani@hunton.com

    Justin A. Nelson *(pro hac vice)*
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Telephone: (713) 651-9366
    Fax: (713) 654-6666
    jnelson@susmangodfrey.com

    Drew D. Hansen *(pro hac vice)*

        Edgar Sargent *(pro hac vice)*
        Patrick C. Bageant *(pro hac vice)*
        SUSMAN GODFREY L.L.P.
        1201 Third Ave, Suite 3800
        Seattle, Washington 98101
        Telephone: (206) 516-3880
        Facsimile: (206) 516-3883
        dhansen@susmangodfrey.com
        esargent@susmangodfrey.com
        pbageant@susmangodfrey.com

        *Counsel for Defendant Amazon.com*


WNF LAW, P.L.
*Attorneys for WREAL, LLC*
1111 Brickell Avenue, Suite 2200
Miami, Florida 33131
Phone: (305) 760-8500
Fax: (305) 760-8510

By:   */s/ Carlos Nunez-Vivas*
      Carlos Nunez-Vivas
      Florida Bar No. 128181
      can@wnflaw.com
      Daniel Foodman
      Florida Bar No. 337160
      df@wnflaw.com
      Dennis J. Wouters
      Florida Bar No. 28692
      djw@wnflaw.com
      John G. Marfoe
      Florida Bar No. 101535
      jgm@wnflaw.com

-4-

## **CERTIFICATE OF SERVICE**

**I CERTIFY** that on November 14, 2016, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

By: ___/s/ Carlos Nunez-Vivas_____