UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-21385-JAL

WREAL, LLC, a Florida Limited Liability Company,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

    Defendant.

**JOINT NOTIFICATION OF NINETY DAYS EXPIRING**

Plaintiff, Wreal, LLC ("Wreal") and Defendant Amazon.com, Inc. ("Amazon"), pursuant to Southern District of Florida Local Rule 7.1(b)(4)(A), jointly file their respective notifications of 90 days expiring since Amazon's motion for summary judgment (referred to Magistrate Judge Goodman) and the parties' objections to Magistrate Judge Goodman's Report and Recommendations with respect to various Daubert motions (pending in front of the Court) were fully briefed.

Amazon notifies as follows:

1.    Amazon filed its motion for summary judgment on October 13, 2015. ECF No. 205 (redacted); ECF No. 224 (sealed). Wreal filed its response on November 6, 2015. ECF No. 261. Amazon filed its reply on November 20, 2015. ECF No. 288. Following a stay pending the Eleventh Circuit's decision on Wreal's interlocutory appeal (ECF No. 336), the Court reopened the case (ECF No. 340) and referred the motion for summary judgment to Magistrate Judge Goodman on November 21, 2016 (ECF No. 341). To date, no hearing has been set or held on the motion for summary judgment.

Case No. 1:14-cv-21385-JAL

2. On December 29, 2015, Magistrate Judge Goodman issued an Omnibus Report and Recommendations on the parties' respective *Daubert* motions. ECF Nos. 316 (sealed), 318 (public/redacted). Amazon's *Daubert* motions were to exclude Wreal's experts Jesse David (ECF No. 207), Linda Williams (ECF No. 210), and certain opinions of Thomas Maronick (ECF No. 212). On January 12, 2016 Amazon filed its objections to Magistrate Judge Goodman's Omnibus Report and Recommendations. ECF No. 320. Wreal filed its response to Amazons' objections on January 22, 2016. ECF No. 325. To date, no hearing has been set or held on Amazons' objections to the Omnibus Report and Recommendations.

Wreal notifies as follows:

1. On December 29, 2015, Magistrate Judge Goodman issued an Omnibus Report and Recommendations on the parties' respective *Daubert* motions. ECF Nos. 316 (sealed), 318 (public/redacted). On January 12, 2016, Wreal filed objections to Magistrate Judge Goodman's Omnibus Report and Recommendations. ECF No. 319. Amazon filed its response to Wreals' objections on January 19, 2016. ECF No. 322. To date, no hearing has been set or held on Wreals' objections to the Omnibus Report and Recommendations.

Dated: November 6, 2017.

Case No. 1:14-cv-21385-JAL

Respectfully submitted,

| | |
|---|---|
| By: /s/ Jamie Zysk Isani<br>Jamie Zysk Isani<br>Florida Bar No. 728861<br>HUNTON & WILLIAMS LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, Florida 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-1675<br>jisani@hunton.com<br><br>Justin A. Nelson *(pro hac vice)*<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Fax: (713) 654-6666<br>jnelson@susmangodfrey.com<br><br>Drew D. Hansen *(pro hac vice)*<br>SUSMAN GODFREY L.L.P.<br>1201 Third Ave, Suite 3800<br>Seattle, Washington 98101<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br>dhansen@susmangodfrey.com<br><br>*Counsel for Defendant, Amazon.com* | By: */s/ Carlos Nunez-Vivas*<br>Carlos Nunez-Vivas<br>Florida Bar No. 128181<br>can@wnflaw.com<br>Daniel Foodman<br>Florida Bar No. 337160<br>df@wnflaw.com<br>Dennis J. Wouters<br>Florida Bar No. 28692<br>djw@wnflaw.com<br>John G. Marfoe<br>Florida Bar No. 101535<br>jgm@wnflaw.com<br><br>WNF LAW, P.L.<br>1111 Brickell Avenue,<br>Suite 2200<br>Miami, Florida 33131<br>Phone: (305) 760-8500<br>Fax: (305) 760-8510<br><br>*Counsel for Plaintiff, WREAL, LLC* |

## **CERTIFICATE OF SERVICE**

**I CERTIFY** that on November 6, 2017, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

By: /s/ Jamie Zysk Isani
Jamie Zysk Isani

3