UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-21385-JAL

WREAL, LLC, a Florida Limited Liability Company,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

    Defendant.

**NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that, effective April 2, 2018, the law firm of Hunton & Williams LLP has changed its name to Hunton Andrews Kurth LLP.

PLEASE TAKE FURTHER NOTICE that the office address, telephone numbers, and facsimile numbers remain the same for the below listed attorneys. However, individual email addresses have been changed to reflect the @HuntonAK.com domain name as set forth below. Please update your records with the firm name and email addresses listed below.

Dated: April 10, 2018                      Respectfully submitted,

                                                  By:    /s/ Jaime Zysk Isani
                                                     Jamie Zysk Isani (Florida Bar No. 728861)
                                                     jisani@HuntonAK.com
                                                   HUNTON ANDREWS KURTH LLP
                                                   Sabadell Financial Center
                                                   1111 Brickell Avenue, Suite 2500
                                                   Miami, FL 33131
                                                   Tel: (305) 810-2500
                                                   Fax: (305) 810-2460

                                                   *Counsel for Defendant Amazon.com*

## CERTIFICATE OF SERVICE

**I CERTIFY** that on April 10, 2018, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

By:   /s/ Jaime Zysk Isani