# EXHIBIT 1

# Taxable Costs – Exhibit 1

### Fees of the Clerk – 28 U.S.C. § 1920(1)

| Bill Date | Narrative | Billed Amt | Bill Num |
|---|---|---|---|
| 6/17/2014 | Application for pro hac vice fee (Justin Nelson, Drew Hansen, and Patrick Bageant) | $225.00 | 21454234 |
| 11/12/2014 | Application for pro hac vice fee (Edgar Sargent) | $75.00 | 21632636 |
| 1/24/2019 | Application for pro hac vice fee (Armstead Lewis) | $75.00 | 44761953 |
| **Total** | | **$375.00** | |

Fees for Printed or Electronically Recorded Transcripts – 28 U.S.C. § 1920(2)

| Service Date | Bill Date | Narrative | Billed Amt | Bill Num |
|---|---|---|---|---|
| 11/19/2014 | | VENDOR: Veritext LLC; INVOICE#: FLA2182827; DATE: 11/19/2014  -  Deposition Transcripts for Raul Plaza as 30(B)(6); Rodrigo Franco as 30(B)(6) and Rodrigo Franco Individually | $3,405.81 | 21690270 |
| 12/1/2014 | 1/23/2015 | VENDOR: NANCY BAUER; INVOICE#: 00000710; DATE: 12/1/2014  -  Transcript of summary judgment hearing, 11/24/14. | $51.30 | 268906 |
| 12/6/2014 | | VENDOR: Veritext LLC; INVOICE#: FLA2194523; DATE: 12/6/2014  -  Videos - Depositions on 11/11/14 of Raul Plaza as 30(B)(6); Rodrigo Franco as 30(B)(6) and Rodrigo Franco Individually | $1,240.00 | 21690268 |
| 12/8/2014 | 1/23/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: ESQ222871; DATE: 12/8/2014  -  Transcript of Elizabeth Baicy deposition, 12/08/14. | $1,366.15 | 268906 |
| 12/8/2014 | 1/23/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: ESQ222896; DATE: 12/8/2014  -  Transcript of Fan Jin deposition, 12/08/14. | $361.05 | 268906 |
| 12/9/2014 | 1/23/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: ESQ223955; DATE: 12/9/2014  -  Transcript of Anthony Martinelli deposition, 12/09/14. | $1,193.95 | 268906 |
| 12/9/2014 | 1/23/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: ESQ223942; DATE: 12/9/2014  -  Transcript of Nathaniel Fuller deposition, 12/09/14. | $819.90 | 268906 |
| 12/21/2014 | | VENDOR: Veritext LLC; INVOICE#: FLA2206924; DATE: 12/21/2014  -  Videos of Depositions: Raul Plaza as 30(B)(6); Rodrigo Franco as 30(B)(6) and Rodrigo Franco Individually | $959.00 | 21690269 |
| 12/29/2014 | | VENDOR: J M Court Reporting Inc; INVOICE#: 2014273; DATE: 12/29/2014  -  12/17/14 Hearing Transcript | $465.60 | 21690377 |
| 12/30/2014 | | VENDOR: Trial Reporters Inc; INVOICE#: 00000009; DATE: 12/30/2014  -  December 30, 2014 Transcript of Evidentiary Hearing on Preliminary Injunction | $4,420.48 | 21702156 |
| 1/1/2015 | 3/24/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2207211; DATE: 1/1/2015  -  Certified transcript of Sundeep Gupta, 12/22/14. | $382.49 | 269583 |
| 1/1/2015 | 3/24/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2206925; DATE: 1/1/2015  - | $959.00 | 269583 |

6795351v1/102930

| Service Date | Bill Date | Narrative | Billed Amt | Bill Num |
|---|---|---|---|---|
| | | Transcript of Rual Plaza, Rodrigo Franco 30()b)(6) and individual, 12/29/14. | | |
| 2/25/2015 | 7/23/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: ESQ222871; DATE: 12/8/2014  -  Transcript of Elizabeth Baicy deposition, 12/08/14. | ($1,366.15) | 270931 |
| 2/25/2015 | 7/23/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: ESQ223955; DATE: 12/9/2014  -  Transcript of Anthony Martinelli deposition, 12/09/14. | ($1,193.95) | 270931 |
| 2/25/2015 | 7/23/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: ESQ222896; DATE: 12/8/2014  -  Transcript of Fan Jin deposition, 12/08/14. | ($361.05) | 270931 |
| 2/25/2015 | 7/23/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: ESQ223942; DATE: 12/9/2014  -  Transcript of Nathaniel Fuller deposition, 12/09/14. | ($819.90) | 270931 |
| 3/18/2015 | | VENDOR: Certified Reporting Inc; INVOICE#: 00202231; DATE: 3/18/2015  -  Transcript of 03/06/15 hearing | $97.00 | 21771089 |
| 5/27/2015 | 11/5/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2331189; DATE: 5/27/2015  -  Transcript, exhibits, etc for Malachy Moynihan | $1,094.32 | 272258 |
| 5/29/2015 | 11/5/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2335051; DATE: 5/29/2015  -  Original & certified transcript of Fabio Vasco; attendance fee; exhibits; shipping and handling. | $1,043.74 | 272258 |
| 6/4/2015 | 11/4/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2336471; DATE: 6/4/2015  -  Video transcript for Malachy Moynihan | $708.75 | 271979 |
| 6/4/2015 | | VENDOR: Trial Reporters Inc; INVOICE#: INV060415; DATE: 6/4/2015  -  Court Reporter Fee: May 22, 2015 discovery hearing | $600.00 | 21860945 |
| 6/10/2015 | 11/4/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0518849; DATE: 6/10/2015  -  Transcript of Neil Lindsay deposition. | $1,618.38 | 271981 |
| 6/16/2015 | 9/9/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2347888; DATE: 6/16/2015  -  Transcript for Ferdinand Toro 30(b)(6) and Ferdinand Toro (individual). | $2,098.96 | 271408 |
| 6/17/2015 | 9/9/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0521271; DATE: 6/17/2015  -  Transcripts, handling fee; pdf/ptx; condensed transcript; exhibits and witness read packet. | $470.50 | 271408 |

6795351v1/102930

| Service Date | Bill Date | Narrative | Billed Amt | Bill Num |
|---|---|---|---|---|
| 6/17/2015 | 9/9/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2350067; DATE: 6/17/2015 - Video of deposition of Fabio Vasco. | $1,372.25 | 271408 |
| 6/18/2015 | 9/9/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0522368; DATE: 6/18/2015 - Transcript, work index; surcharge video; handling fee; rough ASCII; exhibit tabs; condensed transcript; digital transcript; shipping. | $739.95 | 271408 |
| 6/22/2015 | 9/9/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2353598; DATE: 6/22/2015 - Transcript, attendance fee, exhibits, etc. for deposition of Estefano Isaias. | $1,727.84 | 271409 |
| 6/26/2015 | 9/16/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2358487; DATE: 6/26/2015 - Transcript, attendance fee, exhibits, etc. for deposition of Rodrigo Franco. | $1,134.26 | 271523 |
| 6/28/2015 | 9/16/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0526933; DATE: 6/28/2015 - Transcript, 3 day expedite, handling fee, rough ASCII, condensed transcript for Dana Northcott. | $502.29 | 271523 |
| 6/30/2015 | 11/4/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0528483; DATE: 6/30/2015 - Deposition transcript of Neil Lindsay | $1,259.48 | 271979 |
| 7/2/2015 | 8/31/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0529985; DATE: 7/2/2015 - Synchronized video of Fan Jin deposition | $228.50 | 271339 |
| 7/3/2015 | 8/31/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0530322; DATE: 7/3/2015 - Deposition of Fan Jin | $442.60 | 271339 |
| 7/7/2015 | 8/31/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0531766; DATE: 7/7/2015 - Synchronized video of Dana Northcott deposition | $118.75 | 271339 |
| 7/7/2015 | 10/15/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2364320; DATE: 7/7/2015 - Video fee, additional hours, media and cloud storage; transcript and shipping and handling of 30(b)(6) deposition or Rodrigo Franco | $848.25 | 271845 |
| 7/9/2015 | 8/31/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0533301; DATE: 7/9/2015 - Deposition fo Charlotte Maines | $797.83 | 271339 |
| 7/11/2015 | 8/31/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0534214; DATE: 7/11/2015 - Synchronized video deposition of Charlotte Maines | $357.50 | 271339 |

6795351v1/102930

| Service Date | Bill Date | Narrative | Billed Amt | Bill Num |
|---|---|---|---|---|
| 7/13/2015 | 8/31/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2370791; DATE: 7/13/2015 - Video deposition of Ferdinand Toro | $1,491.25 | 271339 |
| 7/22/2015 | 8/31/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0543203; DATE: 7/22/2015 - transcript of Kinley Pearsall | $669.05 | 271339 |
| 7/24/2015 | 8/31/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2381416; DATE: 7/24/2015 - Deposition of Linda Williams | $2,357.70 | 271339 |
| 7/27/2015 | 8/31/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2381822; DATE: 7/27/2015 - Video deposition of Estefano Isaias | $875.25 | 271339 |
| 8/5/2015 | 8/31/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2391357; DATE: 8/5/2015 - Deposition video of Linda Williams | $1,593.75 | 271339 |
| 8/21/2015 | 11/20/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0568161; DATE: 8/21/2015 - Video of Kinley Pearsall deposition. | $323.50 | 272256 |
| 8/21/2015 | 11/20/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0568259; DATE: 8/21/2015 - Video of Amitabh Singh | $273.00 | 272256 |
| 8/21/2015 | 11/20/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0568153; DATE: 8/21/2015 - Video of Kevin Keith deposition | $190.00 | 272256 |
| 8/27/2015 | 11/20/2015 | VENDOR: VIDEO COURT REPORTING INC; INVOICE#: 6051; DATE: 8/27/2015 - Videos of Sarel and Gannon depositions | $637.50 | 272256 |
| 9/11/2015 | 9/30/2015 | VENDOR: NATIONAL REPORTING SERVICE INC; INVOICE#: 33917; DATE: 9/11/2015 - Deposition of Dan Sarel. | $1,185.80 | 271643 |
| 9/11/2015 | 9/30/2015 | VENDOR: NATIONAL REPORTING SERVICE INC; INVOICE#: 33919; DATE: 9/11/2015 - Video deposition of Patrick Gannon. | $541.70 | 271643 |
| 9/15/2015 | 9/30/2015 | VENDOR: ESQUIRE DEPOSITION SERVICES; INVOICE#: INV0583998; DATE: 9/15/2015 - Deposition of Peter Lehman | $802.00 | 271643 |
| 9/17/2015 |  | VENDOR: Lisa Edwards; INVOICE#: 00043278; DATE: 9/17/2015 - Transcript of the digitally recorded Discovery Hearing held before Magistrate Judge Goodman on 09/16/15 | $523.80 | 21981707 |
| 9/30/2015 | 11/25/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2437100; DATE: 9/30/2015 - Deposition of Jesse David, 09/30/15. | $2,442.10 | 272255 |

5

6795351v1/102930

| Service Date | Bill Date | Narrative | Billed Amt | Bill Num |
|---|---|---|---|---|
| 10/8/2015 | 11/25/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2441863; DATE: 10/8/2015 - Video of J. David deposition, 10/08/15. | $1,162.75 | 272295 |
| 10/12/2015 | 11/25/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2444552; DATE: 10/12/2015 - Deposition of Thomas Maronick | $2,605.86 | 272295 |
| 10/28/2015 | 11/25/2015 | VENDOR: VERITEXT CORPORATE SERVICES, INC.; INVOICE#: FLA2459884; DATE: 10/28/2015 - Video of T. Maronick Deposition. | $1,429.75 | 272295 |
| 12/2/2015 | | VENDOR: Lisa Edwards; INVOICE#: 00043297; DATE: 12/2/2015 - Transcript of Sealed Omnibus Motion Hearing on 12/01/15 | $1,464.70 | 22084572 |
| 5/18/2016 | | VENDOR: Clerk, US Court of Appeals 11th Circuit; INVOICE#: INV051816; DATE: 5/18/2016 - CD recording of May 17, 2016 oral argument | $30.00 | 22258795 |
| **Total** | | | **$49,744.29** | |

6

6795351v1/102930

**Fees and Disbursements for Printing (Black and White Prints) – 28 U.S.C. § 1920(3)**

| Service Date | Bill Date | Narrative | Number of Prints | Cost per Print | Billed Amt | Bill Num |
|---|---|---|---|---|---|---|
| 5/30/2014 | 9/19/2014 | Print | 496 | 0.10 | $49.60 | 267379 |
| 6/6/2014 | 9/19/2014 | Print | 38 | 0.10 | $3.80 | 267379 |
| 6/13/2014 | 9/19/2014 | Print | 587 | 0.10 | $58.70 | 267379 |
| 6/23/2014 | 9/19/2014 | Print | 1185 | 0.10 | $118.50 | 267379 |
| 7/2/2014 | 9/19/2014 | Print | 70 | 0.10 | $7.00 | 267379 |
| 7/17/2014 | 9/19/2014 | Print | 59 | 0.10 | $5.90 | 267379 |
| 7/22/2014 | 9/19/2014 | Print | 86 | 0.10 | $8.60 | 267379 |
| 9/15/2014 | 10/24/2014 | Print | 111 | 0.10 | $11.10 | 267759 |
| 9/22/2014 | 10/24/2014 | Print | 329 | 0.10 | $32.90 | 267759 |
| 9/26/2014 | 10/24/2014 | Print | 140 | 0.10 | $14.00 | 267759 |
| 10/7/2014 | 11/20/2014 | Print | 30 | 0.10 | $3.00 | 268144 |
| 10/17/2014 | 11/20/2014 | Print | 124 | 0.10 | $12.40 | 268144 |
| 10/24/2014 | 11/20/2014 | Print | 1172 | 0.10 | $117.20 | 268144 |
| 10/31/2014 | 11/20/2014 | Print | 1061 | 0.10 | $106.10 | 268144 |
| 11/7/2014 | 12/11/2014 | Print | 446 | 0.10 | $44.60 | 268435 |
| 11/14/2014 | 12/11/2014 | Print | 150 | 0.10 | $15.00 | 268435 |
| 11/21/2014 | 12/11/2014 | Print | 20 | 0.10 | $2.00 | 268435 |
| 12/2/2014 | 2/20/2015 | Print | 371 | 0.10 | $37.10 | 269215 |

| Service Date | Bill Date | Narrative | Number of Prints | Cost per Print | Billed Amt | Bill Num |
|---|---|---|---|---|---|---|
| 12/11/2014 | 2/20/2015 | Print | 186 | 0.10 | $18.60 | 269215 |
| 12/15/2014 | 2/20/2015 | Print | 47 | 0.10 | $4.70 | 269215 |
| 12/22/2014 | 2/20/2015 | Print | 50 | 0.10 | $5.00 | 269215 |
| 4/23/2015 | 7/22/2015 | Print | 24 | 0.10 | $2.40 | 270950 |
| 5/8/2015 | 7/22/2015 | Print | 310 | 0.10 | $31.00 | 270950 |
| 5/21/2015 | 7/22/2015 | Print | 224 | 0.10 | $22.40 | 270950 |
| 5/26/2015 | 7/22/2015 | Print | 105 | 0.10 | $10.50 | 270950 |
| 5/29/2015 | 7/22/2015 | Print | 35 | 0.10 | $3.50 | 270950 |
| 6/8/2015 | 7/22/2015 | Print | 25 | 0.10 | $2.50 | 270950 |
| 6/12/2015 | 7/22/2015 | Print | 152 | 0.10 | $15.20 | 270950 |
| 6/19/2015 | 7/22/2015 | Print | 975 | 0.10 | $97.50 | 270950 |
| 7/2/2015 | 8/28/2015 | Print | 10 | 0.10 | $1.00 | 271307 |
| 7/6/2015 | 8/28/2015 | Print | 762 | 0.10 | $76.20 | 271307 |
| 7/15/2015 | 8/28/2015 | Print | 21 | 0.10 | $2.10 | 271307 |
| 7/17/2015 | 8/28/2015 | Print | 863 | 0.10 | $86.30 | 271307 |
| 7/28/2015 | 8/28/2015 | Print | 291 | 0.10 | $29.10 | 271307 |
| 8/3/2015 | 9/23/2015 | Print | 279 | 0.10 | $27.90 | 271599 |
| 8/10/2015 | 9/23/2015 | Print | 908 | 0.10 | $90.80 | 271599 |
| 8/31/2015 | 9/23/2015 | Print | 890 | 0.10 | $89.00 | 271599 |

6795351v1/102930

| Service Date | Bill Date | Narrative | Number of Prints | Cost per Print | Billed Amt | Bill Num |
|---|---|---|---|---|---|---|
| 9/4/2015 | 10/23/2015 | Print | 345 | 0.10 | $34.50 | 271943 |
| 9/11/2015 | 10/23/2015 | Print | 1412 | 0.10 | $141.20 | 271943 |
| 9/18/2015 | 10/23/2015 | Print | 2665 | 0.10 | $266.50 | 271943 |
| 9/29/2015 | 10/23/2015 | Print | 553 | 0.10 | $55.30 | 271943 |
| 10/2/2015 | 11/23/2015 | Print | 175 | 0.10 | $17.50 | 272279 |
| 10/12/2015 | 11/23/2015 | Print | 829 | 0.10 | $82.90 | 272279 |
| 10/26/2015 | 11/23/2015 | Print | 15 | 0.10 | $1.50 | 272279 |
| 10/30/2015 | 11/23/2015 | Print | 173 | 0.10 | $17.30 | 272279 |
| 12/14/2015 | 12/31/2015 | Print | 36 | 0.10 | $3.60 | 272791 |
| 4/18/2016 | 5/23/2016 | Print | 2158 | 0.10 | $215.80 | 274335 |
| 4/22/2016 | 5/23/2016 | Print | 25 | 0.10 | $2.50 | 274335 |
| 5/3/2016 | 6/29/2016 | Print | 688 | 0.10 | $68.80 | 274654 |
| 5/9/2016 | 6/29/2016 | Print | 168 | 0.10 | $16.80 | 274654 |
| 9/27/2018 | 10/24/2018 | Print | 232 | 0.10 | $23.20 | 283284 |
| 9/28/2018 | 10/24/2018 | Print | 773 | 0.10 | $77.30 | 283284 |
| 11/5/2018 | 12/29/2018 | Print | 56 | 0.10 | $5.60 | 284040 |
| 1/3/2019 | 6/28/2019 | Print | 101 | 0.10 | $10.10 | 286148 |
| **Total** | | | | | **$2,303.60** | |

6795351v1/102930

**Fees and Disbursements for Printing (Color Prints) – 28 U.S.C. § 1920(3)**

| Service Date | Bill Date | Narrative | Number of Prints | Cost per Print | Billed Amt | Bill Num |
|---|---|---|---|---|---|---|
| 5/8/2015 | 7/22/2015 | Color Print Charges | 5 | 1.00 | $5.00 | 270950 |
| 5/26/2015 | 7/22/2015 | Color Print Charges | 16 | 1.00 | $16.00 | 270950 |
| 5/29/2015 | 7/22/2015 | Color Print Charges | 5 | 1.00 | $5.00 | 270950 |
| 6/19/2015 | 7/22/2015 | Color Print Charges | 1 | 1.00 | $1.00 | 270950 |
| 7/15/2015 | 8/28/2015 | Color Print Charges | 3 | 1.00 | $3.00 | 271307 |
| 7/17/2015 | 8/28/2015 | Color Print Charges | 13 | 1.00 | $13.00 | 271307 |
| 7/20/2015 | 8/28/2015 | Color Print Charges | 31 | 1.00 | $31.00 | 271307 |
| 7/28/2015 | 8/28/2015 | Color Print Charges | 6 | 1.00 | $6.00 | 271307 |
| 8/3/2015 | 9/23/2015 | Color Print Charges | 6 | 1.00 | $6.00 | 271599 |
| 8/10/2015 | 9/23/2015 | Color Print Charges | 91 | 1.00 | $91.00 | 271599 |
| 9/18/2015 | 10/23/2015 | Color Print Charges | 124 | 1.00 | $124.00 | 271943 |
| 9/29/2015 | 10/23/2015 | Color Print Charges | 57 | 1.00 | $57.00 | 271943 |
| 10/2/2015 | 11/23/2015 | Color Print Charges | 140 | 1.00 | $140.00 | 272279 |
| 10/12/2015 | 11/23/2015 | Color Print Charges | 2 | 1.00 | $2.00 | 272279 |
| 10/19/2015 | 11/23/2015 | Color Print Charges | 271 | 1.00 | $271.00 | 272279 |
| 10/30/2015 | 11/23/2015 | Color Print Charges | 276 | 1.00 | $276.00 | 272279 |
| 12/14/2015 | 12/31/2015 | Color Print Charges | 8 | 1.00 | $8.00 | 272791 |
| 1/7/2016 | 4/28/2016 | Color Print Charges | 34 | 1.00 | $34.00 | 274032 |

| Service Date | Bill Date | Narrative | Number of Prints | Cost per Print | Billed Amt | Bill Num |
|---|---|---|---|---|---|---|
| 4/22/2016 | 5/23/2016 | Color Print Charges | 21 | 1.00 | $21.00 | 274335 |
| 5/3/2016 | 6/29/2016 | Color Print Charges | 1298 | 1.00 | $1,298.00 | 274654 |
| 5/9/2016 | 6/29/2016 | Color Print Charges | 5 | 1.00 | $5.00 | 274654 |
| 9/27/2018 | 10/24/2018 | Color Print Charges | 37 | 1.00 | $37.00 | 283284 |
| 9/28/2018 | 10/24/2018 | Color Print Charges | 235 | 1.00 | $235.00 | 283284 |
| **Total** | | | | | **$2,685.00** | |

6795351v1/102930

**Fees for the Costs of Making Copies of Any Materials Where the Copies are Necessarily Obtained for Use (Black and White Photocopies) – 28 U.S.C. § 1920(4)**

| Service Date | Bill Date | Narrative | Number of Copies | Cost per Copy | Billed Amt | Bill Num |
|---|---|---|---|---|---|---|
| 11/7/2014 | 12/11/2014 | Photo Copy; Reproduction Copy Charges | 193 | $0.10 | $19.30 | 268435 |
| 11/14/2014 | 12/11/2014 | Photo Copy; Reproduction Copy Charges | 79 | $0.10 | $7.90 | 268435 |
| 11/25/2014 | | Job Id – 3620; Amazon's response to the motion for preliminary injunction and declarations with exhibits | 172 | $0.10 | $17.20 | 21645285 |
| 1/26/2015 | 2/26/2015 | Photo Copy; Reproduction Copy Charges | 7 | $0.10 | $0.70 | 269214 |
| 6/5/2015 | 7/22/2015 | Reproduction Copy Charges | 1462 | $0.10 | $146.20 | 270950 |
| 9/30/2015 | 10/23/2015 | Reproduction Copy Charges | 996 | $0.10 | $99.60 | 271943 |
| 4/19/2016 | 5/23/2016 | Reproduction Copy Charges | 12 | $0.10 | $1.20 | 274335 |
| **Total** | | | | | **$292.10** | |

6795351v1/102930

**Fees for the Costs of Making Copies of Any Materials Where the Copies are Necessarily Obtained for Use (Color Photocopies) – 28 U.S.C. § 1920(4)**

| Service Date | Bill Date | Narrative | Number of Copies | Cost per Copy | Billed Amt | Bill Num |
|---|---|---|---|---|---|---|
| 9/30/2015 | 10/23/2015 | Color Reproduction Copy Charges | 186 | 1.00 | $186.00 | 271943 |
| **Total** | | | | | **$186.00** | |

13

6795351v1/102930

**Fees for the Costs of Making Copies of Any Materials Where the Copies are Necessarily Obtained for Use (Outside Photocopy Services) – 28 U.S.C. § 1920(4)**

| Date | Bill Date | Narrative | Billed Amt | Bill Num |
|---|---|---|---|---|
| 10/8/2014 | | VENDOR: Judicial Research & Retrieval Services; INVOICE#: JR608530; DATE: 10/8/2014 - Copy of court file case#F10-2282; Rodrigo Franco | $205.44 | 21628876 |
| 11/1/2014 | 12/15/2014 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2000526; DATE: 11/1/2014 - Blowbacks; CD Master, 10/24/14. | $419.25 | 268469 |
| 11/1/2014 | 12/15/2014 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2000665; DATE: 11/1/2014 - Blowbacks; digital prints (documents for attorney review), 10/29/14. | $32.91 | 268469 |
| 11/1/2014 | 12/15/2014 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2000682; DATE: 11/1/2014 - Heavy litigation copy (documents for D. Hansen review), 10/29/14. | $90.93 | 268469 |
| 11/12/2014 | 12/15/2014 | VENDOR: DOCU 3 SOULTIONS, INC.; INVOICE#: 8381; DATE: 11/12/2014 - Light litigation copies, file folders, 1/12/14. | $380.04 | 268469 |
| 12/18/2014 | 1/23/2015 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001780; DATE: 12/18/2014 - Blowbacks/tabs, 12/18/14. | $46.33 | 268906 |
| 12/18/2014 | 1/23/2015 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001781; DATE: 12/18/2014 - Blowbacks/stapled; digital color print, 12/18/14. | $77.29 | 268906 |
| 12/18/2014 | 1/23/2015 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001782; DATE: 12/18/2014 - Blowbacks/stapled; digital color prints; custom tabs; tabs; red wells, 12/18/14. | $780.92 | 268906 |
| 12/18/2014 | 1/23/2015 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001783; DATE: 12/18/2014 - Blowbacks/stapled; digital color prints; tabs, 12/18/14. | $382.77 | 268906 |
| 12/18/2014 | 1/23/2015 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001784; DATE: 12/18/2014 - Blowbacks/stapled, 12/18/14. | $35.61 | 268906 |
| 12/18/2014 | 1/23/2015 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001788; DATE: 12/18/2014 - Blowbacks/stapled; digital color prints; tabs; CD Master, 12/18/14. | $1,137.27 | 268906 |
| 12/19/2014 | 1/23/2015 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001797; DATE: 12/19/2014 - Blowbacks/stapled, 12/19/14. | $142.46 | 268906 |

| Date | Bill Date | Narrative | Billed Amt | Bill Num |
|---|---|---|---|---|
| 1/1/2015 | 3/24/2015 | VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001897; DATE: 1/1/2015 - Blowbacks; color copies; tabs; red wells, 12/23/14. | $343.80 | 269583 |
| 1/13/2015 | 3/24/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2002272; DATE: 1/13/2015 - Blowbacks, color copies, custom tabs, coil binding, 01/13/15. | $674.61 | 269583 |
| 2/25/2015 | 7/23/2015 | Cancellation of: VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001782; DATE: 12/18/2014 - Blowbacks/stapled; digital color prints; custom tabs; tabs; red wells, 12/18/14. | ($780.92) | 270931 |
| 2/25/2015 | 7/23/2015 | Cancellation of: VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001783; DATE: 12/18/2014 - Blowbacks/stapled; digital color prints; tabs, 12/18/14. | ($382.77) | 270931 |
| 2/25/2015 | 7/23/2015 | Cancellation of: VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001784; DATE: 12/18/2014 - Blowbacks/stapled, 12/18/14. | ($35.61) | 270931 |
| 2/25/2015 | 7/23/2015 | Cancellation of: VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001788; DATE: 12/18/2014 - Blowbacks/stapled; digital color prints; tabs; CD Master, 12/18/14. | ($1,137.27) | 270931 |
| 2/25/2015 | 7/23/2015 | Cancellation of: VENDOR: LIGHTHOUSE LEGAL COPY LLC - DATA SOLUTIO; INVOICE#: 2001797; DATE: 12/19/2014 - Blowbacks/stapled, 12/19/14. | ($142.46) | 270931 |
| 5/12/2015 | 11/4/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2004725; DATE: 5/12/2015 - Documents for attorney review per PBAG | $24.36 | 271980 |
| 6/9/2015 | 11/4/2015 | VENDOR: ALTEP CALFORNIA; INVOICE#: 50013812; DATE: 6/9/2015 - Copies | $228.84 | 271981 |
| 6/10/2015 | 11/4/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2005225; DATE: 6/10/2015 - Blowbacks | $35.07 | 271981 |
| 6/15/2015 | 11/4/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2005291; DATE: 6/15/2015 - Blowbacks | $10.72 | 271981 |
| 7/23/2015 | 11/20/2015 | VENDOR: DOCU 3 SOLUTIONS, INC.; INVOICE#: 8781; DATE: 7/23/2015 - Copies for depo prep. | $607.52 | 272256 |
| 9/24/2015 | 11/25/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2007198; DATE: 9/24/2015 - Copies of documents for deposition | $83.89 | 272255 |
| 9/24/2015 | 11/25/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2007200; DATE: 9/24/2015 - Documents for attorney review | $49.36 | 272255 |

| Date | Bill Date | Narrative | Billed Amt | Bill Num |
|---|---|---|---|---|
| 9/24/2015 | 11/25/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2007201; DATE: 9/24/2015 - Documents for attorney review | $19.70 | 272255 |
| 9/24/2015 | 11/25/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2007202; DATE: 9/24/2015 - Documents for attorney review | $33.02 | 272255 |
| 9/24/2015 | 11/25/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2007203; DATE: 9/24/2015 - Documents for attorney review | $15.16 | 272255 |
| 9/24/2015 | 11/25/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2007204; DATE: 9/24/2015 - Documents for attorney review | $9.20 | 272255 |
| 9/25/2015 | 11/25/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: 2007208; DATE: 9/25/2015 - Documents for attorney review | $14.18 | 272255 |
| 9/28/2015 | 11/25/2015 | VENDOR: ADVANCED DISCOVERY SERVICES, INC.; INVOICE#: B159065; DATE: 9/28/2015 - Copying of documents for J. David deposition | $94.06 | 272255 |
| 10/6/2015 | 11/25/2015 | VENDOR: LEGAL IMAGES OF BALTIMORE LLC; INVOICE#: 106332; DATE: 10/6/2015 - Copies for Maronick deposition | $426.58 | 272295 |
| 11/23/2015 | 12/21/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: INV0001129; DATE: 11/23/2015 - Documents requested by JNEL | $885.06 | 272631 |
| 11/30/2015 | 12/21/2015 | VENDOR: OMNIVERE, LLC; INVOICE#: INV0001243; DATE: 11/30/2015 - Documents for attorney review | $9.53 | 272631 |
| 12/3/2015 | 1/22/2016 | VENDOR: XACT DATA DISCOVERY; INVOICE#: 24-27132; DATE: 12/3/2015 - Copies for 12/1/15 hearing. | $783.68 | 273036 |
| 1/27/2016 | 3/24/2016 | VENDOR: OMNIVERE, LLC; INVOICE#: INV0002807; DATE: 1/27/2016 - Documents for atty review and 11th Cir. Court. | $940.91 | 273683 |
| 5/3/2016 | 6/29/2016 | VENDOR: FIRST DIMENSION GROUP LLC; INVOICE#: 6494; DATE: 5/3/2016 - Document for oral argument preparation, 05/03/16. | $986.99 | 274655 |
| **Total** | | | **$7,528.43** | |

6795351v1/102930

**Compensation of Interpreters, and Salaries, Fees, Expenses, and Costs of Special Interpretation Services – 28 U.S.C. § 1920(6)**

| Bill Date | Narrative | Billed Amt | Bill Num |
|---|---|---|---|
| 5/29/2015 | VENDOR: ProTranslating; INVOICE#: 68830; DATE: 5/29/2015 - Fee for Spanish Federal Interpreting services on 05/22/15 | $650.00 | 22109502 |
| Total | | $650.00 | |

6795351v1/102930