## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21385-CIV-LENARD/GOODMAN

**WREAL, LLC,**

    Plaintiff,

**v.**

**AMAZON.COM, INC.,**

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON DEFENDANT'S MOTION FOR BILL OF COSTS (D.E. 403), AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR BILL OF COSTS (D.E. 383)

**THIS CAUSE** is before the Court on the Report and Recommendations issued by Magistrate Judge Jonathan Goodman on December 26, 2019, ("Report," D.E. 403), recommending that the Court grant in part and deny in part Defendant Amazon.com, Inc.'s Motion for Bill of Costs, ("Motion," D.E. 383). Specifically, Judge Goodman recommends awarding Amazon $43,497.34 in taxable costs ($20,267.08 less than the requested amount) with a post-judgment interest rate of 1.95% applied. (Report at 23.) The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge issued December 26, 2019 (D.E. 403) is **ADOPTED**;

2. Defendant Amazon.com, Inc.'s Motion for Bill of Costs (D.E. 383) is **GRANTED IN PART AND DENIED IN PART**;

3. Defendant Amazon.com, Inc. shall have and receive from Plaintiff Wreal, LLC $43,497.34 in taxable costs which shall accrue post-judgment interest at a rate of 1.95%, for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of January, 2020.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**