UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CV-21385-LENARD/GOODMAN

WREAL, LLC, a Florida Limited
Liability Company,

    Plaintiff,
v.

AMAZON.COM, INC., a Delaware
Corporation,

    Defendant.
_____/

**MOTION OF PLAINTIFF WREAL, LLC TO VACATE
AUGUST 16, 2023, PAPERLESS ORDER (D.E. 446)**

Plaintiff Wreal, LLC ("Wreal") respectfully moves for an order vacating that portion of this Court's August 16, 2023, Paperless Order Dismissing Case (the "Order", D.E. 446) that dismissed and closed the case, and states as follows:

1.    On August 15, 2023, Plaintiff Wreal and Defendant Amazon.com, Inc. ("Amazon") filed a Joint Notice of Resolution (the "Notice", D.E. 445), as required by Local Rule 16.4 of the Southern District of Florida, which provides that the parties file and serve a notice of settlement within two (2) Court days of such agreement being reached.

2.    In the Notice, the parties advised that they were in the process of finalizing a written settlement agreement and planned "to file the appropriate dismissal paperwork within 45 days of the date of [the] Notice." Notice p. 1.  Thus, the parties did not stipulate to a dismissal of the case at this time; they only requested that the Court vacate the deadlines in this case, including the trial specially set for September 11, 2023.

1

3. Significantly, Local Rule 16.4 does not provide for the dismissal of the case after the filing of the notice. A dismissal of the case is governed by Fed R. Civ. P. 41, which provides, among other things, for dismissals by plaintiff pursuant to a notice of dismissal, a joint stipulation of dismissal or by a request to the Court. As the Notice shows, the parties did not stipulate to the dismissal of the case at this time pursuant to Rule 41.

4. Yet, the Order at issue - entered the day after the filing of the Notice - dismissed and closed the case, without reserving jurisdiction for any of the parties to file a motion to reopen and prosecute the case in the event the parties failed to reach a written settlement agreement and file the proper dismissal papers within 45 days of the filing of the Notice.

5. While the parties will endeavor to finalize the written settlement agreement and then file the proper dismissal papers pursuant to Rule 41, Wreal at this time respectfully requests that the Court enter an order vacating the Order to the extent it dismissed and closed the case.

WHEREFORE, Wreal requests that the Court enter an order vacating that part of the Order dismissing and closing the case, and for such further relief as this Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION

Wreal's counsel met and conferred with Amazon's counsel by telephone and email communications to determine if Amazon has any opposition to the relief sought herein. Amazon's counsel advised that Amazon position is the following: "*Amazon is confident that the parties will be able to memorialize a settlement agreement and file the appropriate dismissal papers within 45 days, and Amazon intends to work in good faith toward that end. Although Amazon does not believe there is any need to vacate the Order, Amazon does not oppose clarification of the Order to allow any party to move to reopen the case if a settlement agreement cannot be memorialized within 45 days.*"

.

Dated: August 16, 2023.

                                          Respectfully submitted,

                                        *Carlos A. Nunez-Vivas*
                                        Carlos Nunez-Vivas (Fla. Bar No. 128181)
                                        carlos@wnlawgroup.com
                                        John Marfoe (Fla. Bar No. 101535)
                                        jmarfoe@wnlawgroup.com
                                        WASERSTEIN & NUNEZ, PLLC
                                        1124 Kane Concourse
                                        Bay Harbor, FL 33154
                                        Telephone: (305) 563-1011